UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, acting through the United States Department of Agriculture<br><br>Plaintiff<br><br>v.<br><br>ARNALDO LUIS ORTIZ SUÁREZ, MARÍA CELESTE PACHECO COLÓN, and their Conjugal Partnership<br><br>Defendants | CIVIL NO.<br><br><br>Foreclosure of Mortgage |

**COMPLAINT**

TO THE HONORABLE COURT:

COMES NOW the United States of America -acting by the United States Department of Agriculture- through the undersigned attorney, who respectfully alleges and prays as follows:

1.  Jurisdiction of this action is conferred on this Court by 28 U.S.C. Section 1345.

2.  Plaintiff, United States of America, is acting through the United States Department of Agriculture, which is organized and existing under the provisions of the Consolidated Farm and Farm Service Agency Act, 7 U.S.C. §1921 et seq. Plaintiff is the owner and holder of three (3) promissory notes that affect the property described further below.

3.  The first promissory note is for the amount of $84,700.00, with

annual interest of 5.00%, subscribed by defendants ARNALDO LUIS ORTIZ SUÁREZ and MARÍA CELESTE PACHECO COLÓN on May 14, 1993. *See Exhibit 1.*

4.  For the purpose of securing the payment of said promissory note, defendants ARNALDO LUIS ORTIZ SUÁREZ and MARÍA CELESTE PACHECO COLÓN executed a voluntary mortgage on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through Deed No. 26, before Notary Public Enrique Alcaraz Casablanca. *See Exhibit 2.*

5.  On January 29, 2010, the promissory note in the amount of $84,700.00 was modified, under the terms and conditions stipulated and agreed therein, through Deed No. 16 subscribed before Notary Public Susan Báez Dixon. See Exhibit 3.

6.  The second promissory note is for the amount of $17,190.00, with annual interest of 3.75%, subscribed by defendants ARNALDO LUIS ORTIZ SUÁREZ and MARÍA CELESTE PACHECO COLÓN on July 22, 1999. *See Exhibit 4.*

7.  For the purpose of securing the payment of said promissory note, defendants ARNALDO LUIS ORTIZ SUÁREZ and MARÍA CELESTE PACHECO COLÓN executed a voluntary mortgage on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through Deed No. 61, before Notary Public Franklin Rodríguez Mangual. *See Exhibit 5.*

8.  On January 29, 2010, the promissory note in the amount of

$17,190.00 was modified, under the terms and conditions stipulated and agreed therein, through Deed No. 16 subscribed before Notary Public Susan Báez Dixon. See Exhibit 3.

9. The third promissory note is for the amount of $30,000.00, with annual interest of 2.875%, subscribed by defendants ARNALDO LUIS ORTIZ SUÁREZ and MARÍA CELESTE PACHECO COLÓN on May 7, 2010. *See Exhibit 6.*

10. For the purpose of securing the payment of said promissory note, defendants ARNALDO LUIS ORTIZ SUÁREZ and MARÍA CELESTE PACHECO COLÓN executed a voluntary mortgage on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through Deed No. 75, before Notary Public Susan Báez Dixon. *See Exhibit 7.*

11. According to the Property Registry, defendants are the owners of record of the real estate property subject of this case. Said property is described -as it was recorded in Spanish- as follows:

> RÚSTICA: Porción de terreno sita en el Barrio Indiera Baja de Maricao, compuesta de 41.52 cuerdas, equivalentes a 16 hectáreas y 32 áreas. En linderos: NORTE, con Francisco Frontera, separados en parte por una quebrada hoy de Juan Rodríguez; SUR, con terrenos de Silvestre Bartolomey, separados por un camino vecinal y terrenos de José Aymat; ESTE, con terrenos de la Sucesión Tomás Martínez, hoy de Federico Aymat; OESTE, con terrenos de Francisco Fronteras.
>
> Contiene dos casas dedicadas a vivienda, de madera y zinc, otra dedicada a tienda, de madera y zinc y otra, dedicada a escuela, de madera y

zinc.

> PROPERTY NUMBER: 706, recorded at page 100 of volume 114 of Maricao, Registry of the Property of San Germán, Puerto Rico.

See Title Search attached as *Exhibit 8*.

12. The title search attached to this complaint confirms the registration of the mortgage liens that secure the loan obligations between the plaintiff and the defendants. *See Exhibit 8*.

13. Defendants are jointly and severally responsible for all amounts owed to plaintiff, arising from the loan obligations subscribed.

14. It was expressly stipulated in the notes evidencing the indebtedness that default in the payment of any part of the covenant or agreement therein contained will authorize the plaintiff, as payee of said notes, to declare due and payable the total amount of the indebtedness evidenced by said notes and proceed with the execution and/or foreclosure of the mortgages.

15. The defendant party herein, jointly and severally, has failed to comply with the terms of the mortgage contracts by failing to pay the installments due on all notes until the present day, and that after declaring all the indebtedness due and payable, the defendant party owes to the plaintiff, according to the Certifications of Indebtedness included herein as *Exhibit 9* the

4

following amounts:

    a) On the $84,700.00 Note:

        1) The sum of $99,393.43, of principal;

        2) The sum of $46,678.58, of interest accrued as of September 25, 2020, and thereafter until its full and total payment, which interest amount increases at the daily rate of 12.9348;

        3) Plus, insurance premium, taxes, advances, late charges, costs, court costs expenses, disbursements and attorney's fees guaranteed under the mortgage obligation.

    b) On the $17,190.00 Note:

        1) The sum of $12,225.04, of principal;

        2) The sum of $4,884.58, of interest accrued as of September 25, 2020, and thereafter until its full and total payment, which interest amount increases at the daily rate of 1.2560;

        3) Plus, insurance premium, taxes, advances, late charges, costs, court costs expenses, disbursements and attorney's fees guaranteed under the mortgage obligation.

    c) On the $30,000.00 Note:

        1) The sum of $30,000.00, of principal;

        2) The sum of $8,745.95, of interest accrued as of

September 25, 2020, and thereafter until its full and total payment, which interest amount increases at the daily rate of 2.3630;

3) Plus, insurance premium, taxes, advances, late charges, costs, court costs expenses, disbursements and attorney's fees guaranteed under the mortgage obligation.

16. The indebtedness evidenced by the aforementioned notes is secured by the mortgages over the properties described in this complaint.

17. Defendants are not currently active in the military service for the United States. *See Exhibit 10.*

**VERIFICATION**

I, JACQUELINE LAZÚ LABOY, of legal age, married, executive and resident of Humacao, Puerto Rico, in my capacity as Acting Director of the Loan Resolution Task Force of the United States Department of Agriculture, San Juan, Puerto Rico, under the penalty of perjury, as permitted by Section 1746 of Title 28, United States Code, declare and certify:

1) My name and personal circumstances are stated above;

2) I subscribe this complaint as the legal and authorized representative of the plaintiff;

3) Plaintiff has a legitimate cause of action against the

defendants above named which warrants the granting of relief requested in said complaint;

4) Defendants are a necessary and legitimate party to this action in view of the fact that they originated or assumed the mortgage obligations subject of this foreclosure, or bought the property subject to said mortgages;

5) From the information available to me and based upon the documents in the Farm Service Agency, it appears that defendants have not been declared incompetent by a court of justice with authority to make such a declaration;

6) I have carefully read the allegations contained in this complaint and they are true and correct to the best of my knowledge and to the documents contained in the files of the Farm Service Agency;

7) I have carefully examined the Exhibits included to this complaint which are true and correct copies of the originals. The mortgage deeds have been duly recorded in the Property Registry.

I make the foregoing declaration under penalty of perjury, as permitted under Section 1746 of Title 28, United States Code.

In San Juan, Puerto Rico, this 19 day of October, 2020.


JASQUELINE LAZU LABOY

PRAYER

WHEREFORE, the plaintiff demands judgment as follows:

7

a)    That defendant's party pays unto the plaintiff the amounts claimed on this complaint;

b)    Or in default thereof that all legal right, title and interest which the defendants may have in the property described in this complaint and any building or improvement thereon be sold at public auction and that the monies due to the United States as alleged in the preceding paragraphs be paid out of the proceeds of said sale;

c)    That the defendants and all persons claiming or who may claim by, from or under them be absolutely barred and foreclosed from all rights and equity of redemption in and to said property;

d)    That if the proceeds of such sale be insufficient to cover the amounts specified under paragraph 9 of this prayer, said defendant be adjudged to pay to the United States the total amount of money remaining unsatisfied to said paragraph (a) of this prayer, and execution be issued forthwith against said defendants for the payment of said deficiencies against any of the properties of said defendants;

e)    That if the proceeds of said sale exceed the sum of money to be paid to the United States as aforesaid, any such excess be deposited with the Clerk of this Court subject to further orders from the Court;

f)    That once the property is auctioned and sold, the Clerk of this Court issue a writ addressed to the Registry of the Property ordering the cancellation of the foreclosed mortgage and of any other

junior liens recorded therein;

g)   For such further relief as in accordance with law and equity may be proper.

In Guaynabo, Puerto Rico, this 21 day of October ,2020.


/s/ Juan Carlos Fortuño Fas
JUAN CARLOS FORTUÑO FAS
USDCPR 211913
FORTUÑO & FORTUÑO FAS, C.S.P.
P.O. BOX 9300
SAN JUAN, PR 00908
TEL.  787-751-5290
FAX. 787-751-6155
EMAIL: dcfilings@fortuno-law.com

1521.282

Formulario FmHA 1940-17(S)
(Rev. 10-89)

DEPARTAMENTO DE AGRICULTURA DE LOS ESTADOS UNIDOS
ADMINISTRACION DE HOGARES DE AGRICULTORES

PAGARE

| CLASE DE PRESTAMO | |
|---|---|
| Tipo: _____ | ☐ Regular |
| | ☒ Recursos Limitados |

De acuerdo a:

☒ Consolidated Farm and Rural Development Act
☐ Emergency Agricultural Credit Adjustment
   Act of 1978

| Nombre ARNALDO LUIS ORTIZ SUAREZ | | ACCION QUE REQUIERE PAGARE | |
|---|---|---|---|
| Estado PUERTO RICO | Oficina MAYAGUEZ | ☐ Préstamo Inicial | ☐ Restructuración |
| Caso Núm. 63-18-58 | Fecha 5/14/93 | ☐ Préstamo Subsiguiente | ☐ Reamortización |
| 1155835-------- | | ☐ Consolidación y Préstamo | ☐ Consolidación |
| Código de Fondos 41 | Núm. de Préstamo 01 | Subsiguiente | ☐ Reducción de Deuda |
| | | ☐ Venta a Crédito | |
| | | ☐ Pagos Diferidos | |
| | | ☐ Servidumbre de Conservación | |

POR VALOR RECIBIDO, el Prestatario(s) suscribiente(s) y cualquier otro codeudor mancomunada y solidariamente pagaremos a la orden de los Estados Unidos de América, actuando por conducto de la Administración de Hogares de Agricultores del Departamento de Agricultura de los Estados Unidos, (denominado en adelante el

"Gobierno") o su cesionario en su oficina en   MAYAGUEZ, PUERTO RICO --------------------

o en otro sitio designado por el Gobierno por escrito, la suma principal de OCHENTA Y CUATRO MIL---

SETECIENTOS----------- dólares ($84,700.00 ) más intereses sobre el principal adeudado al CINCO

---- PORCIENTO ( 5%) anual y ------------------------------- dólares ($--------)
de intereses no Capitalizados. Si este pagaré es para un préstamo de Recursos Limitados (indicado en el encasillado superior "Clase de Préstamo" el Gobierno puede CAMBIAR EL PORCIENTO DE INTERES, de acuerdo con los reglamentos de la Administración de Hogares de Agricultores, no más frecuente que trimestralmente, notificando por correo al prestatario con treinta (30) días de anticipación a su última dirección. El nuevo tipo de interés no deberá exceder el porciento de interés más alto establecido en los reglamentos de la Administración de Hogares de Agricultores para el tipo de préstamo arriba indicado.

Principal e intereses serán pagados en __41__ plazos, según indicado abajo, excepto si es modificado por un tipo de interés diferente en o antes de las siguientes fechas:

| | | | | | | |
|---|---|---|---|---|---|---|
| $250.00 | en 01-01 | de 19 94 | $ 500.00 | en 01-01 | de 19 95 |
| $1,000 | en 01-01 | de 19 96 | $2,000. | en 01-01 | de 19 97 |
| $4,000 | en 01-01 | de 19 98 | $6,000 | en 01-01 | de 19 99 |
| $ | en | de 19 | $ | en | de 19 |
| $ | en | de 19 | $ | en | de |
| $ | en | de 19 | $ | en | de |

y $   6,000   , subsiguientemente cada año hasta que el principal e intereses sean completamente pagados excepto que el plazo final de la deuda aquí evidenciada, de no ser pagada anteriormente, vencerá y será pagadero mayo 14, 2033  de la fecha de este pagaré y excepto que se podrán hacer pagos adelantados según se provee más abajo. La consideración aquí envuelta respaldará cualquier convenio modificando el plan de pagos.

Si la cantidad total del préstamo no es adelantada a la fecha del cierre, el préstamo será adelantado al Prestatario según solicitado por el Prestatario y aprobado por el Gobierno. La aprobación del Gobierno será dada siempre y cuando el adelanto es solicitado para un propósito autorizado por el Gobierno. Se acumularán intereses por la cantidad de cada adelanto desde su fecha de origen, como se demuestra en el Registro de Adelantos. El Prestatario autoriza al Gobierno a anotar la(s) cantidad(es) y fecha(s) de tal(es) adelanto(s) en el Registro de Adelantos.

En cada pagaré reamortizado, consolidado o restructurado, los intereses acumulados por más de noventa (90) días a la fecha de este instrumento deberán ser sumados al principal y ese nuevo principal acumulará intereses a razón del porciento evidenciado por este instrumento.

Todo pago hecho en cualquier deuda representada por este pagaré será primero aplicado a intereses acumulados durante el período de diferimiento y segundo a intereses computados a la fecha efectiva del pago y después al principal.

Pagos adelantados de los plazos           llados o cualquier parte de los mismos,       a hacerse en cualquier tiempo a opción del Prestatario.  Reembolsos y pagos extras, según se definen en los reglamentos (7 C.F.R. 1951.8) de la Administración de Hogares de Agricultores, de acuerdo con la fuente de los fondos envueltos, después de aborarse a los intereses, se aplicarán a los últimos plazos a vencer bajo este pagaré y no afectarán la obligación del Prestatario de pagar los restantes plazos según se especifican en este pagaré.  Si el Gobierno en cualquier momento cediera este pagaré y asegura el pago del mismo, el Prestatario continuará haciendo los pagos al Gobierno como agente cobrador del tenedor.

Mientras este pagaré esté en poder de un prestamista asegurado, los pagos adelantados hechos por el Prestatario podrán, a opción del Gobierno, ser remitidos por el Gobierno prontamente al tenedor o, a excepción del pago final, podrán ser retenidos por el Gobierno y remitidos al tenedor a base de plazo anual vencido.  La fecha efectiva de todo pago hecho por el prestatario, excepto pagos retenidos y remitidos por el Gobierno al tenedor a base de plazo anual vencido será la fecha del cheque del Tesoro de los Estados Unidos mediante el cual el Gobierno remite el pago al tenedor.  La fecha efectiva de cualquier pago adelantado retenido y remitido por el Gobierno al tenedor a base de plazo anual vencido, será la fecha del pago adelantado por el Prestatario y el Gobierno pagará los intereses a los cuales el tenedor tiene derecho que se devenguen entre la fecha efectiva de cualquiera de dichos pagos adelantados y la fecha del cheque del Tesoro remitido al tenedor.

Cualquier cantidad adelantada o invertida por el Gobierno para el cobro de este pagaré o para preservar o proteger la garantía del préstamo o de otra manera invertido bajo los términos de cualquier convenio de garantía u otro instrumento otorgado en relación con el préstamo aquí evidenciado, a opción del Gobierno, pasará a ser parte del préstamo y devengará intereses al mismo tipo de interés que el principal de la deuda aquí evidenciada y vencerá y será pagadera inmediatamente por el Prestatario al Gobierno sin necesidad de requerimiento.

La propiedad construida, mejorada, comprada o refinanciada en total o en parte con el préstamo aquí evidenciado no será arrendada, cedida, vendida, transferida o gravada voluntariamente o de otra forma, sin el previo consentimiento por escrito del Gobierno.  A menos que el Gobierno consienta lo contrario por escrito, el Prestatario operará personalmente dicha propiedad como una finca si este préstamo es a dueño de finca (FO).

Si una "Consolidación y un Préstamo Subsiguiente","Reducción de Deuda","Consolidación", "Restructuración" o una "Reamortización" es indicado en el encasillado superior bajo "Acción que Requiere Pagaré", este pagaré es otorgado para consolidar, reamortizar o evidenciar una restructuración pero no en satisfacción del principal e intereses del siguiente pagaré(s) o convenio(s) de subrogación: (nuevos términos):

| CLAVE Y NUM. DEL PRESTAMO | VALOR DEL PAGARE | TASA DE INTERES | FECHA | PRESTATARIO ORIGINAL | ULTIMO PLAZO A VENCER |
|---|---|---|---|---|---|
| | $ | % | ,19 | | ,19 |
| | $ | % | ,19 | | ,19 |
| | $ | % | ,19 | | ,19 |
| | $ | % | ,19 | | ,19 |
| | $ | % | ,19 | | |
| | $ | % | ,19 | | |
| | $ | % | ,19 | | |

Los documentos de garantía tomados en relación con los préstamos evidenciados por estos pagarés descritos u otras obligaciones relacionadas son afectadas por el otorgamiento de esta consolidación, reamortización o restructuración.  Estos instrumentos de garantía continuarán en efecto y la garantía ofrecida para los préstamos evidenciado por los pagarés descritos permanecerán como garantía para el préstamo evidenciado por este pagaré y por cualquier otra obligación relacionada.

CONVENIO DE REFINANCIAMIENTO (GRADUACION):  Si en cualquier tiempo el Gobierno determinare que el Prestatario puede obtener un préstamo de una cooperativa responsable u otra fuente de crédito privada a un tipo de interés y términos razonables para préstamos por tiempo y condiciones similares, el Prestatario, a requerimiento del Gobierno, solicitará y aceptará el préstamo en cantidad suficiente para satisfacer este pagaré en su totalidad y pagar las acciones necesarias si el prestamista es una cooperativa.

CONVENIO DE CONSERVACION DE TERRENOS ALTAMENTE ERODABLES Y PANTANOSOS:  El Prestatario reconoce que el préstamo descrito en este pagaré estará en incumplimiento si alguna parte del préstamo es usado para un propósito que contribuya a la erosión excesiva de terreno altamente erodable o para la conversión de terreno pantanoso para producir una cosecha agrícola según explicado en el Exhibit M de la Subparte G de la Parte 1940 del 7CFR.  Si (1) el término del préstamo excede del 1ro. de enero de 1990, pero no al 1ro. de enero de 1995, y (2) el prestatario intenta producir una cosecha en terreno altamente erodable, que está exento de las restricciones del Exhibit M hasta el 1ro. de enero de 1990, o dos años después de que el Servicio de Conservación de Suelos (SCS) haya completado un plan de conservación para la finca del prestatario, lo que ocurra más tarde, el prestatario además conviene que anterior a la pérdida de la exención de la restricción de conservación de terreno altamente erodable, según la parte 12 del 7CFR, el prestatario deberá demostrar que está activamente aplicando en el terreno altamente erodable un plan de conservación de suelos aprobado por el Servicio de Conservación de Suelos (SCS) o el correspondiente Distrito de Conservación de Suelos, si el término del préstamo excede al 1ro. de enero de 1995.  El prestatario además conviene en que deberá demostrar antes del 1ro. de enero de 1995 que cualquier producción de cosechas en terrenos altamente erodables después de esa fecha se hará de acuerdo a un plan de conservación aprobado por el Servicio de Conservación de Suelos (SCS) o por el Distrito de Conservación, de acuerdo a los requisitos del Servicio de Conservación de Suelos.

INCUMPLIMIENTO: La falta de pago a su vencimiento de cualquier deuda aquí evidenciada o el incumplimiento de cualquier condición o acuerdo bajo este documento constituirá incumplimiento bajo cualquier otro instrumento evidenciando una deuda del Prestatario asegurada o garantizada por el Gobierno o en cualquier otra forma relacionada con dicha deuda; el incumplimiento bajo cualquier otro instrumento constituirá incumplimiento bajo los términos de este pagaré, COMETIDO CUALQUIER INCUMPLIMIENTO, el Gobierno, a su opción, podrá declarar toda o parte de dicha deuda vencida y pagadera inmediatamente.

Este pagaré se otorga como evidencia de un préstamo al Prestatario concedido o asegurado por el Gobierno de conformidad con la "Consolidated Farm and Rural Development Act" o el "Emergency Agricultural Credit Adjustment Act of 1978" y para el tipo de préstamo según indicado en el encasillado "CLASE DE PRESTAMO". Este pagaré está sujeto a los reglamentos presentes de la Administracion de Hogares de Agricultores y a sus futuros reglamentos no inconsistentes con las estipulaciones aquí consignadas.

Presentación, protesto y aviso son por la presente expresamente renunciados.

(SELLO)

ARNALDO LUIS ORTIZ SUAREZ (Prestatario)

MARIA CELESTE PACHECO COLON (Prestatario)

(SELLO)

HC--038943
(Direccion del Prestatario)

LARES, P.R.   00669

REGISTRO DE ADELANTOS

| CANTIDAD | FECHA | CANTIDAD | FECHA | CANTIDAD | FECHA |
|----------|-------|----------|-------|----------|-------|
| $ 84,700. | 5-14-93 | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| | | | | TOTAL $ 84,700.00 | |

Agricultura                    POSICION 2                    Formulario FmHA 1940-17(S)
(10-89)

# ALLONGE

**PAGARÉ ORIGINAL POR:** $84,700.00
**ESCRITURA:** #26 de 14 de mayo del 1993 ante el notario Enrique Alcaraz Casablanca
**ESCRITURA DE MODIFICACIÓN:** #16 de 29 de enero del 2010 ante la notario Susan Báez Dixon
**A FAVOR DE:** Estados Unidos de América
**SUSCRITO POR:** Arnaldo Luis Ortiz Suárez y María Celeste Pacheco Colón

      El importe de este pagaré liquidado al día veintinueve (29) de enero del dos mil diez (2010) refleja un balance total de principal de OCHENTA Y DOS MIL NOVECIENTOS SETENTA Y DOS DÓLARES CON CUARENTA Y OCHO CENTAVOS ($82,972.48) y de intereses de DIECISÉIS MIL CUATROCIENTOS VEINTE DÓLARES CON NOVENTA Y CINCO CENTAVOS ($16,420.95), para un total de principal e intereses que suman **NOVENTA Y NUEVE MIL TRESCIENTOS NOVENTA Y TRES DÓLARES CON CUARENTA Y TRES CENTAVOS ($99,393.43)**, acordando las partes aquí comparecientes que esta hipoteca será pagadera de la siguiente forma y manera: plazos anuales de SIETE MIL CIENTO NOVENTA Y SIETE DÓLARES ($7,197.00) cada uno, comenzando el día veintiocho (28) de enero del dos mil once (2011), y así sucesivamente todos los días veintiocho (28) de enero de cada año, siendo vencedero el último plazo en veintitres (23) años a partir del otorgamiento de esta escritura. Los intereses de esta deuda se computarán a razón del cuatro punto setecientos cincuenta porciento anual (4.750%) del principal no pagado, acordando las partes hacer extensiva la presente hipoteca a todos los frutos que produzca la propiedad. ------------------------------------------------------------------------

En la ciudad de Mayagüez, Puerto Rico, a los veintinueve (29) días del mes de enero del dos mil diez (2010).------------------------------------------------------------------------------

DOY FE. ------------------------------------------------------------------------------------



NOTARIO PÚBLICO

Form FmHA 1940-17(S)
(Rev. 10-89)

UNITED STATES DEPARTMENT OF AGRICULTURE
FARMERS HOME ADMINISTRATION

PROMISSORY NOTE

| TYPE OF LOAN | |
|---|---|
| Type: _____ | ☐ Regular |
| | ☒ Limited Resources |
| In accordance with: | |
| ☒ Consolidated Farm and Rural Development Act | |
| ☐ Emergency Agricultural Credit Adjustment Act of 1978 | |

| Name: | |
|---|---|
| ARNALDO LUIS ORTIZ SUAREZ | |

| State: | Office: |
|---|---|
| PUERTO RICO | MAYAGUEZ |

| Case Number: | Date: |
|---|---|
| 63-18-581155835 | 5/14/93 |

| Fund Code | Loan No. |
|---|---|
| 41 | 01 |

| ACTION REQUIRING NOTE: | |
|---|---|
| ☐ Initial Loan | ☐ Restructuring |
| ☐ Subsequent Loan | ☐ Re-amortization |
| ☐ Consolidation and | ☐ Consolidation |
|    Subsequent Loan | ☐ Debt Reduction |
| ☐ Sale on Credit | |
| ☐ Deferred Payments | |
| ☐ Conservation easement | |

FOR VALUE RECEIVED, the undersigned Borrower and any cosigners jointly and severally promise to pay to the order of the United States of America, acting through the Farmers Home Administration, United States Department of Agriculture (herein called the "Government"), or its assigns, at its offices in MAYAGUEZ, PUERTO RICO or at such other place as the Government may later designate in writing, the principal sum of EIGHTY-FOUR THOUSAND SEVEN HUNDRED dollars ($84,700.00), plus interest on the unpaid principal at FIVE PERCENT (3.75%) per annum and _____ dollars ($ _____) of interest that may not be Capitalized. If this promissory note is for a Limited Resources Loan (indicated in the box above, under the heading "Type of Loan"), the Government may **CHANGE THE INTEREST RATE**, in accordance with the Farmers Home Administration regulations, not more frequently than on a quarterly basis, and shall notify Borrower by mail at his/her last known address thirty (30) days in advance. The new interest rate shall not exceed the highest interest rate established by the Farmers Home Administration regulations for the type of loan indicated above.

Principal and interests shall be paid in 41 installments, as indicated below, unless modified by a different interest rate, on or before the following dates:

$ 250.00 on 01-01, 1994;     $ 500.00 on 01-01, 1995;
$ 1,000 on 01-01, 1996;     $ 2,000. on 01-01, 1997;
$ 4,000 on 01-01, 1998;     $ 6,000 on 01-01, 1999;
$ _____ on _____, ___;     $ _____ on _____, ___;
$ _____ on _____, ___;     $ _____ on _____, ___;
$ _____ on _____, ___;     $ _____ on _____, ___;
and $ 6,000.00 thereafter each year until the principal and interests are fully paid, except for the final payment on the entire debt evidenced herein, which, if not sooner paid, shall be due and payable May 14, 2033 from the date of this promissory note, with the exception that advance payments may be made as provided below. The consideration herein shall support any agreement modifying the schedule of payments.

If the total amount of the loan is not paid in advance at the time of the loan closing, the loan finds shall be advanced to the Borrower requested by the Borrower and approval by the Government. Approval by the Government will be provided the advance is requested for a purpose authorized by the Government. Interests will accrue on the amount of each advance from its actual date as shown in the Record of Payment at the end of this note. Borrower authorizes the Government to enter the amount(s) and date(s) of such advance(s) in the Record of Payment.

Interest accumulated for over ninety (90) days on each promissory note that is re-amortized, consolidated, or restructured must be added to the principal and this new principal shall accrue interest at the percentage rate established by this document.

Any payment made on any debt established by this promissory note shall be applied first to the interest accrued during the deferment period, second to interest computed as of the effective date of payment, and lastly to the principal.

Payments in advance of scheduled installments, or any portion thereof, may be made at any time at the Borrower's option. Refunds and extra payments, as defined in the regulations (7 C.F.R. 1951.8) of the Farmers Home Administration, according to the source of the funds involved, shall, after payment of interest, be applied to the last installments to come due under this promissory note and shall not affect Borrower's duty to pay the remaining installments as scheduled herein. If at any time the Government does assign this promissory note and ensure payment of the same, Borrower shall continue making payments to the Government as the holder's collection agent.

Whenever this promissory note is held by an insured lender, advance payments made by Borrower may, at the Government's option, be transferred promptly by the Government to the holder or, except for the final payment, such payments may be retained by the Government and transferred to the holder based on the date the annual installment is due. The effective date of each payment made by the borrower, except payments retained by the Government and transferred to the holder based on the date the annual installment is due shall be the date of the Treasury check remitted by the Government to the holder. The effective date of any payment retained by the Government and transferred to the holder based on the date the annual installment is due shall be the date of Borrower's advance payment, and the Government shall pay the interest to which the holder is entitled that accrues between the effective date of such advance payments and the date of the Treasury check remitted to the holder.

Any amount forwarded or invested by the Government in order to collect on this promissory note or to preserve or protect the security of the loan or invested in any way under the terms of any security agreement or other instrument granted in relation to the loan herein established shall, at the Government's option, become part of the loan and shall accrue interest at the same rate as the principal of the debt herein established and shall be immediately due and payable by the Borrower to the Government without need of payment order.

Property constructed, improved, purchased, or refinanced in whole or in part with the loan established herein shall not be leased, surrendered, sold, transferred, or encumbered, voluntarily or otherwise, without the previous written consent of the Government. Unless the Government gives written consent to the contrary, Borrower will personally manage said property as a farm if this loan is made to a Farm Owner (FO).

If "Consolidation and Subsequent Loan," "Debt Reduction," "Consolidation," "Restructuring" or "Re-amortization" is marked in the upper box of the first page under the section "Note Required For," this promissory note is granted to consolidate, re-amortize or as evidence of a restructuring, but not in satisfaction of the principal and interest of the following promissory note(s) or subrogation agreement(s) (new terms):

| LOAN CODE AND NUMBER | PROMISSORY NOTE VALUE | INTEREST RATE | DATE | ORIGINAL BORROWER | LAST INSTALLMENT DUE |
|---|---|---|---|---|---|
| | $ | % | ,19 | | ,19 |
| | $ | % | ,19 | | ,19 |
| | $ | % | ,19 | | ,19 |
| | $ | % | ,19 | | ,19 |
| | $ | % | ,19 | | |
| | $ | % | ,19 | | |
| | $ | % | ,19 | | |

The security documents taken in relation to the loans established by these described promissory notes or other related obligations are not affected by the granting of this consolidation, re-amortization or restructuring. These security instruments shall remain in effect and the security offered for the loans established by the described promissory notes shall remain as guaranty for the loan established by this promissory note and for any other related obligations.

**REFINANCING AGREEMENT (GRADUATION):** If at any time the Government determines that Borrower may be able to obtain a loan from a responsible cooperative or other private credit source at an interest rate and on terms deemed reasonable for loans of similar purposes time periods and considerations, Borrower shall, at the Government's request, apply for and accept a loan of a sufficient amount to pay this promissory note in full and, if the lender is a cooperative, to pay for any necessary shares.

**CONSERVATION AGREEMENT FOR HIGHLY-ERODIBLE SOILS AND WETLANDS:** The Borrower acknowledges that the loan described in this promissory note shall be in default if any part of this loan is used for purposes that contribute to excessive erosion of highly-erosive soils or for the conversion of wetlands to produce agricultural crops, as explained in Exhibit M, subsection G of Part 1940 of 7CFR. If (1) the loan period extends beyond January 1, 1990, but not past January 1, 1995, and (2) the borrower attempts to produce crops on highly-erodible soils exempt from the restrictions under Exhibit M until January 1, 1990, or two years after the Soil Conservations Service (SCS) has completed a conservation plan for the borrower's farm, whichever occurs later, the Borrower also agrees that prior to loss of exemption from the conservation restrictions on highly-erosive soils, in accordance with part 12 of 7CFR, the Borrower must show that he/she is actively applying a soil conservation plan on the highly-erodible land that has been approved by the Soil Conservation Service (SCS) or by the corresponding Soil Conservation District if the loan period extends beyond January 1, 1995. The Borrower also agrees that, before January 1, 1995, he/she must show that any crop production on highly erodible land after said date shall be done according to a conservation plan approved by the Soil Conservation service (SCS) or the Conservation District, in accordance with the requirements of the Soil Conservation Service.

DEFAULT: Failure to pay any debt evidenced herein when due, or violation of any condition or agreement hereunder shall constitute default under any other instrument evidencing a debt of Borrower owing to or insured by the Government or securing or otherwise relating to such a debt; and default under any such other instrument shall constitute default under the terms of this promissory note. UPON ANY SUCH DEFAULT, the Government, at its option, may declare all or any part of any such indebtedness immediately due and payable.

This note is given as evidence of a loan to Borrower made or insured by the Government, pursuant to the "Consolidated Farm and Rural Development Act" or the "Emergency Agricultural Credit Adjustment Act of 1978" and for the type of loan indicated in the box 'TYPE OF LOAN." This note is subject to the present regulations of Farmers Home Administration and to its future regulations not inconsistent with the stipulations expressed herein.

Presentation, protest, and notice are hereby expressly waived.

[Signature]

(SEAL)  ARNALDO LUIS ORTIZ SUAREZ                          (Borrower)

[Signature]

(SEAL)  MARIA CELESTE PACHECO COLON                        (Borrower)

HC--038943
                                                        (Borrower's Address)
LARES, P.R. 00669

| RECORDS OF ADVANCES | | | | | |
|---------|--------|--------|------|--------|------|
| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
| $84,700. | 5-14-93 | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| | | | TOTAL | $ 84,700.00 | |

Agriculture                    POSITION 2                    Form FmHA 1940-17 (S)
                                                            [Illegible] 10-89)

## ALLONGE

**ORIGINAL PROMISSORY NOTE FOR**: $84,700.00
**DEED:** #26 of May 14, 1993, before the notary Enrique Alcaraz Casablanca
**MODIFICATION DEED**: #16 of January 29, 2010, before the notary Susan Báez Dixon
**IN FAVOR OF**: United States of America
**SIGNED BY:** Arnoldo Luis Ortiz Suárez and María Celeste Pacheco Colón

The amount of this promissory note, calculated as of January twenty-nine (29), two thousand ten (2010), reflects a total principal balance of EIGHTY-TWO THOUSAND NINE HUNDRED SEVENTY-TWO DOLLARS AND FORTY-EIGHT CENTS ($82,972.48) and interest of SIXTEEN THOUSAND FOUR HUNDRED TWENTY DOLLARS AND NINETY-FIVE CENTS ($16,420.95), for a total, including principal and interest, of **NINETY-NINE THOUSAND THREE HUNDRED NINETY-THREE DOLLARS AND FORTY-THREE CENTS ($99,393.43).** The parties appearing herein agree that this mortgage shall be payable as follows: annual installments of SEVEN THOUSAND ONE HUNDRED NINETY-SEVEN DOLLARS ($7,197.00) each, beginning on January twenty-eight (28), two thousand eleven (2011), and subsequently on each January twenty-eight (28) of each year, with the last installment coming due twenty-three (23) years from the granting of this deed. The interest on this debt shall be calculated at a rate of four point seven hundred fifty percent per annum (4.750%) on the unpaid principal. The parties agree to include in this mortgage all yields produced by the property.

In the city of Mayagüez, Puerto Rico, on January twenty-nine (29), two thousand ten (2010).

**I DO ATTEST.**

[Signature]

**NOTARY PUBLIC**

[Seal]

Forma FmHA 427-1(S) PR
(Rev. 10-82)

------------------NUMERO VEINTISEIS------------------
NUMBER

------------HIPOTECA VOLUNTARIA------------
VOLUNTARY MORTGAGE

En  Mayaguez, Puerto Rico, a los   CATORCE ------ días
In

del mes de  MAYO ---de mil novecientos noventa y tres.-

-------------------ANTE MI-------------------
BEFORE ME

---LICENCIADO ENRIQUE ALCARAZ CASABLANCA, --------------

Abogado y Notario Público de la Isla de Puerto Rico con residencia en  Mayaguez,
Attorney and Notary Public for the Island of Puerto Rico, with residence in

Puerto Rico,------y oficina en  Mayaguez, Puerto Rico,------
and office in                                              Puerto Rico.

-------------------COMPARECEN-------------------
APPEAR

Las personas nombradas en el párrafo DUODECIMO de esta hipoteca denomina-
The persons named in paragraph TWELFTH of this mortgage--------------------

dos de aquí en adelante el "deudor hipotecario" y cuyas circunstancias personales
hereinafter called the "mortgagor" and whose personal circumstances--------------

aparecen de dicho párrafo.--------------------------------------------
appear from said paragraph.-------------------------------

Doy fe del conocimiento personal de los comparecientes, así como por sus dichos
I, the Notary, attest to the personal knowledge of the appearing parties, as well as to their--

de su edad, estado civil, profesión y vecindad.--------------------------
statements which I believe to be true of their age, civil status, profession and residence.-------

Aseguran hallarse en el pleno goce de sus derechos civiles, la libre administración
They assure me that they are in full enjoyment of their civil rights, and the free administration

de sus bienes y teniendo a mi juicio la capacidad legal necesaria para este otorga-
of their property, and they have, in my judgment, the necessary legal capacity to grant this--

miento-------------------------------------------------
voluntary            mortgage.-----------------------

-------------------EXPONEN-------------------
WITNESSETH:

PRIMERO: El deudor hipotecario es dueño de la finca o fincas descritas en el
FIRST: That the mortgagor is the owner of the farm or farms described in------

párrafo UNDECIMO así como de todos los derechos e intereses en las mismas,
paragraph ELEVENTH of this mortgage, and of all rights and interest in the same------

denominada de aquí en adelante "los bienes".----------------------------
hereinafter referred to as "the property".-----------------------

SEGUNDO: Que los bienes aquí hipotecados están afectos a los gravámenes que
SECOND: That the property mortgaged herein is subject to the liens

se especifican en el párrafo UNDECIMO.----------------------------
specified in paragraph ELEVENTH herein.----------------------

TERCERO: Que el deudor hipotecario viene obligado para con Estados Unidos de
THIRD: That the mortgagor has become obligated to the United States----------

América, actuando por conducto de la Administración de Hogares de Agriculto-
of America, acting through the Farmers Home Administration,------------------

res, denominado de aquí en adelante el "acreedor hipotecario", en relación con
hereinafter called the "mortgagee" in connection with----------------------

un préstamo o préstamos evidenciado por uno o más pagarés o convenio de sub-
a loan or loans evidenced by one or more promissory note(s) or assumption agreement(s)————

rogación, denominado en adelante el "pagaré" sean uno o más. Se requiere por
hereinafter called "the note" whether one or more. It is required by————————

el Gobierno que se hagan pagos adicionales mensuales de una doceava parte de
the Government that additional monthly payments of one-twelfth of the————————

las contribuciones, avaluos (impuestos), primas de seguros y otros cargos que se
taxes, assessments, insurance premiums and other charges————————————

hayan estimado sobre la propiedad hipotecada.———————————————————
estimated against the property.———————————

CUARTO: Se sobreentiende que:———————————————————————————
FOURTH: It is understood that:————————————————

(Uno) El pagaré evidencia un préstamo o préstamos al deudor hipotecario por la
(One) The note evidences a loan or loans to the mortgagor in the————————————

suma de principal especificada en el mismo, concedido con el propósito y la inten-
principal amount specified therein made with the purpose and intention————————

ción de que el acreedor hipotecario puede ceder el pagaré en cualquier tiempo y
that the mortgagee, at any time, may assign the note and————————————————

asegurar su pago de conformidad con el Acta de mil novecientos sesenta y uno
insure the payment thereof pursuant to the Act of Nineteen Hundred and Sixty-One————

consolidando la Administración de Hogares de Agricultores o el Título Quinto de
consolidating the Farmers Home Administration or Title Five of————————————

la Ley de Hogares de mil novecientos cuarenta y nueve, según han sido enmenda-
the Housing Act of Nineteen Hundred and Forty-Nine, as amended.————————————

das.————————————————————————————————————————————

(Dos) Cuando el pago del pagaré es garantizado por el acreedor hipotecario, puede
(Two) When payment of the note is guaranteed by the mortgagee————————————

ser cedido de tiempo en tiempo y cada tenedor de dicho pagaré a su vez será el
it may be assigned from time to time and each holder of the insured note, in turn,————

prestamista asegurado.————————————————————————————————
will be the insured lender.————————————

(Tres) Cuando el pago del pagaré es asegurado por el acreedor hipotecario, el acree-
(Three) When payment of the note is insured by the mortgagee, the————————————

dor hipotecario otorgará y entregará al prestamista asegurado conjuntamente con
mortgagee will execute and deliver to the insured lender along————————————

el pagaré un endoso de seguro garantizando totalmente el pago de principal e in-
with the note an insurance endorsement insuring the payment of the note fully as to principal

tereses de dicho pagaré.——————————————————————————————
and interest.————————————

(Cuatro) En todo tiempo que el pago del pagaré esté asegurado por el acreedor
(Four) At all times when payment of the note is insured by the mortgagee,————————

hipotecario, el acreedor hipotecario, por convenio con el prestamista asegurado,
the mortgagee by agreement with the insured lender————————————

determinarán en el endoso de seguro la porción del pago de intereses del pagaré
set forth in the insurance endorsement will be entitled to a specified portion of the interest pay-

que será designada como "cargo anual".———————————————————————
ments on the note, to be designated the "annual charge".————————————

(Cinco) Una condición del aseguramiento de pago del pagaré será de que el
(Five) A condition of the insurance of payment of the note will be that the holder————

dor cederá todos sus derechos y remedios contra el deudor hipotecario y cuales
will forego his rights and remedies against the mortgagor and any————————————

Forma FmHA 427-1(S) PR
(Rev. 10-82)

quiera otros en ...ción con dicho préstamo así como también a l... beneficios
others  in  connection  with  said  loan,  as  well  as  any  benefit—

de esta hipoteca y aceptará en su lugar los beneficios del seguro, y a requerimiento
of  this  mortgage,  and  will  accept  the  benefits  of  such  insurance  in  lieu  thereof,  and  upon  the

del acreedor hipotecario endosará el pagaré al acreedor hipotecario en caso de
mortgagee's  request  will  assign  the  note  to  the  mortgagee  should  the  mortgagor—

violación de cualquier convenio o estipulación aquí contenida o en el pagaré o en
violate  any  covenant  or  agreement  contained  herein,  in  the  note,  or  any—————

cualquier convenio suplementario por parte del deudor.————————————————
supplementary  agreement.————————————————————————

(Seis) Entre otras cosas, es el propósito e intención de esta hipoteca, que en todo
(Six)  It  is  the  purpose  and  intent  of  this  mortgage  that,  among  other  things,—

tiempo cuando el pagaré esté en poder del acreedor hipotecario, o en el caso en
at  all  times  when  the  note  is  held  by  the  mortgagee,  or  in  the  event  the—————

que el acreedor hipotecario ceda esta hipoteca sin asegurar el pagaré, esta hipoteca
mortgagee  should  assign  this  mortgage  without  insurance  of  the  note,  this  mortgage———

garantizará el pago del pagaré pero cuando el pagaré esté en poder de un presta-
shall  secure  payment  of  the  note;  but  when  the  note  is  held  by  an  insured—————

mista asegurado, esta hipoteca no garantizará el pago del pagaré o formará parte
lender,  this  mortgage  shall  not  secure  payment  of  the  note  or  attach  to————

de la deuda evidenciada por el mismo, pero en cuanto al pagaré y a dicha deuda,
the  debt  evidenced  thereby,  but  as  to  the  note  and  such  debt——————————

constituirá una hipoteca de indemnización para garantizar al acreedor hipotecario
shall  constitute  an  indemnity  mortgage  to  secure  the  mortgagee———————

contra cualquier pérdida bajo el endoso de seguro por causa de cualquier incum-
against  loss  under  its  insurance  endorsement  by  reason  of  any  default——————

plimiento por parte del deudor hipotecario.——————————————————————
by  the  mortgagor.——————————————————————————

QUINTO: Que en consideración al préstamo y (a) en todo tiempo que el pagaré
FIFTH: That, in consideration of said loan and (a) at all times when the note—

sea conservado por el acreedor hipotecario, o en el caso de que el acreedor hipote-
is  held  by  the  mortgagee,  or  in  the  event  the  mortgagee————————

cario ceda la presente hipoteca sin el seguro de pago del pagaré y en garantía del
should  assign  this  mortgage  without  insurance  of  the  payment  of  the  note,  in  guarantee  of  the

importe del pagaré según se especifica en el subpárrafo (Uno) del Párrafo NOVE-
amount  of  the  note  as  specified  in  subparagraph  (one)  of  paragraph  NINTH—

NO con sus intereses al tipo estipulado y para asegurar el pronto pago de dicho
hereof,  with  interest  at  the  rate  stipulated,  and  to  secure  prompt  payment  of  the——————

pagaré, su renovación cualquier convenio contenido en el mismo, o extensión y
note  and  any  renewals  and  extensions  thereof  and  any  agreements  contained  therein,———

(b) en todo tiempo que el pagaré sea poseído por el prestamista asegurado en garan-
(b)  at  all  times  when  the  note  is  held  by  an  insured  lender,  in  guarantee—

tía de las sumas especificadas en el subpárrafo (Dos) del párrafo NOVENO aquí
of  the  amounts  specified  in  subparagraph  9Two  of  paragraph  NINTH  hereof—————

consignado para garantizar el cumplimiento del convenio del deudor hipotecario
for  securing  the  performance  of  the  mortgagor's  agreement—————————

.. indemnizar y conservar libre al acreedor hipotecario contra pérdidas bajo el en-
..  in  to  indemnify  and  save  harmless  the  mortgagee  against  loss  under  its———

.. de seguro por razón de incumplimiento del deudor hipotecario y (c) en cual-
..  insurance  endorsements  by  reason  of  any  default  by  the  mortgagor,  and  (c)  in  any——

quier caso y en todo tiempo en garantía de las sumas adicionales consignadas en el
event  and  at  all  times  whatsoever,  in  guarantee  of  the  additional  amounts  specified  in———

- 3 -

subpárrafo (Tres) del párrafo NOVENO de este instrumento y para asegurar el
subparagraph (Three) of paragraph NINTH hereof, and to secure the————————

cumplimiento de todos y cada uno de los convenios y del deudor hipotecario aquí
performance of every covenant and agreement of the mortgagor——————————

contenidos o en cualquier otro convenio suplementario, el deudor hipotecario por
contained herein or in any supplementary agreement, the mortgagor——————————

la presente constituye hipoteca voluntaria a favor del acreedor hipotecario sobre
hereby constitutes a voluntary mortgage in favor of the mortgagee on——————

los bienes descritos en el párrafo UNDECIMO más adelante, así como sobre los
the property described in paragraph ELEVENTH hereof, together with all rights,——

derechos, intereses servidumbres, derechos hereditarios, adhesiones pertenecientes
interests easements, hereditaments and appurtenances thereto belonging,————————

a los mismos, toda renta, créditos, beneficios de los mismos, y todo producto e
the rents, issues and profits thereof and revenues and——————————————

ingreso de los mismos, toda mejora o propiedad personal en el presente o que en
income therefrom, all improvements and personal property now or——————————

el futuro se adhiera o que sean razonablemente necesarias para el uso de los mismos,
later attached thereto or reasonably necessary to the use thereof,————————

sobre las aguas, los derechos de agua o acciones en los mismos, pertenecientes a
all water, water rights and shares in the same pertaining to————————————

las fincas o a todo pago que en cualquier tiempo se adeude al deudor hipotecario
the farms and all payments at any time owing to the mortgagor——————————

por virtud de la venta, arrendamiento, transferencia, enajenación o expropiación
by virtue of any sale, lease, transfer, conveyance or total or——————————

total o parcial de o por daños a cualquier parte de las mismas o a los intereses sobre
partial condemnation of or injury to any part thereof or interest——————————

ellas, siendo entendido que este gravámen quedará en toda su fuerza y vigor hasta
therein, it being understood that this lien will continue in full force and effect until——

que las cantidades especificadas en el párrafo NOVENO con sus intereses antes y
all amounts as specified in paragraph NINTH hereof, with interest before and————

después del vencimiento hasta que los mismos hayan sido pagados en su totalidad.
after maturity until paid, have been paid in full.——————————————————

En caso de ejecución, los bienes responderán del pago del principal, los intereses
In case of foreclosure, the property will be answerable for the payment of the principal, interest

antes y después de vencimiento, hasta su total solvento, pérdida sufrida por el acree-
thereon before and after maturity until paid, losses sustained by the——————

dor hipotecario como asegurador del pagaré, contribuciones, prima de seguro o cual-
mortgagee as insurer of the note, taxes, insurance premiums, and——————————

quier otro desembolso o adelanto por el acreedor hipotecario por cuenta del deudor
other disbursements and advances by the mortgagee for the mortgagor's account - - - ————

hipotecario con sus intereses hasta que sean pagados al acreedor hipotecario, costas,
with interest until repaid to the mortgagee, costs, expenses and————————————

gastos y honorarios de abogado del acreedor hipotecario, toda extensión o reno-
attorney's fees of the mortgagee all extensions and renewals of any of————————

vación de dichas obligaciones con intereses sobre todas y toda otro cargo o suma
said obligations with interest on all and all other charges and additional————————

adicional especificada en el párrafo NOVENO de este documento.——————————
amount as specified in paragraph NINTH hereof.————————————————

SEXTO: El deudor hipotecario expresamente conviene lo siguiente:——————————
SIXTH: That the mortgagor specifically agrees as follows:————————————————

(Uno) Pagar al acreedor hipotecario prontamente a su vencimiento cualquier deuda
(One) To pay promptly when due any indebtedness——————————————————

- 4 -

Forma FmHA 427-1(S) PR
(Rev. 10-82)

aquí garantizada ... indemnizar y conservar libre de pérdida al acreedor ... potecario
to the mortgagee hereby secured and to indemnify and save harmless the mortgagee against any

bajo el seguro del pago del pagaré por incumplimiento del deudor hipotecario.
loss under its insurance of payment of the note by reason of any default by the mortgagor.—

En todo tiempo cuando el pagaré sea poseído por el prestamista asegurado, el
At all times when the note is held by an insured lender, the————————————————

deudor hipotecario continuará haciendo los pagos contra dicho pagaré al acreedor
mortgagor shall continue to make payments on the note to the mortgagee,—————————

hipotecario como agente cobrador del tenedor del mismo.————————————————
as collection agent for the holder.————

(Dos) A pagar al acreedor hipotecario una cuota inicial por inspección y tasación
(Two) To pay to the Mortgagee any initial fees for inspection and appraisal————————

y cualquier cargo por delincuencia requerido en el presente o en el futuro por los
and any deliquency charges, now or hereafter required by—————

reglamentos de la Administración de Hogares de Agricultores.————————————
regulations of the Farmer's Home Administration.————

(Tres) En todo tiempo cuando el pagaré sea poseído por un prestamista asegu-
(Three) At all times when the note is held by an insured lender,—————

rado, cualquier suma adeudada y no pagada bajo los términos del pagaré, menos
any amount due and unpaid under the terms of the note, less——————

la cantidad o carga anual, podrá ser pagada por el acreedor hipotecario al tenedor
the amount of the annual charge, may be paid by the mortgagee to the holder————

del pagaré bajo los términos provistos en el pagaré y en el endoso de seguro referido
of the note to the extent provided in the insurance endorsement—————

en el párrafo CUARTO anterior por cuenta del deudor hipotecario.———————————
referred to in paragraph FOURTH hereof for the account of the mortgagor.——————

Cualquier suma vencida y no pagada bajo los términos del pagaré, sea éste poseído
Any amount due and unpaid under the terms of the note, whether it is held————

por el acreedor hipotecario o por el prestamista asegurado, podrá ser acreditada
by the mortgagee or by an insured lender, may be credited—————

por el acreedor hipotecario al pagaré y en su consecuencia constituirá un adelanto
by the mortgagee on the note and thereupon shall constitute an advance————————

por el acreedor hipotecario por cuenta del deudor hipotecario.————————————
by the mortgagee for the account of the mortgagor.—————

Cualquier adelanto por el acreedor hipotecario tal como se describe en este sub-
Any advance by the mortgagee as described in this—————

párrafo devengará intereses a razón del   CINCO———————————————————
subparagraph shall bear interest at the rate of

——————————————— por ciento (    5 %)————————————————
                            per cent (    5 %)————————————————

anual a partir de la fecha en que venció el pago hasta la fecha en que el deudor
per annum from the date on which the amount of the advance was due to the date of payment

hipotecario lo satisfaga.————————————————————————————
to the mortgagee.——

(Cuatro) Para ... el pagaré asegurado por el acreedor hipotecario, cualquier
(Four) ... the note is insured by the mortgagee, any—————

... del acreedor hipotecario para prima de seguro, repa-
amount advanced by the mortgagee for property insurance premiums, repairs,—

... reclamación en protección de los bienes hipoteca-
... and other claims, for the protection of the mortgaged property,—————

... impuestos u otro gasto similar por razón de haber
or for ... or assessments or other similar charges by reason of the————

- 5 -

el deudor hipotecario dejado de pagar por los mismos, devengará intereses a razón
mortgagor's failure to pay the same, shall bear interest at the rate————————————

del tipo estipulado en el subpárrafo anterior desde la fecha de dichos adelantos
stated in the next preceding subparagraph from the date of the advance————————

hasta que los mismos sean satisfechos por el deudor hipotecario.————————
until repaid to the mortgagee.————————

(Cinco) Todo adelanto hecho por el acreedor hipotecario descrito en esta hipo-
(Five) All advances made by mortgagee as described in this mortgage,————————

teca con sus intereses vencerá inmediatamente y será pagadero por el deudor hipo-
with interest, shall be immediately due and payable by the mortgagor————————

tecario al acreedor hipotecario sin necesidad de requerimiento alguno en el sitio
to mortgagee without demand at the————————

designado en el pagaré y será garantizado por la presente hipoteca. Ningún adelanto
place designated in the note and shall be guaranteed hereby. No such advance————————

hecho por el acreedor hipotecario no relevará al deudor hipotecario de su obligación
by mortgagee shall relieve the mortgagor from breach of his covenant————————

del convenio de pagar. Dichos adelantos, con sus intereses, se reembolsarán de los
to pay. Such advances, with interest shall be repaid from the————————

primeros pagos recibidos del deudor hipotecario. Si no hubieren adelantos, todo
first available collections received from mortgagor. Otherwise, any payments————————

pago verificado por el deudor hipotecario podrá ser aplicado al pagaré o a cualquier
payment made by mortgagor may be applied on the note or any————————

otra deuda del deudor hipotecario aquí garantizada, en el orden que el acreedor
indebtedness to mortgagee secured hereby, in any order mortgagee————————

hipotecario determinare.————————————
determines.————————

(Seis) Usar el importe del préstamo evidenciado por el pagaré únicamente para
(Six) To use the loan evidenced by the note solely————————

los propósitos autorizados por el acreedor hipotecario.————————
for purposes authorized by mortgagee.————————

(Siete) A pagar a su vencimiento las contribuciones, impuestos especiales, gravá-
(Seven) To pay when due all taxes, special assessments, liens————————

menes y cargas que graven los bienes o los derechos o intereses del deudor hipo-
and charges encumbering the property or the right or interest of mortgagee————————

tecario bajo los términos de esta hipoteca.————————
under the terms of this mortgage.————————

(Ocho) Obtener y mantener seguro contra incendio y otros riesgos según requie-
(Eight) To procure and maintain insurance against fire and other hazards as required————————

ra el acreedor hipotecario sobre los edificios y las mejoras existentes en los bie-
by mortgagee on all existing buildings and improvements on the pro————————

nes o cualquier otra mejora introducida en el futuro. El seguro contra fuego y
perty and on any buildings and improvements put there on in the future. The insurance against

otros riesgos serán en la forma y por las cantiades, términos y condiciones
fire and other hazards will be in the form and amount and on terms and conditions————————

aprobare el acreedor hipotecario.————————
approved by mortgagee.————————

(Nueve) Conservar los bienes en buenas condiciones y prontamente aplicar las
(Nine) To keep the property in good condition and promptly make all————————

reparaciones necesarias para la conservación de los bienes; no cometerá ni per-
necessary repairs for the conservation of the property; he will not commit nor————————

mitirá que se cometa ningún deterioro de los bienes; ni removerá ni demolerá
permit to be committed any deterioration of the property; he will not remove nor demolish

Forma FmHA 427-1(S) PR
(Rev. 10-82)

ningún edifici ____ mejora en los bienes, ni cortará ni removerá madi ____ de la finca,
any building or i _rovement on the property; nor will he cut or remove wood from the farm

ni removerá ni permitirá que se remueva grava, arena, aceite, gas, carbón u otros
nor remove nor permit to be removed gravel, sand, oil, gas, coal, or other

minerales sin el consentimiento del acreedor hipotecario y prontamente llevará
minerals without the consent of mortgagee, and will promptly carry out

a efecto las reparaciones en los bienes que el acreedor hipotecario requiera de tiempo
the repairs on the property that the mortgagee may request from time to

en tiempo. El deudor hipotecario cumplirá con aquellas prácticas de conservación
to time. Mortgagor shall comply with such farm conservation practices

de suelo y los planes de la finca y del hogar que el acreedor hipotecario de tiempo en
and farm and home management plans as mortgagee from time to

tiempo pueda prescribir.
time may prescribe.

(Diez) Si esta hipoteca se otorga para un préstamo a dueño de finca según se iden-
(Ten) If this mortgage is given for a loan to a farm owner as identified

tifica en los reglamentos de la Administración de Hogares de Agricultores, el deudor
in the regulations of the Farmers Home Administration, mortgagor

hipotecario personalmente operará los bienes por sí y por medio de su familia como
will personally operate the property with his own and his family labor as a farm and for no other

una finca y para ningún otro propósito y no arrendará la finca ni parte de ella a
purpose and will not lease the farm or any part of it

menos que el acreedor hipotecario consienta por escrito en otro método de opera-
unless mortgagee agrees in writing to any other method of operation

ción o al arrendamiento.
or lease.

(Once) Someterá en la forma y manera que el acreedor hipotecario requiera la
(Eleven) To submit in the form and manner mortgagee may require,

información de sus ingresos y gastos y cualquier otra información relacionada con
information as to his income and expenses and any other information in regard to

la operación de los bienes y cumplirá con todas las leyes, ordenanzas y reglamentos
operation of the property, and to comply with all laws, ordinances, and regulations

que afecten los bienes o su uso.
affecting the property or its use.

(Doce) El acreedor hipotecario, sus agentes y abogados, tendrán en todo tiempo el
(Twelve) Mortgagee, its agents and attorneys, shall have the right at all reasonable times

derecho de inspeccionar y examinar los bienes con el fin de determinar si la garantía
to inspect and examine the property for the purpose of ascertaining whether or not

otorgada está siendo mermada o deteriorada y si dicho examen o inspección deter-
the security given is being lessened or impaired, and if such inspection or examination shall

minare, a juicio del acreedor hipotecario, que la garantía otorgada está siendo mer-
disclose, in the judgment of mortgagee, that the security given is being lessened

mada o deteriorada, tal condición se considerará como una violación por parte del
or impaired, such condition shall be deemed a breach by the

deudor hipotecario de los convenios de esta hipoteca.
mortgagor of the covenants of this mortgage.

(Trece) Si cualquier otra persona detentar con o impugnare el derecho de posesión
(Thirteen) If any other person interferes with or contests the right of possession

del deudor hipotecario a los bienes, el deudor hipotecario inmediatamente notificará
of the mortgaged property, the mortgagor will immediately notify

al acreedor hipotecario de dicha acción y el acreedor hipotecario, a su opción,
mortgagee of such action and mortgagee at its option

- 7 -

podrá instituir aquellos procedimientos que fueren necesarios en defensa de sus
may institute the necessary proceedings in defense of its——————————————

interes y los gastos y desembolsos incurrido por el acreedor hipotecario en dichos
interest, and any costs or expenditures incurred by mortgage by said———————

procedimientos, serán cargados a la deuda del deudor hipotecario y se considerarán
proceedings will be charged to the mortgage debt and considered———————————

garantizados por esta hipoteca dentro del crédito adicional de la cláusula hipotecaria
by this mortgage within the additional credit of the mortgage clause———————————

para adelantos, gastos y otros pagos.—————————————————————————————
for advances, expenditures and other payments.———————————————————————

(Catorce) Si el deudor hipotecario en cualquier tiempo mientras estuviere vigente
(Fourteen) If the mortgagor at any time while this mortgage remains in effect—————

esta hipoteca, abandonare los bienes o voluntariamente se los entregase al acree-
should abandon the property or voluntarily deliver it to mortgagee,———————————

dor hipotecario, el acreedor hipotecario es por la presente autorizado y con pode-
mortgagee, is hereby authorized and empowered————————————————————————

res para tomar posesión de los bienes, arrendarlos y administrar los bienes y cobrar
to take possession of the property, to rent and administer the same and collect—————

sus rentas, beneficios e ingresos de los mismos y aplicarlos en primer término a los
the rents, benefits, and income from the same and apply them first to the———————

gastos de cobro y administración y en segundo término al pago de la deuda eviden-
costs of collection and administration and secondly to the payment of the debt evidenced—

ciada por el pagaré o cualquier otra deuda del deudor hipotecario y aquí garantizada,
by the note or any indebtedness to mortgagee hereby guaranteed,—————————————

en el orden y manera que el acreedor hipotecario determinare.——————————————
in what ever order and manner mortgagee may determine.—————————————————

(Quince) En cualquier tiempo que el acreedor hipotecario determinare que el deudor
(Fifteen) At any time that mortgagee determines that mortgagor————————————

hipotecario puede obtener un préstamo de una asociación de crédito para produc-
may be able to obtain a loan from a credit association for production—————————————

ción, de un Banco Federal u otra fuente responsable, cooperativa o privada, a un
a Federal Bank or other responsible source, cooperative or private, at a————————

tipo de interés y términos razonables para préstamos por tiempo y propósitos
rate of interest and reasonable periods of time and purposes,————————————————

similares, el deudor hipotecario, a requerimiento del acreedor hipotecario, solicitará
mortgagor, at mortgagee's request will apply for and accept————————————————

y aceptará dicho préstamo en cantidad suficiente para pagar por las acciones nece-
said loan in sufficient amount to pay the note and any other indebtedness secured hereby and to—

sarias en la agencia cooperativa en relación con dicho préstamo.————————————
purchase any necessary shares of stock in the cooperative agency in regard to said loan.—————

(Dieciseis) El incumplimiento de cualesquiera de las obligaciones garantizadas
(Sixteen) Should default occur in the performance or discharge of any obligation secured—————

por esta hipoteca, o si el deudor hipotecario o cualquier otra persona incluída como
by this mortgage, or should mortgagor, or any one of the persons herein called—————

deudor hipotecario, faltare con el pago de cualquier cantidad o violare o no cumpliere
mortgagor, default in the payment of any amounts or violate or fail to comply—————

con cualquier cláusula, condición, estipulación o convenio o acuerdo aquí contenido
with any clause, condition, stipulation, covenant, or agreement contained herein,—————

o si cualquier convenio suplementario, o falleciere o se declarare o fuere declarado
or if any supplementary agreement, or die or be declared or—————————————————

incompetente, en quiebra, insolvente o hiciere una cesión en beneficio de sus
incompetent, a bankrupt, or an insolvent, or make an assignment for the benefit of—————

Forma FmHA 427-1(S) PR
(Rev. 10-82)

dores, o los bienes, parte de ellos o cualquier interés en los mismos fueren cedidos,
creditors, or should the property or any part thereof or interest therein be assigned,—————

vendidos, arrendados, transferidos o gravados voluntariamente o de otro modo, de
sold, leased, transferred, conveyed, or encumbered, voluntarily or otherwise,—————————

sin el consentimiento por escrito del acreedor hipotecario, el acreedor hipotecario es
without the written consent of mortgagee, mortgage is—————————————————————

irrevocablemente autorizado y con poderes, a su opción y sin notificación: (Uno) a
irrevocably authorized and empowered, at its option, and without notice: (One) to——

declarar toda deuda no pagada bajo los términos del pagaré o cualquier otra deuda
declare all amounts unpaid under the note, and any indebtedness——————————————

al acreedor hipotecario aquí garantizada, inmediatamente vencida y pagadera y
to the mortgagee secured hereby, immediately due and payable and——————————————

proceder a su ejecución de acuerdo con la ley y los términos de la misma; (Dos)
to foreclose this mortgage in accordance with law and the provisions hereof; (Two)——

incurrir y pagar los gastos razonables para la reparación o mantenimiento de los
to incur and pay reasonable expenses for the repair and maintenance of the——————

bienes y cualquier gasto u obligación que el deudor hipotecario no pagó según se
property and any expenses and obligations that mortgagor did not pay as ——————

conviniere en esta hipoteca, incluyendo las contribuciones, impuestos, prima de
agreed in this mortgage, including taxes, assessments, insurance premium,—————————

seguro y cualquier otro pago o gasto para la protección o conservación de los bienes
and any other expenses or costs for the protection and preservation of the property——

y de esta hipoteca o incumplimiento de cualquier precepto de esta hipoteca y (Tres)
and this mortgage, or for compliance with any of the provisions of this mortgage; and (Three)

de solicitar la protección de la ley.—————————————————————————————————
request the protection of the law.————————

(Diecisiete) El deudor hipotecario pagará o reembolsará al acreedor hipotecario
(Seventeen) Mortgagor will pay, or reimburse mortgagee——————————————————————

todos los gastos necesarios para el fiel cumplimiento de los convenios y acuerdos
for all necessary expenses for the fulfillment of the covenants and agreements——————

de esta hipoteca, los del pagaré y en cualquier otro convenio suplementario, in-
of this mortgage and of the note and of any supplementary agreement, including——————

cluyendo los gastos de mensura, evidencia de título, costas, inscripción y hono-
the costs of survey, evidence of title, court costs, recordation fee and——————————

rarios de abogado.————————————————————————————————————————
attorney's fees.————————————

(Dieciocho) Sin afectar en forma alguna los derechos del acreedor a requerir y
(Eighteen) Without in any manner affecting the right of the mortgagee to require and——

hacer cumplir en una fecha subsiguiente a los mismos los convenios, acuerdos u
enforce performance at a subsequent date of the same, similar or other covenant, agreement

obligaciones aquí contenidos o similares u otros convenios, y sin afectar la respon-
obligation herein set forth, and without affecting the liability——————————————————

sabilidad de cualquier persona para el pago del pagaré o cualquier otra deuda aquí
of any person for payment of the note or any indebtedness—————————————————————

garantizada y sin afectar el gravámen impuesto sobre los bienes o la prioridad del
secured hereby, and without affecting the lien created or its priority or the priority of

gravamen, el acreedor hipotecario es por la presente autorizado y con poder en
said lien, the mortgage is hereby authorized and empowered to——————————————————

cualquier tiempo (Uno) renunciar al cumplimiento de cualquier convenio u obli-
any time (one) waive the performance of any covenant or obligation——————————————

gación aquí contenida o en el pagaré o en cualquier convenio suplementario (Dos)
contained herein or in the note or any supplementary agreement; (two)——————————

- 9 -

negociar con el deudor hipotecario o conceder al deudor hipotecario cualquier
deal in any way with mortgagor or grant to mortgagor any————————————————

indulgencia o tolerancia o extensión de tiempo para el pago del pagaré (con el
indulgence or forbearance or extension of the time for payment of the note (with the———

consentimiento del tenedor de dicho pagaré cuando esté en manos de un presta-
consent of the holder of the note when it is held by————————————————————

mista asegurado) o para el pago de cualquier deuda a favor del acreedor hipoteca-
an insured lender) or for payment of any indebtedness to mortgagee————————————

rio, y aquí garantizada; o (Tres) otorgar y entregar cancelaciones parciales de cual-
hereby secured; or (three) execute and deliver partial releases of any————————————

quier parte de los bienes de la hipoteca aquí constituída u otorgar diferimiento o
part of said property from the lien hereby created or grant deferment or————————————

postergación de esta hipoteca a favor de cualquier otro gravámen constituído sobre
postponement of this mortgage to any other lien over————————————————————

dichos bienes.————————————————————————————————————————
said property.——————————————————————————————————————————

(Diecinueve) Todos los derechos, título e interés en y sobre la presente hipoteca,
(Nineteen) All right, title and interest in or to this mortgage,————————————————

incluyendo pero no limitando el poder de otorgar consentimientos, cancelaciones
including but not limited to the power to grant consents, partial releases,——————————

parciales, subordinación, cancelación total, radica sola y exclusivamente en el
subordinations, and satisfaction, shall be vested solely and exclusively in————————————

acreedor hipotecario y ningún prestamista asegurado tendrá derecho, título o in-
mortgagee, and no insured lender shall have any right, title or interest————————————

terés alguno en o sobre el gravámen y los beneficios aquí contenidos.——————————
in or to the lien or any benefits herein contained.————————————————————————

(Veinte) El incumplimiento de esta hipoteca constituirá incumplimiento de cuales-
(Twenty) Default hereunder shall constitute default under any————————————————

quiera otra hipoteca, préstamo refaccionario, o hipoteca de bienes muebles poseída
other real estate or crop or chattel mortgage held————————————————————————

o asegurada por el acreedor hipotecario y otorgada o asumida por el deudor hipo-
or insured by mortgagee and executed or assumed by mortgagor,——————————————

tecario; y el incumplimiento de cualesquiera de dichos instrumentos de garantía
and default under any such other security instrument shall————————————————————

constituirá incumplimiento de esta hipoteca.————————————————————————
constitute default hereunder.————————————————————————————————————

(Veintiuno) Todo aviso que haya de darse bajo los términos de esta hipoteca será
(Twenty-One) All notices to be given under this mortgage shall——————————————————

remitido por correo certificado a menos que se disponga lo contrario por ley, y
be sent by certified mail unless otherwise required by law,————————————————————

será dirigido hasta tanto otra dirección sea designada en un aviso dado al efecto,
and shall be addressed until some other address is designated in a notice so given,——————

en el caso del acreedor hipotecario a Administración de Hogares de Agricultores,
in the case of mortgagee to Farmers Home Administration,————————————————————

Departamento de Agricultura de Estados Unidos, San Juan, Puerto Rico, y en el
United States Department of Agriculture, San Juan, Puerto Rico, and in the————————————

caso del deudor hipotecario, a él a la dirección postal de su residencia según se
case of mortgagor to him at his post office address of his residence as stated————————

especifica más adelante.————————————————————————————————————
hereinafter.————————————————————————————————————————————

(Veintidos) El deudor hipotecario por la presente cede al acreedor hipotecario
(Twenty-Two) Mortgagor by these presents grants to mortgage————————————————

Forma FmHA 427-1(S) PR
(Rev. 10-82)

el importe de    quier sentencia obtenido por expropiación forzos para uso
the amount of any judgment obtained by reason of condemnation proceedings for public

público de los bienes o parte de ellos así como también el importe de la sentencia
use of the property or any part thereof as well as the amount of any judgment

por daños causados a los bienes. El acreedor hipotecario aplicará el importe así
for damages caused to the property. The mortgage will apply the amount so

recibido al pago de los gastos en que incurriere en su cobro y el balance al pago del
received to the payment of costs incurred in its collection and the balance to the payment

pagaré y cualquier cantidad adeudada al acreedor hipotecario garantizada por esta
of the note and any indebtedness to the mortgage secured by this

hipoteca, y si hubiere algún sobrante, se reembolsará al deudor hipotecario.
mortgage, and if any amount then remains, will pay such amount to mortgagor.

SEPTIMO: Para que sirva de tipo a la primera subasta que deberá celebrarse en caso
SEVENTH: That for the purpose of the first sale to be held in case

de ejecución de esta hipoteca, de conformidad con la ley hipotecaria, según enmen-
of foreclosure of this mortgage, in conformity with the mortgage law, as amended,

dada, el deudor hipotecario por la presenta tasa los bienes hipotecados en la suma
mortgagor does hereby appraise the mortgaged property in the amount

de   OCHENTA Y CUATRO MIL SETECIENTOS DOLARES
of

($84,700.00)

OCTAVO: El deudor hipotecario por la presente renuncia al trámite de requeri-
EIGHTH: Mortgagor hereby waives the requirement of law and agrees to be

miento y se considerará en mora sin necesidad de notificación alguna por parte
considered in default without the necessity of any notification of default or demand for pay-

del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos de la Ad-
ment on the part of mortgagee. This mortgage is subject to the rules and regulations of the

ministración de Hogares de Agricultores ahora en vigor y a futuros reglamentos,
Farmers Home Administration now in effect, and to its future regulations,

no inconsistentes con los términos de esta hipoteca, así como también sujeta a
not inconsistent with the provisions of this mortgage, as well as to the

las leyes del Congreso de Estados Unidos de America que autorizan la asignación
laws of the Congress of the United States of America authorizing the making and

y aseguramiento del préstamo antes mencionado.
insuring of the loan herein. fore mentioned.

NOVENO: Las cantidades garantizadas por esta hipoteca son las siguientes:
NINTH: The amounts guaranteed by this mortgage are as follows:

Una. En todo tiempo cuando el pagaré relacionado en el párrafo TERCERO de
One. At all times when the note mentioned in paragraph THIRD of

esta hipoteca sea poseído por el acreedor hipotecario o en caso que el acreedor
this mortgage is held by mortgagee, or in the event mortgagee

hipotecario cediere esta hipoteca sin asegurar el pagare! OCHENTA Y CUATRO
should assign this mortgage without insuring of the note,



MIL SETECIENTOS DOLARES                    DOLARES ($84,700.00)
                                           DOLARES ($84,700.00)

el principal de dicho pagaré, más los intereses según estipulados a razón del CINCO
the principal amount of said note, together with interest as stipulated therein at the rate of

por ciento (      5 º/o) anual;
per cent (      5 º/o) per annum;

- 11 -



Dos. En todo tiempo cuando el pagaré es poseído por un prestamista asegurado:
Two. At all times when said note is held by an insured lender:

(A)  OCHENTA Y CUATRO MIL SETECIENTOS----------------------
(A)

------------------------------ DOLARES ($ 84,700.00
                                DOLLARS ($ 84,700.00

para indemnizar al acreedor hipotecario por adelantos al prestamista asegurado
for indemnifying the mortgagee for advances to the insured lender----------------

por motivo del incumplimiento del deudor hipotecario de pagar los plazos según
by reason of mortgagor's failure to pay the installments as-----------------------

se especifica en el pagaré, con intereses según se e.pecifica en el párrafo SEXTO,
specified in the note, with interest as stated in paragraph SIXTH,-----------------

Tercero;----------------------------------------------------------------
Three;----------------------

(B)  CIENTO VEINTISIETE MIL CINCUENTA ----------------------
(B)

------------------------------ DOLARES ($ 127,050.00
                                DOLLARS ($ 127,050.00

para indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda
for indemnifying the mortgagee further against any loss it might-----------------

sufrir bajo su seguro de pago del pagaré.
sustain under its insurance of payment of the note;------------------

Tres. En cualquier caso y en todo tiempo;---------------------------------
Three. In any event and at all times whatsoever;---------------

(A) TREINTA Y TRES MIL OCHOCIENTOS OCHENTA DOLARES-----
(A)

($ 33,880.00      ) para intereses después de mora;----------------
($ 33,880.00      ) for default interest;-----------------------

(B) DIECISEIS MIL NOVECIENTOS CUARENTA--------------------
(B)

($16,940.00       ) para contribuciones, seguro y otros adelantos para la con-
($16,940.00       ) for taxes, insurance and other advances for the preservation--

servación y protección de esta hipoteca, con intereses al tipo estipulado en el párrafo
and protection of this mortgage, with interest at the rate stated in paragraph--------

SEXTO, Tercero;----------------------------------------------
SIXTH, Three;----------------

(C) OCHO MIL CUATROCIENTOS SETENTA DOLARES----------
(C)

($ 8,470.00       ) para costas, gastos y honorarios de abogado en caso
($ 8,470.00       ) for costs, expenses and attorney's fees in case--

de ejecución;---------------------------------------------
of foreclosure;----------------

(D) OCHO MIL CUATROCIENTOS SETENTA DOLARES---------
(D)

($8,470.00        ) para costas y gastos que incurriere el acreedor hipoteca-
($8,470.00        ) for costs and expenditures incurred by the mortgagee--

rio en procedimientos para defender sus intereses contra cualquier persona que inter-
proceedings to defend its interests against any other person interfering with--------

venga o impugne el derecho de posesión del deudor hipotecario a los bienes según
or contesting the right of possession of mortgagor to the property as----------------

se consigna en el párrafo SEXTO, Trece.----------------------------
provided in paragraph (SIXTH, Thirteen.---------------

- 12 -

Forma FmHA 427-1(S) PR
(Rev. 10-82)

DECIMO: Que el pagaré(s) a que se hace referencia en el párrafo TERCERO
TENTH: That the note(s) referred to in paragraph THIRD

de esta hipoteca es (son) descrito(s) como sigue:
of this mortgage is(are) described as follows:

"Pagaré otorgado en el caso número  63-18-581155835
"Promissory note executed in case number

fechado el día
dated the

CATORCE————— de      mayo————— de mil novecientos—————
              day of            nineteen hundred and

noventa y tres—————por la suma de OCHENTA Y CUATRO—————
                    in the amount of

MIL SETECIENTOS ($84,700.00)—————————dólares de principal más
                                      of principal plus

intereses sobre el balance del principal adeudado a razón del  CINCO—————
interest over the unpaid balance at the rate of

——————————————————————————————( 5%  ) por ciento anual,
                                ( 5%  ) percent per annum,

hasta tanto su principal sea totalmente satisfecho según los términos, plazos, condi-
until the principal is totally paid according to the terms, installments,

ciones y estipulaciones contenida en dicho pagaré y según acordados y convenidos
conditions and stipulation contained in the promissory note and as agreed

entre el Prestatario y el Gobierno; excepto el pago final del total de la deuda aquí
between the borrower and the Government, except that the final installment of the

representada, de no haber sido satisfecho con anterioridad, vencerá y será pagadero
entire debt herein evidenced, if not sooner paid, will be due

a los  CUARENTA AÑOS (40)—————————————————————
and payable

años de la fecha de este pagaré.—————————
years from the date of this promissory note.

Dicho pagaré ha sido otorgado como evidencia de un préstamo concedido por el
Said promissory note is given as evidence of a loan made by the

Gobierno al Prestatario de conformidad con la Ley del Congreso de los Estados
Government to the borrower pursuant to the law of the Congress of the United

Unidos de América denominada "Consolidated Farm and Rural Development Act
States of America known as "Consolidated Farm and Rural Development Act

of 1961" o de conformidad con el "Title V of the Housing Act of 1949", según
of 1961" or pursuant to "Title V of the Housing Act of 1949, as

han sido enmendadas y está sujeto a los presentes reglamentos de la Administración
amended, and is subject to the present regulations of the Farmers

de Hogares de Agricultores y a los futuros reglamentos no inconsistentes con dicha
Home Administration and to its future regulations not inconsistent with the

Ley, de cuya descripción, yo, el Notario Autorizante
express provision thereof. Of which description I, the authorizing Notary, GIVE

UNDECIMO: Que la propiedad objeto de la presente escritura y sobre la cual se
ELEVENTH: That the property object of this deed and over which

constituye Hipoteca Voluntaria, se describe como sigue:
voluntary mortgage is constituted, is described as follows:

- 13 -

---RUSTICA: Porción de terreno sito en el Barrio-------
Indiera Baja del término Municipal de Maricao, Puerto----
Rico, compuesta de CUARENTA Y DOS (42) CUERDAS, -------
equivalentes a dieciseis (16) hectáreas, cincuenta (50)
áreas y setentiocho (78) centiáreas, en lindes por el---
NORTE, con terrenos de Juan Rodríguez, hoy terrenos de--
Juan Rodríguez, hoy terrenos de Francisco Frontera,------
separados en parte por una quebrada; por el SUR, con----
terrenos de Silvestre Bartolomei, separados por un------
camino vecinal y terrenos de José Aymat; por el ESTE----
con terrenos de José Aymat y por el OESTE, con terrenos
de Francisco Frontera.------------------------------------

---Contiene dos casa de madera y zinc, dedicadas a------
escuela y según nueva mensura resultó tener una---------
cabida de cuarentiuna cuerdas y cincuentidos céntimos---
(41.52 cds.) equivalentes a dieciseis (16) hectáreas----
y treintidos áreas.---------------------------------------

---Inscrita al folio 177 del tomo 66 de Maricao, finca--
número 706, inscripción 9na.------------------------------

-----------------------------------------------------------

Adquirió el prestatario la descrita finca por compra a ESTADOS UNIDOS DE
Borrower acquired the described property by
AMERICA REPRESENTADO POR DON ANDRES IRIZARRY RUIZ,------

según consta de la Escritura Número VEINTICINCO--------------------
pursuant to Deed Number

de fecha CATORCE DE MAYO DE MIL NOVECIENTOS NOVENTA Y TRES,
dated

otorgada en la ciudad de Mayaguez, Puerto Rico,------------------
executed in the city of

ante el Notario EEDANTE,------------------------------------
before Notary

Dicha propiedad se encuentra libre de toda carga o gravámen.----
Said property is



-----------------------------------------------------------

DUODECIMO: Que comparecen en la presente escritura como Deudores Hipote-
TWELFTH: The parties appearing in the present deed as Mortgagors -----------

carlos ARNALDO LUIS ORTIZ SUAREZ, Seguro Social °
are
y su esposa doña MARIA CELESTE PACHECO COLON, Seguro----
Social          5, ambos mayores de edad, casados entre
sí, propietarios, vecinos de Lares, Puerto Rico.-------
-----------------------------------------------------------
cuya dirección postal es HC-04-8943 - LARES, PUERTO RICO 00669-
whose postal address is
-----------------------------------------------------------

-----------------------------------------------------------

-----------------------------------------------------------

DECIMO TERCERO: El importe del préstamo aquí consignado se usó o será usado-
THIRTEENTH: The proceeds of the loan herein guaranteed was used or will be used-----

Forma FmHA 427–1PR
( 10–82 )

para fines agrícolas        construcción y/o reparación y/o mejoras de las in___cciones
for agricultural purpose___and the construction and/or repair or improvement of the physical

físicas en la finca(s) descrita(s).————————————————————
installations on the described farm(s).

DECIMO CUARTO: El prestatario ocupará personalmente y usará cualquier estruc-
FOURTEENTH: The borrower will personally occupy and use any structure

tura que haya sido construída, mejorada o comprada con el importe del préstamo
constructed, improved or purchased with the proceeds of the loan

aquí garantizado y no arrendará o usará para otros fines dicha estructura a menos
herein guaranteed and shall not lease or use for other purposes said structure unless

que el Gobierno lo consienta por escrito. La violación de esta clausula como la
the Government so consents in writing. Violation of this clause as well as

violación de cualquiera otro convenio o cláusula aquí contenida ocasionará el
violation of any other agreement or clause herein contained will cause

vencimiento de la obligación como si todo el término hubiese transcurrido y en
the debt to become due as if the whole term had elapsed and the

aptitud el Gobierno de declarar vencido o pagadero el préstamo y proceder a la
Government at its option may declare due and payable the loan and proceed to

ejecución de la hipoteca.————————————————————
the foreclosure of the mortgage.

DECIMO QUINTO: Esta hipoteca se extiende expresamente a toda construcción
FIFTEENTH: This mortgage expressly extends to all construction

o edificación existente en la(s) finca(s) antes descrita(s) y a toda mejora, construc-
or building existing on the farm(s) hereinbefore described and all improvement,

ción o edificación que se construya en dicha finca(s) durante le vigencia del prés-
construction or building constructed on said farm(s) while the

tamo hipotecario constituido a favor del Gobierno, verificada por los actuales
mortgage loan constituted in favor of the Government is in effect, made by the present

dueños deudores o por sus cesionarios o causahabientes.————————
owners or by their assignees or successors.

DECIMO SEXTO: El deudor hipotecario por la presente renuncia mancomunada
SIXTEENTH: The mortgagor by these presents hereby waives jointly and

y solidariamente por sí y a nombre de sus herederos causahabientes, sucesores o
severally for himself and on behalf of his heirs, assignees, successors or

representantes a favor del acreedor (ADministración de Hogares de Agricultores),
representatives, in favor of mortgagee (Farmers Home Administration)

cualquier derecho de Hogar Seguro (Homestead) que en el present o en el futuro
any Homestead right (Homestead) that presently or in the future

pudiera tener en la propiedad descrita en el párrafo undécimo y en los edificios
he may have in the property described in paragraph eleventh and in the buildings

allí enclavados o que en el futuro fueran const___da ___una ___esta permitida
thereon or which in the future may be constructed; th___ ___ being permi___

___ favor de la Administración de Hogares d___ ___cultores ___or la Le___ ___mero trece
in favor of the Farmers Home Administration by ___ ___umber ___ir___

(13) del veintiocho (28) de mayo de mil ___vecientos ___ y nueve (1969) (31
(13) of the twenty-eighth of May, nineteen hundred ___xty ___ ___

L.P.R.A. 1851)————
L.P.R.A. 1851).

DECIMO SEPTIMO: El acreedor y el deudor hipotecario convienen en que cual-
SEVENTEENTH: Mortgagee and mortgagor agree that any

quier estufa, horno, calentador comprado o financiado total o parcialmente con
stove, oven, water heater, purchased or financed completely or partially with

- 15 -

Forma FmHA 427–1PR
( 10–82 )

fondos del préstamo aquí garantizado, se considerará e interpretará como parte
funds of the loan herein guaranteed, will be considered and understood to form part———

de la propiedad gravada por esta Hipoteca.———————————————————
of the property encumbered by this Mortgage.————————

DECIMO OCTAVO: El deudor hipotecario se compromete y se obliga a mudarse
EIGHTEENTH: The mortgagor agrees and obligates himself to move———————

y a ocupar la propiedad objeto de esta escritura dentro de los próximos sesenta
and occupy the property object of this deed within the following sixty————————

días a partir de la fecha de la inspección final; y en caso de circunstancias impre-
days from the date of final inspection, and in the event of unforeseen circumstances———

vistas fuera del control del deudor hipotecario que le impidiera mudarse, éste lo
beyond his control which would impede him to do so, he will———————————

notificará por escrito al Supervisor Local.————————————————————
notify it in writing to the County Supervisor.————————

DECIMO NOVENO: Toda mejora, construcción o edificación que se construya
NINETEENTH: All improvement, construction or building constructed————————

en dicha finca durante la vigencia antes mencionada deberá ser construída previa-
on said farm(s) during the term hereinbefore referred to, must be made with the previous———

autorización por escrito del acreedor hipotecario conforme a los reglamentos pre-
consent in writing of mortgagee in accordance with present regulations—————————

sentes y aquellos futuros que se promulgaren de acuerdo a las leyes federales y
or future ones that may be promulgated pursuant to the federal and————————

locales no inconsistentes o incompatibles con las leyes actuales que gobiernan
local laws not inconsistent or incompatible with the present laws which govern————

estos tipos de préstamos.————————————————————————————
these types of loans.————————

VIGESIMO: Este instrumento garantiza asímismo el rescate o recuperación de
TWENTIETH: This instrument also secures the recapture of————————————

cualquier crédito por intereses o subsidio que pueda otorgarse a los prestatarios
any interest credit or subsidy which may be granted to the borrower(s) by the————

por el Gobierno de acuerdo con las disposiciones del Título Cuarentos del Código
Government pursuant to Forty-Two————————

de Estados Unidos Sección Mil Cuatrocientos Noventa - a (42 U.S.C. 1490a)———
U.S.C. Fourteen Ninety-a (42 U.S.C. 1490a)————————

————VIGESIMO-PRIMERO: El importe del préstamo aquí————

consignado se usará para la compra de finca localizada

en el Barrio Indiera Baja del término Municipal de ————

Maricao, Puerto Rico.————

Forma FmHA 427-1(S) PR
(Rev. 10-82)

```
---------------------ACEPTACION---------------------
                      ACCEPTANCE
```

El (los) comparecientes ACEPTAN esta escritura en la forma redactada una vez
The appearing party (parties) ACCEPT(S) this deed in the manner drawn once——————

yo, el Notario autorizante, le (les) hice las advertencias legales pertinentes.——————
I, the authorising Notary, have made to him (them) the pertinent legal warnings.——————

Así lo dicen y otorgan ante mí, el Notario autorizante, el (los) compareciente(s)
So they say and execute before me, the authorizing Notary, the appearing party (parties)——————

sin requerir la presencia de testigos después de renunciar su derecho a ello del que
without demanding the presence of witnesses after waiving his (their) right to do so of which

le(s)  advertí.——————————————————————————————————
I advised him (them).——————————————————————————————

Después de ser leída esta escritura por el (los) compareciente(s), se ratifica(n)
After this deed was read by the appearing party(parties) he (they) ratify its——————

en su contenido, pone(n) sus iniciales en cada uno de los fólios de esta escritura
contents, place(s) his (their) initials on each of the folios of this deed——————————

incluyendo el último y la firma(n) todos ante mí, el Notario autorizante, que DOY
including the last one, and all sign before me, the authorizing Notary who GIVES——————

FE de todo el contenido de esta escritura.——————————————————————
FAITH to everything contained in this deed.——————————————————

---FIRMADO: ARNALDO LUIS ORTIZ SUAREZ.---MARIA CELESTE
PACHECO COLON.——————————————————————————————

--FIRMADO, SIGNADO, SELLADO Y RUBRICADO: E. ALCARAZ
CASABLANCA.——————————————————————————————————

CERTIFICO que la que precede es _____/copia fiel
y exacta del contenido de su original número ____
del protocolo de instrumentos públicos de ésta mi notaría,
la cual consta de _____ fólios, la que libro a solicitud
de _____ cancelándose
los correspondientes sellos de rentas internas y la estampilla
del Colegio de Abogados de Puerto Rico. Y dejando nota al
margen de su registro, la signo, sello, firmo y rubrico en
igual fecha y sitio de su otorgamiento.
DOY FE.

                              E. ALCARAZ CASABLANCA
                                 NOTARIO PUBLICO





17



REGISTRO DE LA PROPIEDAD DE

Presentado a la (s) _____ SECCION _____ de la _____
Asiento Núm. _____ _____ Diario _____
Ders: Un sello de 50¢ _____
Un comprobante de $1.0 _____
_____ comprobante de $ _____
_____ comprobante de $ _____

Total Ders.   $ _____
En _____ P. R., a _____ de _____ de 19 _____

Registrador (a)

Inscrito al folio 114 del
tomo 96 de Maricao Cías. 22
de la finca #706. Se halla
afecta a la hipoteca que
por este documento se constituye.
En San Germán a 21 de septiembre
del 1994.
Doy fé.





CERTIFICO: Que a solicitud de *Farm Service Agency*, hoy día de su otorgamiento, expedí *primera* copia certificada de esta escritura que consta de *seis (6) folios* DOY FE.

NOTARIO PÚBLICO

---ESCRITURA NÚMERO DIECISEIS (16) ------------------------------------

--------------REAMORTIZACIÓN DE PRÉSTAMOS HIPOTECARIOS---------------

-----------------------Y MODIFICACIÓN DE HIPOTECAS-----------------------

---En la ciudad de Mayagüez, Puerto Rico, a los veintinueve **(29)** días del mes de **enero** del dos mil diez **(2010)**.------------------------------------------

-----------------------------------ANTE MI----------------------------------

—**SUSAN BÁEZ DIXON**, Abogada y Notario en y para el Estado Libre Asociado de Puerto Rico, con residencia en Mayagüez y estudio notarial abierto en Mayagüez, Puerto Rico.------------------------------------------------------------------

-------------------------------COMPARECEN----------------------------------

—**DE LA PRIMERA PARTE:** como el ACREEDOR: LOS ESTADOS UNIDOS DE AMÉRICA, actuando por conducto y a través del Administrador de la Administración de Hogares de Agricultores, hoy FARM SERVICE AGENCY, a tenor con las disposiciones de la Ley del Congreso titulada Consolidated Farmers Home Administration Act of 1961 y/o Ley de Hogares de 1949, según ha sido enmendada con oficinas principales en Washington, Distrito de Colombia, Estados Unidos de América, representada en este acto por DOÑA ADA IRIS RIVERA VÉLEZ, mayor de edad, soltera, en su carácter de Oficial de Crédito de FARM SERVICE AGENCY y residente de Maricao, Puerto Rico, cuyo carácter consta debidamente acreditado en el Registro de la Propiedad; y a quien identifico mediante conocimiento personal. ------------------------------------------

—**DE LA SEGUNDA PARTE:**-como el (los) DEUDOR(ES) HIPOTECARIO(S): DON **ARNALDO LUIS ORTIZ SUAREZ** y **DOÑA MARIA CELESTE PACHECO COLÓN,** a quienes identifico mediante los siguientes documentos con foto y firma; ambos identificados mediante sus licencias de conducir válidas expedidas por el Estado Libre Asociado de Puerto Rico. Ambos son mayores de edad, casados entre sí, propietarios y vecinos de Maricao, Puerto Rico. ------------------------------------

-----------------------------------DOY FE ----------------------------------

---De haberme asegurado de la identidad del (de los) compareciente(s) deudor(es) hipotecario(s) por los medios establecidos por la Ley Notarial en el Artículo Diecisiete C (17C), documento(s) con firma y foto sometido(s) voluntariamente; de conocer personalmente al representante del Acreedor Hipotecario, así doy fe por sus manifestaciones que juzgo ciertas, las doy también de su edad, estado civil,

ocupación y vecindad. Me aseguran tener, y a mi juicio tienen, la capacidad

legal necesaria para comparecer en este acto, y en tal virtud libre y

voluntariamente.----------------------------------------------------------

------------------------------EXPONEN------------------------------

—PRIMERO:-Que los comparecientes de la segunda parte son dueños de la

siguiente propiedad: ------------------------------------------------------

—RUSTICA.- Porción de terreno sita en el Barrio Indiera Baja de Maricao, con una cabida de CUARENTA Y UNO PUNTO CINCUENTA YDOS (41.52) CUERDAS, equivalentes a dieciseis (16) hectareas y treinta y dos (32) areas. En lindes por el NORTE, con Francisco Frontera, separados en parte con una quebrada hoy de Juan Rodriguez; por el SUR, con terrenos de Silvestre Bartolomey, separados por un camino vecinal y terrenos de José Aymat; por el ESTE, con terrenos de la Sucesión de Tomás Martinez, hoy de Federico Aymat; y po rel OESTE, con terrenos de Francisco Fronteras. Contiene dos casas de madera y zinc, dedicadas a escuela.

—--Inscrita al folio cien (100) del tomo ciento catorce (114) de Maricao, finca número setecientos seis (706).----------------------------------------

—SEGUNDO:-Que la propiedad anteriormente descrita  está gravada con los

gravamenes que a continuación se indican: ------------------------------

—A) HIPOTECA: A favor de los Estados Unidos de América, actuando por conducto

de la Administración de Hogares de Agricultores,  por la suma de OCHENTA Y

CUATRO MIL SETECIENTOS DÓLARES ($84,700.00), intereses al cinco porciento

(5.00%) anual y vencedera a los cuarenta (40) años, según consta de la escritura

número veintiseis (26) de catorce (14) de mayo de mil novecientos noventa y tres

(1993) ante el Notario Enrique Alcaraz Casablanca , la cual consta inscrita al folio

ciento catorce (114) del tomo noventa y seis (96) de Maricao, inscripción vigesima

segunda (22da) de la finca número setecientos seis (706). *Esta hipoteca será*

*motivo de reamortización y modificación mediante esta escritura.* -------------

—B)  HIPOTECA: A favor de los Estados Unidos de América, actuando por

conducto de la Administración de Hogares de Agricultores, por la suma de

DIECISISTE MIL CIENTO NOVENTA DÓLARES ($17,190.00), intereses al tres

punto setenta y cinco  (3.75%) anual y vencedera a los veinte (20) años, según

consta de la escritura numero sesenta y uno (61) de veintidos (22) de julio de mil

novecientos noventa y nueve (1999) ante el Notario Franklin Rodriguez Mangual ,

la cual consta inscrita al folio cien (100) del tomo ciento catorce (114) de Maricao,

inscripción vigesima tercera (23ra) de la finca número setecientos seis (706).------

—C) CONTRATO DE REFACCIÓN AGRÍCOLA: A favor de los Estados Unidos de

América, actuando por conducto de la Administración de Hogares de Agricultores

por la suma de DIECISIETE MIL CIENTO NOVENTA DÓLARES ($17,190.00),

intereses al tres punto setenticinco porciento (3.75%) anual y vencedera a los veinte

(20) años.  Asi resulta de la escritura número sesenta y dos (62) la cual consta

inscrita al folio cien (100) del tomo ciento catorce (114) de Maricao, inscripción

vigesima cuarta (24ta) de la finca número setecientos seis (706). -----------------

---TERCERO: Que la hipoteca identificada con la **letra (A)**, anteriormente relacionada, al día veintinueve (29) de enero del dos mil diez (2010) refleja un balance total de principal de OCHENTA Y DOS MIL NOVECIENTOS SETENTA Y DOS DÓLARES CON CUARENTA Y OCHO CENTAVOS ($82,972.48) y de intereses de DIECISEIS MIL CUATROCIENTOS VEINTE DÓLARES CON NOVENTA Y CINCO CENTAVOS ($16,420.95), para un total de principal e intereses que suman **NOVENTA Y NUEVE MIL TRESCIENTOS NOVENTA Y TRES DÓLARE CON CUARENTA Y TRES CENTAVOS ($99,393.43)**, acordando las partes aquí comparecientes que esta hipoteca será pagadera de la siguiente forma y manera: plazos anuales de SIETE MIL CIENTO NOVENTA Y SIETE DÓLARES ($7,197.00) cada uno, comenzando el día veintiocho (28) de enero del dos mil once (2011), y así sucesivamente todos los días veintiocho (28) de enero de cada año, siendo vencedero el último plazo en veintitres (23) años a partir del otorgamiento de esta escritura. Los intereses de esta deuda se computarán a razón del cuatro punto setecientos cincuenta porciento anual (4.750%) del principal no pagado, acordando las partes hacer extensiva la presente hipoteca a todos los frutos que produzca la propiedad. ---

---La compareciente DOÑA ADA IRIS RIVERA VÉLEZ en su carácter que ostenta, me entrega a mi la Notario, el pagaré garantizado con la hipoteca, identificado con **la letra (A)**, quien me asegura no ha sido negociado, ni gravado en forma alguna, por su actual tenedor y poseedor, Estados Unidos de América, y una vez identificado, cerciorándome de que se trata del mismo pagaré identificado en esta escritura como el de la hipoteca relacionada en el Hecho Segundo, procedo a poner al dorso del mismo una anotación acreditativa que a continuación se indica: "El importe de este pagaré liquidado al día veintinueve (29) de enero del dos mil diez (2010) refleja un balance total de principal de OCHENTA Y DOS MIL NOVECIENTOS SETENTA Y DOS DÓLARES CON CUARENTA Y OCHO CENTAVOS ($82,972.48) y de intereses de DIECISEIS MIL CUATROCIENTOS VEINTE DÓLARES CON NOVENTA Y CINCO CENTAVOS ($16,420.95), para un total de principal e intereses que suman **NOVENTA Y NUEVE MIL TRESCIENTOS NOVENTA Y TRES DÓLARE CON CUARENTA Y TRES CENTAVOS ($99,393.43)**, acordando las partes aquí comparecientes que esta hipoteca será pagadera de la siguiente forma y manera: plazos anuales de SIETE MIL CIENTO NOVENTA Y SIETE DÓLARES ($7,197.00) cada uno, comenzando el día veintiocho (28) de enero del dos mil once (2011), y así sucesivamente todos los días veintiocho (28) de enero de cada año, siendo vencedero el último plazo en veintitres (23) años a partir del otorgamiento de esta escritura. Los intereses de

esta deuda se computarán a razón del cuatro punto setecientos cincuenta porciento anual (4.750%) del principal no pagado, acordando las partes hacer extensiva la presente hipoteca a todos los frutos que produzca la propiedad. ----------------------

---En la ciudad de Mayagüez, Puerto Rico, a los veintinueve (29) días del mes de enero del dos mil diez (2010).------

----------------------------------------DOY FE-----------------------------------------

---(firmado, signado, rubricado y sellado) SUSAN BÁEZ DIXON-NOTARIO PÚBLICO".------------------------------------------------------

---Una vez puesta y firmada la nota, devuelvo el pagaré mencionado a la compareciente DOÑA ADA IRIS RIVERA VÉLEZ. ------------------------------

---CUARTO: Que la hipoteca identificada con la letra (B), anteriormente relacionada, al día veintinueve (29) de enero del dos mil diez (2010) refleja un balance total de principal de DIEZ MIL NOVECIENTOS CINCUENTA Y CINCO DÓLARES CON CUARENTA Y UN CENTAVOS ($10,955.41) y de intereses de MIL DOSCIENTOS SESENTA Y NUEVE DÓLARES CON SESENTA Y TRES CENTAVOS ($1,269.63), para un total de principal e intereses que suman **DOCE MIL DOSCIENTOS VEINTICINCO DÓLARES CON CUATRO CENTAVOS ($12,225.04)**, acordando las partes aquí comparecientes que esta hipoteca será pagadera de la siguiente forma y manera: plazos anuales de MIL OCHENTA Y UN DÓLARES ($1,081.00) cada uno, comenzando el día veintiocho (28) de enero del dos mil once (2011), y así sucesivamente todos los días veintiocho (28) de enero de cada año, siendo vencedero el último plazo en quince (15) años a partir del otorgamiento de esta escritura. Los intereses de esta deuda se computarán a razón del tres punto setecientos cincuenta porciento anual (3.750%) del principal no pagado, acordando las partes hacer extensiva la presente hipoteca a todos los frutos que produzca la propiedad. ------------------------------

---La compareciente DOÑA ADA IRIS RIVERA VÉLEZ en su carácter que ostenta, me entrega a mi la Notario, el pagaré garantizado con la hipoteca, identificado con **la letra (B)**, quien me asegura no ha sido negociado, ni gravado en forma alguna, por su actual tenedor y poseedor, Estados Unidos de América, y una vez identificado, cerciorándome de que se trata del mismo pagaré identificado en esta escritura como el de la hipoteca relacionada en el Hecho Segundo, procedo a poner al dorso del mismo una anotación acreditativa que a continuación se indica: "El importe de este pagaré liquidado al día veintinueve (29) de enero del dos mil diez (2010) refleja un balance total de principal de DIEZ MIL NOVECIENTOS CINCUENTA Y CINCO DÓLARES CON CUARENTA Y UN CENTAVOS ($10,955.41) y de intereses de MIL DOSCIENTOS SESENTA Y NUEVE DÓLARES CON SESENTA Y TRES CENTAVOS ($1,269.63), para un total

de principal e intereses que suman DOCE MIL DOSCIENTOS VEINTICINCO DÓLARES CON CUATRO CENTAVOS ($12,225.04), acordando las partes aquí comparecientes que esta hipoteca será pagadera de la siguiente forma y manera: plazos anuales de MIL OCHENTA Y UN DÓLARES ($1,081.00) cada uno, comenzando el día veintiocho (28) de enero del dos mil once (2011), y así sucesivamente todos los días veintiocho (28) de enero de cada año, siendo vencedero el último plazo en quince (15) años a partir del otorgamiento de esta escritura. Los intereses de esta deuda se computarán a razón del tres punto setecientos cincuenta porciento anual (3.750%) del principal no pagado, acordando las partes hacer extensiva la presente hipoteca a todos los frutos que produzca la propiedad.-----------------------------------------------------------------------------------

---En la ciudad de Mayagüez, Puerto Rico, a los veintinueve (29) días del mes de enero del dos mil diez (2010).----------------------------------------------------------

---------------------------------------DOY FE---------------------------------------

---(firmado, signado, rubricado y sellado) SUSAN BÁEZ DIXON-NOTARIO PÚBLICO".--------------------------------------------------------------------------------

---Una vez puesta y firmada la nota, devuelvo el pagaré mencionado a la compareciente DOÑA ADA IRIS RIVERA VÉLEZ.--------------------------------------

-------------------------------------------------------------------------------------------

---QUINTO: Que para dar cumplimiento a lo dispuesto en La Ley Hipotecaria, se valora la propiedad hipotecada, para que sirva de tipo a una primera subasta en caso de ejecución de la hipoteca identificada con la letra (A), en NOVENTA Y NUEVE MIL TRESCIENTOS NOVENTA Y TRES MIL DÓLARES CON CUARENTA Y TRE CENTAVOS ($99,393.43). ----------------------------------

---SEXTO: Que para dar cumplimiento a lo dispuesto en La Ley Hipotecaria, se valora la propiedad hipotecada, para que sirva de tipo a una primera subasta en caso de ejecución de la hipoteca identificada con la letra (B), en DOCE MIL DOSCIENTOS VEINTICINCO DÓLARES CON CUATRO CENTAVOS ($12,225.04). ---------------------------------------------------------------------------

---------------------------------ACEPTACIÓN-----------------------------------

---Tal es la escritura que aceptan los comparecientes ratificándola en todas sus partes por hallarla redactada conforme a sus instrucciones y deseos, procediendo yo, la Notario, a hacerles las advertencias legales pertinentes.------------------------

-------------------------------------------------------------------------------------------

--------------------------------OTORGAMIENTO-----------------------------------

---Así lo dicen y otorgan los comparecientes ante mí, la Notario, luego de haber renunciado al derecho que les hice saber que tienen para requerir la presencia de testigos instrumentales.----------------------------------------------------------------------

-------------------------------------------LECTURA-------------------------------------------

—Leída en alta voz esta escritura a los comparecientes por mí, la fedataria y también leída personalmente por ellos, en la misma se ratifican, fijan sus iniciales en todos y cada uno de los folios de este documento, y firman en un sólo acto, ante mí, la Notario, que de todo lo anteriormente consignado, en el presente documento público, Yo, la Notario DOY FE.-------------------------------------

Renald Ort

Maria C. Pacheco Colon

I HEREBY CERTIFY: That, at the request of *Farm Service Agency*, on this day of granting, I issued the *first* certified copy of this deed that consists of *six (6) folios*. I DO ATTEST.

[Signature]
NOTARY PUBLIC .

## DEED NUMBER SIXTEEN (16)
## RE-AMORTIZATION OF MORTGAGE LOANS
## AND MORTGAGE MODIFICATIONS

In the city of Mayagüez, Puerto Rico, on the twenty-ninth **(29)** day of the month of **January** of two thousand ten **(2010)**.

### BEFORE ME

SUSAN BÁEZ DIXON, Attorney and Notary Public in and for the Commonwealth of Puerto Rico, with residence in Mayagüez and open offices in Mayagüez, Puerto Rico.

### THERE NOW APPEAR

**ON BEHALF OF THE FIRST PARTY:** as the MORTGAGEE: THE UNITED STATES OF AMERICA, acting through the Administrator of the Farmers Home Administration, today FARM SERVICE AGENCY, in accordance with the provisions of the Law of Congress titled Consolidated Farmers Home Administration Act of 1961 and/or the Home Act of 1949, as amended, with headquarters in Washington, District of Columbia, United States of America, represented herein by MRS. ADA IRIS RIVERA VÉLEZ, of legal age, single, in her capacity as Credit Officer of FARM SERVICE AGENCY and resident of Maricao, Puerto Rico, whose credentials are duly accredited at the Property Registry; and who I identify by way of personal acquaintance.

**ON BEHALF OF THE SECOND PARTY:** as THE MORTGAGOR(S): **MR. ARNALDO LUIS ORTIZ SUAREZ** and **MRS. MARIA CELESTE PACHECO COLÓN**, who I identify by way of the following documents with photographs and signatures; both identified by way of their valid driver's licenses, issued by the Commonwealth of Puerto Rico. Both are of legal age, married to each other, property owners and residents of Maricao, Puerto Rico.

[Initials]

### I DO ATTEST

To having confirmed the identity of the appearing mortgagor(s) through the methods established by the Notary Law in Article Seventeen C (17C), document(s) with photograph and signature submitted voluntarily; to personal acquaintance with the representative of the Mortgagee; and I further attest based on their statements, which I judge them to be true, to their age, marital status,

occupation and residence. They assure me they have, and in my judgment, they do have the legal capacity necessary to appear in this act and do so freely and voluntarily.

## THEY DECLARE

**FIRST:** That those appearing for the second party are the current owners of the following property:

**RURAL PROPERTY:** Plot of land located Barrio Indiera Baja of Maricao, with a surface area of FORTY-ONE POINT FIFTY-TWO (41.52) CUERDAS, equivalent to sixteen (16) hectares and thirty-two (32) ares. Bordered to the NORTH by Francisco Frontera, separated in part by a ravine today of Juan Rodríguez; to the SOUTH by plots of Silvestre Bartolomey, separated by a residential road and plots of Jose Aymat; to the EAST by plots of Tomás Martínez's Estate; and to the WEST by plots of Francisco Fronteras. Contains two wood and zinc houses, used as a school.

Recorded on folio one hundred **(100)** of book one hundred fourteen **(114)** of Maricao, farm number seven hundred six **(706).**

**SECOND:** That the property described above is encumbered by the liens indicated below:

**A) MORTGAGE:** In favor of the United States of America, acting through the Farmers Home Administration, in the amount of EIGHTY-FOUR THOUSAND SEVEN HUNDRED DOLLARS ($84,700.00), with interest at a rate of five percent (5.00%) per annum, and with maturity at forty (40) years, pursuant to deed number twenty-six (26), dated May fourteen (14), nineteen ninety-three (1993), before the Notary Enrique Alcaraz Casablanca, which is recorded on folio one hundred fourteen (114) of book ninety-six (96) of Maricao, twenty-second (22nd) recording of farm number seven hundred six (706). ***This mortgage shall be re-amortized and modified pursuant to this deed.***

**B) MORTGAGE:** In favor of the United States of America, acting through the Farmers Home Administration, in the amount of SEVENTEEN THOUSAND ONE HUNDRED NINETY DOLLARS ($17,190.00), interest at three point seventy-five (3.75%) per annum, and with maturity at twenty (20) years, pursuant to deed number sixty-one (61), dated July twenty-two (22), nineteen ninety-nine (1999), before the Notary Franklin Rodríguez Mangual, which is recorded on folio one hundred (100) of book one hundred fourteen (114) of Maricao, twenty-third (23rd) recording of farm number seven hundred six (706).

**C) FARM RENOVATION CONTRACT:** In favor of the United States of America, acting through by the Farmers Home Administration, in the amount of SEVENTEEN THOUSAND ONE HUNDRED NINETY DOLLARS ($17,190.00), interest at three point seventy-five percent (3.75%) per annum, and with maturity at twenty (20) years. This pursuant to deed number sixty-two (62), which is recorded on folio one hundred (100) of book one hundred fourteen (114) of Maricao, twenty-fourth (24th) recording of farm number seven hundred six (706).

[Initials]

2

**THIRD:** That the mortgage identified with the **letter (A)** described above, as of January twenty-nine (29) of two thousand ten (2010), reflects a total balance of EIGHTY-TWO THOUSAND NINE HUNDRED SEVENTY-TWO DOLLARS AND FORTY-EIGHT CENTS ($82,972.48) and interest of SIXTEEN THOUSAND FOUR HUNDRED TWENTY DOLLARS AND NINETY-FIVE CENTS ($16,420.95), for a total, including principal and interest, of **NINETY-NINE THOUSAND THREE HUNDRED NINETY-THREE DOLLARS AND FORTY-THREE CENTS ($99,393.43).** The parties appearing herein agree that this mortgage shall be payable as follows: annual installments of SEVEN THOUSAND ONE HUNDRED NINETY-SEVEN DOLLARS ($7,197.00) each, beginning on January twenty-eight (28) of two thousand eleven (2011), and subsequently each January twenty-eight (28) of each year, with the last installment coming due in twenty-three (23) years following the granting of this deed. The interest on this debt shall be calculated at a rate of four point seven hundred fifty percent per annum (4.750%) on the unpaid principal. The parties agree that this present mortgage shall include the entire yield produced by the property.

[Initials]     The appearing party, MRS. ADA IRIS RIVERA VÉLEZ, in her capacity, delivers to me, the Notary, the promissory note guaranteed by the mortgage, identified with the **letter (A).** She assures me that same has not been negotiated or encumbered in any way by its current holder and owner, the United States of America, and once identified by me, ensuring that is the same promissory note identified in this deed as that relating to the mortgage described in Paragraph Second, I proceed to affix to the reverse of same an accreditation notation as follows: The amount of this promissory note, calculated as of January twenty-nine (29) of two thousand ten (2010), reflects a principal balance of EIGHTY-TWO THOUSAND NINE HUNDRED SEVENTY-TWO DOLLARS AND FORTY-EIGHT CENTS ($82,972.48) and interest of SIXTEEN THOUSAND FOUR HUNDRED TWENTY DOLLARS AND NINETY-FIVE CENTS ($16,420.95), for a total, including principal and interest, of **NINETY-NINE THOUSAND THREE HUNDRED NINETY-THREE DOLLARS AND FORTY-THREE CENTS ($99,393.43).** The parties appearing herein agree that this mortgage shall be payable as follows: annual installments of SEVEN THOUSAND ONE HUNDRED NINETY-SEVEN DOLLARS ($7,197.00) each, beginning on January twenty-eight (28) of two thousand eleven (2011), and subsequently each January twenty-eight (28) of each year, with the last installment coming due in twenty-three (23) years following the granting of this deed. The interest on

this debt shall be calculated at a rate of four point seven hundred fifty percent per annum (4.750%) on the unpaid principal. The parties agree that this present mortgage shall include the entire yield produced by the property.

In the city of Mayagüez, Puerto Rico on January twenty-nine (29) of two thousand ten (2010).

I DO ATTEST

(signed, stamped, sealed and initialed) SUSAN BÁEZ DIXON-NOTARY PUBLIC.

Once the note has been placed and signed, I return the aforementioned promissory note to the appearing party, MRS. ADA IRIS RIVERA VÉLEZ.

**FOURTH:** The mortgage identified with the **letter (B)**, described above, as of January twenty-nine (29) of two thousand ten (2010), reflects a total principal balance of TEN THOUSAND NINE HUNDRED FIFTY-FIVE DOLLARS AND FORTY-ONE CENTS ($10,955.41) and interest of ONE THOUSAND TWO HUNDRED SIXTY-NINE DOLLARS AND SIXTY-THREE CENTS ($1,269.63), for a total, including principal and interest, of **TWELVE THOUSAND TWO HUNDRED TWENTY-FIVE DOLLARS AND FOUR CENTS ($12,225.04).** The parties appearing herein agree that this mortgage shall be payable as follows: annual installments of ONE THOUSAND EIGHTY-ONE DOLLARS ($1,081.00) each, beginning on January twenty-eight (28) of two thousand eleven (2011), and subsequently each January twenty-eight (28) of each year, with the last installment coming due in fifteen (15) years following the granting of this deed. The interest on this debt shall be calculated at a rate of three point seven hundred fifty percent per annum (3.750%) on the unpaid principal. The parties agree that this present mortgage shall include the entire yield produced by the property.

.The appearing party, MRS. ADA IRIS RIVERA VÉLEZ, in her capacity, delivers to me, the Notary, the promissory note guaranteed by the mortgage, identified with the **letter (A).** She assures me that same has not been negotiated or encumbered in any way by its current holder and owner, the United States of America, and once identified by me, ensuring that is the same promissory note identified in this deed as that relating to the mortgage described in Paragraph Second, I proceed to affix to the reverse of same an accreditation notation as follows: The amount of this promissory note, calculated as of January twenty-nine (29) of two thousand ten (2010), reflects a principal balance of TEN THOUSAND NINE HUNDRED FIFTY-FIVE DOLLARS AND FORTY-ONE CENTS ($10,955.41) and interest of ONE THOUSAND TWO HUNDRED SIXTY-NINE DOLLARS AND SIXTY-THREE CENTS ($1,269.63), for a total,

[Initials]

4

including principal and interest, of **TWELVE THOUSAND TWO HUNDRED TWENTY-FIVE DOLLARS AND FOUR CENTS ($12,225.04).** The parties appearing herein agree that this mortgage shall be payable as follows: annual installments of ONE THOUSAND EIGHTY-ONE DOLLARS ($1,081.00) each, beginning on January twenty-eight (28) of two thousand eleven (2011), and subsequently each January twenty-eight (28) of each year, with the last installment coming due in fifteen (15) years following the granting of this deed. The interest on this debt shall be calculated at a rate of three point seven hundred fifty percent per annum (3.750%) on the unpaid principal. The parties agree that this present mortgage shall include the entire yield produced by the property.

In the city of Mayagüez, Puerto Rico on January twenty-nine (29) of two thousand ten (2010).

<div align="center">I DO ATTEST</div>

(signed, stamped, sealed and initialed) SUSAN BÁEZ DIXON-NOTARY PUBLIC.

Once the note has been placed and signed, I return the aforementioned promissory note to the appearing party, MRS. ADA IRIS RIVERA VÉLEZ.

[Initials]

**FIFTH:** That in in accordance with the provisions of the Mortgage Act, the property is hereby appraised, for the purposes of a first auction to be held in the event of foreclosure on the mortgage identified with the **letter (A),** in the amount of **NINETY-NINE THOUSAND THREE HUNDRED NINETY-THREE DOLLARS AND FORTY-THREE CENTS ($99,393.43).**

**SIXTH:** That in in accordance with the provisions of the Mortgage Act, the property is hereby appraised, for the purposes of a first auction to be held in the event of foreclosure on the mortgage identified with the **letter (B),** in the amount of **TWELVE THOUSAND TWO HUNDRED TWENTY-FIVE DOLLARS AND FOUR CENTS ($12,225.04).**

<div align="center">ACCEPTANCE</div>

Such is the deed that appearing parties accept, ratifying it in all its parts, finding it has been drafted in accordance with their instructions and wishes, and I, the Notary, proceed to make to them the pertinent legal warning.

<div align="center">GRANTING</div>

So, the appearing parties state and grant before me, the Notary, after they waived their right, of which I advised them, to request the presence of witnesses.

## READING

After I, the notary, read this deed aloud to the appearing parties, and they read it themselves, they do they ratify same and place their initials on each and every folio of this document and sign it in one act, before me, the Notary. To all that is stated above on this public document, I, the Notary, **DO ATTEST**.

[Signatures]

[Initials]

6

## Statement of Accuracy

I hereby certify that the attached document titled:

**RE-AMORTIZATION AND MODIFICATION DEED 16,** dated January 29, 2010, in Mayaguez, Puerto Rico, before the notary Susan Baez Dixon – 6 pages
**PROMISSORY NOTE,** dated July 22, 1999, in Mayaguez, Puerto Rico, case number 63-18-581155835, for $17,190.00, and corresponding **Allonge** dated January 29, 2010, before the notary Susan Baez Dixon – 4 pages
**PROMISSORY NOTE,** dated May 14, 1993, in Mayaguez, Puerto Rico, case number 63-18-581155835, for $84,700.00, and corresponding **Allonge** dated January 29, 2010, before the notary Susan Baez Dixon – 4 pages
is a true and accurate translation from Spanish into English to the best of my knowledge, ability and belief. I am trained, experienced and competent to translate from Spanish into English.
DATED January 13, 2020.


Thomas L. Bransfield
Certified Court Interpreter
Certified Medical Interpreter


WITNESS my hand and official seal hereto affixed this 13th day of January of 2020.

Signature _____ *Rosa Capdevielle* _____
Print Name: _____ Rosa Capdevielle _____
Notary Public in and for the State of ___ WA ___.
My appointment expires: _____ March 15, 2022 _____

```
NOTARY PUBLIC
STATE OF WASHINGTON
ROSA CAPDEVIELLE
My Appointment Expires March 15, 2022
```

Formulario FmHA 1940-17(S)
(Rev. 10-89)

DEPARTAMENTO DE AGRICULTURA DE LOS ESTADOS UNIDOS
ADMINISTRACION DE HOGARES DE AGRICULTORES

PAGARE

| CLASE DE PRESTAMO | |
|---|---|
| Tipo: __EM__ | ☐ Regular |
| | ☐ Recursos Limitados |
| De acuerdo a: | |
| ☐ Consolidated Farm and Rural Development Act | |
| ☐ Emergency Agricultural Credit Adjustment Act of 1978 | |

| Nombre  ARNALDO LUIS ORTIZ SUAREZ | | |
|---|---|---|
| Estado  PUERTO RICO | Oficina  MAYAGUEZ | |
| Caso Núm.  63-18-581155835 | Fecha  JULY 22, 1999 | |
| Código de Fondos  43 | Núm. de Préstamo  03 | |

ACCION QUE REQUIERE PAGARE

☐ Préstamo Inicial                    ☐ Restructuración
☐ Préstamo Subsiguiente               ☐ Reamortización
☐ Consolidación y Préstamo            ☐ Consolidación
   Subsiguiente                       ☐ Reducción de Deuda
☐ Venta a Crédito
☐ Pagos Diferidos
☐ Servidumbre de Conservación

POR VALOR RECIBIDO, el Prestatario(s) suscribiente(s) y cualquier otro codeudor mancomunada y solidariamente pagaremos a la orden de los Estados Unidos de América, actuando por conducto de la Administración de Hogares de Agricultores del Departamento de Agricultura de los Estados Unidos, (denominado en adelante el

"Gobierno") o su cesionario en su oficina en _____MAYAGUEZ, PR_____

o en otro sitio designado por el Gobierno por escrito, la suma principal de DIECISIETE MIL CIENTO NOVENTA

---------------------------- dólares($ 17,190.00-- ) más intereses sobre el principal adeudado al TRES Y TRES

CUARTOS PORCIENTO (3.75%) anual y ------------------------------------- dólares ($ --------- )
de intereses no Capitalizados. Si este pagaré es para un préstamo de Recursos Limitados (indicado en el encasillado superior "Clase de Préstamo" el Gobierno puede CAMBIAR EL PORCIENTO DE INTERES, de acuerdo con los reglamentos de la Administración de Hogares de Agricultores, no más frecuente que trimestralmente, notificando por correo al prestatario con treinta (30) días de anticipación a su última dirección. El nuevo tipo de interés no deberá exceder el porciento de interés más alto establecido en los reglamentos de la Administración de Hogares de Agricultores para el tipo de préstamo arriba indicado.

Principal e intereses serán pagados en  21  plazos, según indicado abajo, excepto si es modificado por un tipo de interés diferente en o antes de las siguientes fechas:

$ 645.00  en  01-01-   de 2000     $ 1,386.00  en  01-01   de 2001

$_____ en_____ de 19___     $_____ en_____ de 19___

$_____ en_____ de 19___     $_____ en_____ de 19___

$_____ en_____ de 19___     $_____ en_____ de 19___

$_____ en_____ de 19___     $_____ en_____ de____

$_____ en_____ de 19___     $_____ en_____ de____

y $ 1,386.00------ , subsiguientemente cada año hasta que el principal e intereses sean completamente pagados excepto que el plazo final de la deuda aquí evidenciada, de no ser pagada anteriormente, vencerá y será pagadero VEINTE (20) AÑOS de la fecha de este pagaré y excepto que se podrán hacer pagos adelantados según se provee más abajo. La consideración aquí envuelta respaldará cualquier convenio modificando el plan de pagos.

Si la cantidad total del préstamo no es adelantada a la fecha del cierre, el préstamo será adelantado al Prestatario según solicitado por el Prestatario y aprobado por el Gobierno. La aprobación del Gobierno será dada siempre y cuando el adelanto es solicitado para un propósito autorizado por el Gobierno. Se acumularán intereses sobre la cantidad de cada adelanto desde su fecha de origen, como se demuestra en el Registro de Adelantos en el final de este pagaré. El Prestatario autoriza al Gobierno a anotar la(s) cantidad(es) y fecha(s) de tal(es) adelanto(s) en el Registro de Adelantos.

En cada pagaré reamortizado, consolidado o restructurado, los intereses acumulados por más de noventa (90) días a la fecha de este instrumento deberán ser sumados al principal y ese nuevo principal acumulará intereses a razón del porciento evidenciado por este instrumento.

Todo pago hecho en cualquier deuda representada por este pagaré será primero aplicado a intereses acumulados durante el período de diferimiento y segundo a intereses computados a la fecha efectiva del pago y después al principal.

Pagos adelantados de los plazos            lados o cualquier parte de los mismos,           a hacerse en cualquier tiempo a opción del Prestatario. Reembolsos y pagos extras, según se definen en los reglamentos (7 C.F.R. 1951.8) de la Administración de Hogares de Agricultores, de acuerdo con la fuente de los fondos envueltos, después de aborarse a los intereses, se aplicarán a los últimos plazos a vencer bajo este pagaré y no afectarán la obligación del Prestatario de pagar los restantes plazos según se especifican en este pagaré. Si el Gobierno en cualquier momento cediera este pagaré y asegura el pago del mismo, el Prestatario continuará haciendo los pagos al Gobierno como agente cobrador del tenedor.

Mientras este pagaré esté en poder de un prestamista asegurado, los pagos adelantados hechos por el Prestatario podrán, a opción del Gobierno, ser remitidos por el Gobierno prontamente al tenedor o, a excepción del pago final, podrán ser retenidos por el Gobierno y remitidos al tenedor a base de plazo anual vencido. La fecha efectiva de todo pago hecho por el prestatario, excepto pagos retenidos y remitidos por el Gobierno al tenedor a base de plazo anual vencido será la fecha del cheque del Tesoro de los Estados Unidos mediante el cual el Gobierno remite el pago al tenedor. La fecha efectiva de cualquier pago adelantado retenido y remitido por el Gobierno al tenedor a base de plazo anual vencido, será la fecha del pago adelantado por el Prestatario y el Gobierno pagará los intereses a los cuales el tenedor tiene derecho que se devenguen entre la fecha efectiva de cualquiera de dichos pagos adelantados y la fecha del cheque del Tesoro remitido al tenedor.

Cualquier cantidad adelantada o invertida por el Gobierno para el cobro de este pagaré o para preservar o proteger la garantía del préstamo o de otra manera invertido bajo los términos de cualquier convenio de garantía u otro instrumento otorgado en relación con el préstamo aquí evidenciado, a opción del Gobierno, pasará a ser parte del préstamo y devengará intereses al mismo tipo de interés que el principal de la deuda aquí evidenciada y vencerá y será pagadera inmediatamente por el Prestatario al Gobierno sin necesidad de requerimiento.

La propiedad construida, mejorada, comprada o refinanciada en total o en parte con el préstamo aquí evidenciado no será arrendada, cedida, vendida, transferida o gravada voluntariamente o de otra forma, sin el previo consentimiento por escrito del Gobierno. A menos que el Gobierno consienta lo contrario por escrito, el Prestatario operará personalmente dicha propiedad como una finca si este préstamo es a dueño de finca (FO).

Si una "Consolidación y un Préstamo Subsiguiente","Reducción de Deuda","Consolidación", "Restructuración" o una "Reamortización" es indicado en el encasillado superior de la primera página "Acción que Requiere Pagaré", este pagaré es otorgado para consolidar, reamortizar o evidenciar una restructuración pero no en satisfacción del principal e intereses del siguiente pagaré(s) o convenio(s) de subrogación (nuevos términos):

| CLAVE Y NUM. DEL PRESTAMO | VALOR DEL PAGARE | TASA DE INTERES | FECHA | PRESTATARIO ORIGINAL | ULTIMO PLAZO A VENCER |
|---|---|---|---|---|---|
| | $ | % | ,19 | | ,19 |
| | $ | % | ,19 | | ,19 |
| | $ | % | ,19 | | ,19 |
| | $ | % | ,19 | | ,19 |
| | $ | % | ,19 | | |
| | $ | % | ,19 | | |
| | $ | % | ,19 | | |

Los documentos de garantía tomados en relación con los préstamos evidenciados por estos pagarés descritos u otras obligaciones relacionadas son afectadas por el otorgamiento de esta consolidación, reamortización o restructuración. Estos instrumentos de garantía continuarán en efecto y la garantía ofrecida para los préstamos evidenciado por los pagarés descritos permanecerán como garantía para el préstamo evidenciado por este pagaré y por cualquier otra obligación relacionada.

CONVENIO DE REFINANCIAMIENTO (GRADUACION): Si en cualquier tiempo el Gobierno determinare que el Prestatario puede obtener un préstamo de una cooperativa responsable u otra fuente de crédito privada a un tipo de interés y términos razonables para préstamos por tiempo y condiciones similares, el Prestatario, a requerimiento del Gobierno, solicitará y aceptará el préstamo en cantidad suficiente para satisfacer este pagaré en su totalidad y pagar las acciones necesarias si el prestamista es una cooperativa.

CONVENIO DE CONSERVACION DE TERRENOS ALTAMENTE ERODABLES Y PANTANOSOS: El Prestatario reconoce que el préstamo descrito en este pagaré estará en incumplimiento si alguna parte del préstamo es usado para un propósito que contribuya a la erosión excesiva de terreno altamente erodable o para la conversión de terreno pantanoso para producir una cosecha agrícola según explicado en el Exhibit M de la Subparte G de la Parte 1940 del 7CFR. Si (1) el término del préstamo excede del 1ro. de enero de 1990, pero no al 1ro. de enero de 1995, y (2) el prestatario intenta producir una cosecha en terreno altamente erodable, que está exento de las restricciones del Exhibit M hasta el 1ro. de enero de 1990, o dos años después de que el Servicio de Conservación de Suelos (SCS) haya completado un plan de conservación para la finca del prestatario, lo que ocurra más tarde, el prestatario además conviene que anterior a la pérdida de la exención de la restricción de conservación de terreno altamente erodable, según la parte 12 del 7CFR, el prestatario deberá demostrar que está activamente aplicando en el terreno altamente erodable un plan de conservación de suelos aprobado por el Servicio de Conservación de Suelos (SCS) o el correspondiente Distrito de Conservación de Suelos, si el término del préstamo excede al 1ro. de enero de 1995. El prestatario además conviene en que deberá demostrar antes del 1ro. de enero de 1995 que cualquier producción de cosechas en terrenos altamente erodables después de esa fecha se hará de acuerdo a un plan de conservación aprobado por el Servicio de Conservación de Suelos (SCS) o por el Distrito de Conservación, de acuerdo a los requisitos del Servicio de Conservación de Suelos.

INCUMPLIMIENTO: La falta de pago a su vencimiento de cualquier deuda aquí evidenciada o el incumplimiento de cualquier condición o acuerdo bajo este documento constituirá incumplimiento bajo cualquier otro instrumento evidenciando una deuda del Prestatario asegurada o garantizada por el Gobierno o en cualquier otra forma relacionada con dicha deuda; el incumplimiento bajo cualquier otro instrumento constituirá incumplimiento bajo los términos de este pagaré, COMETIDO CUALQUIER INCUMPLIMIENTO, el Gobierno, a su opción, podrá declarar toda o parte de dicha deuda vencida y pagadera inmediatamente.

Este pagaré se otorga como evidencia de un préstamo al Prestatario concedido o asegurado por el Gobierno de conformidad con la "Consolidated Farm and Rural Development Act" o el "Emergency Agricultural Credit Adjustment Act of 1978" y para el tipo de préstamo según indicado en el encasillado "CLASE DE PRESTAMO". Este pagaré está sujeto a los reglamentos presentes de la Administracion de Hogares de Agricultores y a sus futuros reglamentos no inconsistentes con las estipulaciones aquí consignadas.

Presentación, protesto y aviso son por la presente expresamente renunciados.

(SELLO)

ARNALDO LUIS ORTIZ SUAREZ (Prestatario)

MARIA CELESTE PACHECO COLON (Prestatario)

(SELLO)

PO BOX 466
(Dirección del Prestatario)
MARICAO, PR   00606

REGISTRO DE ADELANTOS

| CANTIDAD | FECHA | CANTIDAD | FECHA | CANTIDAD | FECHA |
|---|---|---|---|---|---|
| $ 17,190.00 | 7-22-99 | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |

TOTAL $ 17,190.00

Agricultura                POSICION 2                Formulario FmHA 1940-17(S)
(ev. 10-89)

# ALLONGE

**PAGARÉ ORIGINAL POR:** $17,190.00
**ESCRITURA:** #61 de 22 de julio del 1999 ante el notario Franklin Rodríguez Mangual
**ESCRITURA DE MODIFICACIÓN:** #16 de 29 de enero del 2010 ante la notario
Susan Báez Dixon
**A FAVOR DE:** Estados Unidos de América
**SUSCRITO POR:** Arnaldo Luis Ortiz Suárez y María Celeste Pacheco Colón

El importe de este pagaré liquidado al día veintinueve (29) de enero del dos mil diez (2010) refleja un balance total de principal de DIEZ MIL NOVECIENTOS CINCUENTA Y CINCO DÓLARES CON CUARENTA Y UN CENTAVOS ($10,955.41) y de intereses de MIL DOSCIENTOS SESENTA Y NUEVE DÓLARES CON SESENTA Y TRES CENTAVOS ($1,269.63), para un total de principal e intereses que suman **DOCE MIL DOSCIENTOS VEINTICINCO DÓLARES CON CUATRO CENTAVOS ($12,225.04)**, acordando las partes aquí comparecientes que esta hipoteca será pagadera de la siguiente forma y manera: plazos anuales de MIL OCHENTA Y UN DÓLARES ($1,081.00) cada uno, comenzando el día veintiocho (28) de enero del dos mil once (2011), y así sucesivamente todos los días veintiocho (28) de enero de cada año, siendo vencedero el último plazo en quince (15) años a partir del otorgamiento de esta escritura. Los intereses de esta deuda se computarán a razón del tres punto setecientos cincuenta porciento anual (3.750%) del principal no pagado, acordando las partes hacer extensiva la presente hipoteca a todos los frutos que produzca la propiedad. -------------------------------------------------

En la ciudad de Mayagüez, Puerto Rico, a los veintinueve (29) días del mes de enero del dos mil diez (2010). --------------------------------------------------------------------

DOY FE. ------------------------------------------------------------------------



NOTARIO PÚBLICO

Form FmHA 1940-17(S)
(Rev. 10-89)

UNITED STATES DEPARTMENT OF AGRICULTURE
FARMERS HOME ADMINISTRATION

PROMISSORY NOTE

| Name: ARNALDO LUIS ORTIZ SUAREZ | |
|---|---|
| State: PUERTO RICO | Office: MAYAGUEZ |
| Case Number: 63-18-581155835 | Date: JULY 22, 1999 |
| Fund Code 43 | Loan No. 03 |

**TYPE OF LOAN**

Type: __EM__    ❏ Regular
❏ Limited Resources

In accordance with:
❏ Consolidated Farm and Rural Development Act
❏ Emergency Agricultural Credit Adjustment Act of 1978

**ACTION REQUIRING NOTE:**
❏ Initial Loan           ❏ Restructuring
❏ Subsequent Loan        ❏ Re-amortization
❏ Consolidation and      ❏ Consolidation
  Subsequent Loan        ❏ Debt Reduction
❏ Sale on Credit
❏ Deferred Payments
❏ Conservation easement

FOR VALUE RECEIVED, the undersigned Borrower and any cosigners jointly and severally promise to pay to the order of the United States of America, acting through the Farmers Home Administration, United States Department of Agriculture (herein called the "Government"), or its assigns, at its offices in MAYAGUEZ, PUERTO RICO or at such other place as the Government may later designate in writing, the principal sum of SEVENTEEN THOUSAND ONE HUNDRED NINETY dollars ($17,190.00), plus interest on the unpaid principal at THREE AND THREE QUARTERS PERCENT (3.75%) per annum and _____ dollars ($ _____ ) of interest that may not be Capitalized. If this promissory note is for a Limited Resources Loan (indicated in the box above, under the heading "Type of Loan"), the Government may **CHANGE THE INTEREST RATE**, in accordance with the Farmers Home Administration regulations, not more frequently than on a quarterly basis, and shall notify Borrower by mail at his/her last known address thirty (30) days in advance. The new interest rate shall not exceed the highest interest rate established by the Farmers Home Administration regulations for the type of loan indicated above.

Principal and interests shall be paid in 21 installments, as indicated below, unless modified by a different interest rate, on or before the following dates:

$ 645.00 _____ on 01-01- , 2000;      $ 1,386.00 _____ on 01-01 , 2001;
$ _____ on _____, __;          $ _____ on _____, __;
$ _____ on _____, __;          $ _____ on _____, __;
$ _____ on _____, __;          $ _____ on _____, __;
$ _____ on _____, __;          $ _____ on _____, __;
$ _____ on _____, __;          $ _____ on _____, __;

and $ 1,386.00 _____ thereafter each year until the principal and interests are fully paid, except for the final payment on the entire debt evidenced herein, which, if not sooner paid, shall be due and payable TWENTY (20) YEARS from the date of this promissory note, with the exception that advance payments may be made as provided below. The consideration herein shall support any agreement modifying the schedule of payments.

If the total amount of the loan is not paid in advance at the time of the loan closing, the loan finds shall be advanced to the Borrower requested by the Borrower and approval by the Government. Approval by the Government will be provided the advance is requested for a purpose authorized by the Government. Interests will accrue on the amount of each advance from its actual date as shown in the Record of Payment at the end of this note. Borrower authorizes the Government to enter the amount(s) and date(s) of such advance(s) in the Record of Payment.

Interest accumulated for over ninety (90) days on each promissory note that is re-amortized, consolidated, or re-structured must be added to the principal and this new principal shall accrue interest at the percentage rate established by this document.

Any payment made on any debt established by this promissory note shall be applied first to the interest accrued during the deferment period, second to interest computed as of the effective date of payment, and lastly to the principal.

Payments in advance of scheduled installments, or any portion thereof, may be made at any time at the Borrower's option. Refunds and extra payments, as defined in the regulations (7 C.F.R. 1951.8) of the Farmers Home Administration, according to the source of the funds involved, shall, after payment of interest, be applied to the last installments to come due under this promissory note and shall not affect Borrower's duty to pay the remaining installments as scheduled herein. If at any time the Government does assign this promissory note and ensure payment of the same, Borrower shall continue making payments to the Government as the holder's collection agent.

Whenever this promissory note is held by an insured lender, advance payments made by Borrower may, at the Government's option, be transferred promptly by the Government to the holder or, except for the final payment, such payments may be retained by the Government and transferred to the holder based on the date the annual installment is due. The effective date of each payment made by the borrower, except payments retained by the Government and transferred to the holder based on the date the annual installment is due shall be the date of the Treasury check remitted by the Government to the holder. The effective date of any payment retained by the Government and transferred to the holder based on the date the annual installment is due shall be the date of Borrower's advance payment, and the Government shall pay the interest to which the holder is entitled that accrues between the effective date of such advance payments and the date of the Treasury check remitted to the holder.

Any amount forwarded or invested by the Government in order to collect on this promissory note or to preserve or protect the security of the loan or invested in any way under the terms of any security agreement or other instrument granted in relation to the loan herein established shall, at the Government's option, become part of the loan and shall accrue interest at the same rate as the principal of the debt herein established and shall be immediately due and payable by the Borrower to the Government without need of payment order.

Property constructed, improved, purchased, or refinanced in whole or in part with the loan established herein shall not be leased, surrendered, sold, transferred, or encumbered, voluntarily or otherwise, without the previous written consent of the Government. Unless the Government gives written consent to the contrary, Borrower will personally manage said property as a farm if this loan is made to a Farm Owner (FO).

If "Consolidation and Subsequent Loan," "Debt Reduction," "Consolidation," "Restructuring" or "Re-amortization" is marked in the upper box of the first page under the section "Note Required For," this promissory note is granted to consolidate, re-amortize or as evidence of a restructuring, but not in satisfaction of the principal and interest of the following promissory note(s) or subrogation agreement(s) (new terms):

| LOAN CODE AND NUMBER | PROMISSORY NOTE VALUE | INTEREST RATE | DATE | ORIGINAL BORROWER | LAST INSTALLMENT DUE |
|---|---|---|---|---|---|
| | $ | % | ,19 | | ,19 |
| | $ | % | ,19 | | ,19 |
| | $ | % | ,19 | | ,19 |
| | $ | % | ,19 | | ,19 |
| | $ | % | ,19 | | |
| | $ | % | ,19 | | |
| | $ | % | ,19 | | |

The security documents taken in relation to the loans established by these described promissory notes or other related obligations are not affected by the granting of this consolidation, re-amortization or restructuring. These security instruments shall remain in effect and the security offered for the loans established by the described promissory notes shall remain as guaranty for the loan established by this promissory note and for any other related obligations.

**REFINANCING AGREEMENT (GRADUATION):** If at any time the Government determines that Borrower may be able to obtain a loan from a responsible cooperative or other private credit source at an interest rate and on terms deemed reasonable for loans of similar purposes time periods and considerations, Borrower shall, at the Government's request, apply for and accept a loan of a sufficient amount to pay this promissory note in full and, if the lender is a cooperative, to pay for any necessary shares.

**CONSERVATION AGREEMENT FOR HIGHLY-ERODIBLE SOILS AND WETLANDS:** The Borrower acknowledges that the loan described in this promissory note shall be in default if any part of this loan is used for purposes that contribute to excessive erosion of highly-erosive soils or for the conversion of wetlands to produce agricultural crops, as explained in Exhibit M, subsection G of Part 1940 of 7CFR. If (1) the loan period extends beyond January 1, 1990, but not past January 1, 1995, and (2) the borrower attempts to produce crops on highly-erodible soils exempt from the restrictions under Exhibit M until January 1, 1990, or two years after the Soil Conservations Service (SCS) has completed a conservation plan for the borrower's farm, whichever occurs later, the Borrower also agrees that prior to loss of exemption from the conservation restrictions on highly-erosive soils, in accordance with part 12 of 7CFR, the Borrower must show that he/she is actively applying a soil conservation plan on the highly-erodible land that has been approved by the Soil Conservation Service (SCS) or by the corresponding Soil Conservation District if the loan period extends beyond January 1, 1995. The Borrower also agrees that, before January 1, 1995, he/she must show that any crop production on highly erodible land after said date shall be done according to a conservation plan approved by the Soil Conservation service (SCS) or the Conservation District, in accordance with the requirements of the Soil Conservation Service.

DEFAULT: Failure to pay any debt evidenced herein when due, or violation of any condition or agreement hereunder shall constitute default under any other instrument evidencing a debt of Borrower owing to or insured by the Government or securing or otherwise relating to such a debt; and default under any such other instrument shall constitute default under the terms of this promissory note. UPON ANY SUCH DEFAULT, the Government, at its option, may declare all or any part of any such indebtedness immediately due and payable.

This note is given as evidence of a loan to Borrower made or insured by the Government, pursuant to the "Consolidated Farm and Rural Development Act" or the "Emergency Agricultural Credit Adjustment Act of 1978" and for the type of loan indicated in the box 'TYPE OF LOAN." This note is subject to the present regulations of Farmers Home Administration and to its future regulations not inconsistent with the stipulations expressed herein.

Presentation, protest, and notice are hereby expressly waived.

[Signature] _____
ARNALDO LUIS ORTIZ SUAREZ                 (Borrower)

(SEAL)

[Signature] _____
MARIA CELESTE PACHECO COLON               (Borrower)

(SEAL)

PO BOX 466 _____
                                (Borrower's Address)
MARICAO, P.R. 00606 _____

_____

| RECORDS OF ADVANCES | | | | | |
|---|---|---|---|---|---|
| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
| $17,190.00 | 7-22-99 | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| | | | TOTAL | $17,190.00 | |

Agriculture                     POSITION 2                     Form FmHA 1940-17 (S)
                                                               [Illegible] Rev. 10-89)

## ALLONGE

**ORIGINAL PROMISSORY NOTE FOR:** $17,190.00
**DEED:** #61 of July 22, 1999, before the notary Franklin Rodriguez Mangual
**MODIFICATION DEED:** #16 of January 29, 2010, before the notary Susan Báez Dixon
**IN FAVOR OF:** United States of America
**SIGNED BY:** Arnoldo Luis Ortiz Suárez and María Celeste Pacheco Colón

The amount of this promissory note, calculated as of January twenty-nine (29), two thousand ten (2010), reflects a total principal balance of TEN THOUSAND NINE HUNDRED FIFTY-FIVE DOLLARS AND FORTY-ONE CENTS ($10,955.41) and interest of ONE THOUSAND TWO HUNDRED SIXTY-NINE DOLLARS AND SIXTY-THREE CENTS ($1,269.63), for a total, including principal and interest, of **TWELVE THOUSAND TWO HUNDRED TWENTY-FIVE DOLLARS AND FOUR CENTS ($12,225.04).** The parties appearing herein agree that this mortgage shall be payable as follows: annual installments of ONE THOUSAND EIGHTY-ONE DOLLARS ($1,081.00) each, beginning on January twenty-eight (28), two thousand eleven (2011), and subsequently on each January twenty-eight (28) of each year, with the last installment coming due fifteen (15) years from the granting of this deed. The interest on this debt shall be calculated at a rate of three point seven hundred fifty percent per annum (3.750%) on the unpaid principal. The parties agree to include in this mortgage all yields produced by the property.

In the city of Mayagüez, Puerto Rico, on January twenty-nine (29), two thousand ten (2010).

**I DO ATTEST.**

[Signature]

**NOTARY PUBLIC**

[Seal]

Forma FmHA 427-1(S) PR
(Rev. 10-82)

El día de su otorgamiento expedí primera copia certificada a solicitud de Estados Unidos de -- América.

NOTARIO PUBLICO

----------------NUMERO SESENTA Y UNO----------------
NUMBER

----------------HIPOTECA VOLUNTARIA----------------
VOLUNTARY MORTGAGE

En Mayaguez, Puerto Rico, a los veintidós días del mes de julio de la Mayaguez, Puerto Rico, this twenty-second day of the month of--

mil novecientos noventa y nueve.----------------
July, nineteen ninety nine.----------------

----------------ANTE MI----------------
BEFORE ME

----------------FRANKLIN RODRIGUEZ MANGUAL----------------

Abogado y Notario Público de la Isla de Puerto Rico con residencia en Cabo Rojo,--
Attorney and Notary Public for the Island of Puerto Rico, with residence in Cabo Rojo,----

Puerto Rico,--------- y oficina en Mayaguez, Puerto Rico.----
Puerto Rico,--------- and office in Mayaguez,------------ Puerto Rico.--

----------------COMPARECEN----------------
APPEAR

Las personas nombradas en el párrafo DUODECIMO de esta hipoteca denomina-
The persons named in paragraph TWELFTH of this mortgage------------

dos de aquí en adelante el "deudor hipotecario" y cuyas circunstancias personales
hereinafter called the "mortgagor" and whose personal circumstances------------

aparecen de dicho párrafo.------------
appear from said paragraph.------------

Doy fe del conocimiento personal de los comparecientes, así como por sus dichos
I, the Notary, attest to the personal knowledge of the appearing parties, as well as to their----

de su edad, estado civil, profesión y vecindad.------------
statements which I believe to be true of their age, civil status, profession and residence.------

Aseguran hallarse en el pleno goce de sus derechos civiles, la libre administración
They assure me that they are in full enjoyment of their civil rights, and the free administration

de sus bienes y teniendo a mi juicio la capacidad legal necesaria para este otorga-
of their property, and they have, in my judgment, the necessary legal capacity to grant this--

miento.------------
voluntary mortgage.------------

----------------EXPONEN----------------
WITNESSETH:

PRIMERO: El deudor hipotecario es dueño de la finca o fincas descritas en el
FIRST: That the mortgagor is the owner of the farm or farms described in------

párrafo UNDECIMO así como de todos los derechos e intereses en las mismas,
paragraph ELEVENTH of this mortgage, and of all rights and interest in the same----

denominada de aquí en adelante "los bienes".------------
hereinafter referred to as "the property".------------

SEGUNDO: Que los bienes aquí hipotecados están afectos a los gravámenes que
SECOND: That the property mortgaged herein is subject to the liens------

se especifican en el párrafo UNDECIMO.------------
specified in paragraph ELEVENTH herein.------------

TERCERO: Que el deudor hipotecario viene obligado para con Estados Unidos de
THIRD: That the mortgagor has become obligated to the United States------

América, actuando por conducto de la Administración de Hogares de Agricultu-
of America, acting through the Farmers Home Administration,------

res, denominado de aquí en adelante el "acreedor hipotecario", en relación con
hereinafter called the "mortgagee" in connection with------

un préstamo o préstamos evidenciado por uno o más pagarés o convenio de sub-
a loan or loans evidenced by one or more promissory note(s) or assumption agreement(s)————

rogación, denominado en adelante el "pagaré" sean uno o más. Se requiere por
hereinafter called "the note" whether one or more. It is required by————————

el Gobierno que se hagan pagos adicionales mensuales de una doceava parte de
the Government that additional monthly payments of one-twelfth of the————————

las contribuciones, avaluos (impuestos), primas de seguros y otros cargos que se
taxes, assessments, insurance premiums and other charges————————————————

hayan estimado sobre la propiedad hipotecada.————————————————
estimated against the property.————————————————————————————

CUARTO: Se sobreentiende que:————————————————————————
FOURTH:  It is understood that:————————————————————————

(Uno) El pagaré evidencia un préstamo o préstamos al deudor hipotecario por la
(One) The note evidences a loan or loans to the mortgagor in the————————————

suma de principal especificada en el mismo, concedido con el propósito y la inten-
principal amount specified therein made with the purpose and intention————————

ción de que el acreedor hipotecario puede ceder el pagaré en cualquier tiempo y
that the mortgagee, at any time, may assign the note and————————————————

asegurar su pago de conformidad con el Acta de mil novecientos sesenta y uno
insure the payment thereof pursuant to the Act of Nineteen Hundred and Sixty-One————

consolidando la Administración de Hogares de Agricultores o el Título Quinto de
consolidating the Farmers Home Administration or Title Five of————————————

la Ley de Hogares de mil novecientos cuarenta y nueve, según han sido enmenda-
the Housing Act of Nineteen Hundred and Forty-Nine, as amended.————————————

das.————————————————————————————————————————

(Dos) Cuando el pago del pagaré es garantizado por el acreedor hipotecario, puede
(Two) When payment of the note is guaranteed by the mortgagee————————————

ser cedido de tiempo en tiempo y cada tenedor de dicho pagaré a su vez será el
it may be assigned from time to time and each holder of the insured note, in turn,————

prestamista asegurado.————————————————————————————————
will be the insured lender.————————————————————————————————

(Tres) Cuando el pago del pagaré es asegurado por el acreedor hipotecario, el acree-
(Three) When payment of the note is insured by the mortgagee, the————————————

dor hipotecario otorgará y entregará al prestamista asegurado conjuntamente con
mortgagee will execute and deliver to the insured lender along————————————

el pagaré un endoso de seguro garantizando totalmente el pago de principal e in-
with the note an insurance endorsement insuring the payment of the note fully as to principal

tereses de dicho pagaré.————————————————————————————————
and interest.————————————————————————————————————————

(Cuatro) En todo tiempo que el pago del pagaré esté asegurado por el acreedor
(Four) At all times when payment of the note is insured by the mortgagee,————————

hipotecario, el acreedor hipotecario, por convenio con el prestamista asegurado,
the mortgagee by agreement with the insured lender————————————————

determinarán en el endoso de seguro la porción del pago de intereses del pagaré
set forth in the insurance endorsement will be entitled to a specified portion of the interest pay-

que será designada como "cargo anual".————————————————————————
ments on the note, to be designated the "annual charge".————————————————

(Cinco) Una condición del aseguramiento de pago del pagaré será de que el tene-
(Five) A condition of the insurance of payment of the note will be that the holder————

dor cederá todos sus derechos y remedios contra el deudor hipotecario y cuales-
will forego his rights and remedies against the mortgagor and any————————————

- 2 -

Forma FmHA 1927-1(S) PR
(Rev. 6-93)

quiera otros en ____ ión con dicho préstamo así como también a los ____ eficios
others in connection with said loan, as well as any benefit——————————————

de esta hipoteca y aceptará en su lugar los beneficios del seguro, y a requerimiento
of this mortgage, and will accept the benefits of such insurance in lieu thereof, and upon the

del acreedor hipotecario endosará el pagaré al acreedor hipotecario en caso de
mortgagee's request will assign the note to the mortgagee should the mortgagor——

violación de cualquier convenio o estipulación aquí contenida o en el pagaré o en
violate any covenant or agreement contained herein, in the note, or any—————————

cualquier convenio suplementario por parte del deudor.————————————————
supplementary agreement.————————————————————————————————

(Seis) Entre otras cosas, es el propósito e intención de esta hipoteca, que en todo
(Six) It is the purpose and intent of this mortgage that, among other things,—————

tiempo cuando el pagaré esté en poder del acreedor hipotecario, o en el caso en
at all times when the note is held by the mortgagee, or in the event the—————————

que el acreedor hipotecario ceda esta hipoteca sin asegurar el pagaré, esta hipoteca
mortgagee should assign this mortgage without insurance of the note, this mortgage———

garantizará el pago del pagaré pero cuando el pagaré esté en poder de un presta-
shall secure payment of the note; but when the note is held by an insured——————

mista asegurado, esta hipoteca no garantizará el pago del pagaré o formará parte
lender, this mortgage shall not secure payment of the note or attach to————————

de la deuda evidenciada por el mismo, pero en cuanto al pagaré y a dicha deuda,
the debt evidenced thereby, but as to the note and such debt——————————————

constituirá una hipoteca de indemnización para garantizar al acreedor hipotecario
shall constitute an indemnity mortgage to secure the mortgagee————————————

contra cualquier pérdida bajo el endoso de seguro por causa de cualquier incum-
against loss under its insurance endorsement by reason of any default————————

plimiento por parte del deudor hipotecario.————————————————————————
by the mortgagor.——————————————————————————————————————

QUINTO: Que en consideración al préstamo y (a) en todo tiempo que el pagaré
FIFTH: That, in consideration of said loan and (a) at all times when the note——————

sea conservado por el acreedor hipotecario, o en el caso de que el acreedor hipote-
is held by the mortgagee, or in the event the mortgagee—————————————————

cario ceda la presente hipoteca sin el seguro de pago del pagaré y en garantía del
should assign this mortgage without insurance of the payment of the note, in guarantee of the

importe del pagaré según se especifica en el subpárrafo (Uno) del Párrafo NOVE-
amount of the note as specified in subparagraph (one) of paragraph NINTH—————

NO con sus intereses al tipo estipulado y para asegurar el pronto pago de dicho
hereof, with interest at the rate stipulated, and to secure prompt payment of the———

pagaré, su renovación cualquier convenio contenido en el mismo, o extensión y
note and any renewals and extensions thereof and any agreements contained therein,——

(b) en todo tiempo que el pagaré sea poseído por el prestamista asegurado en garan-
(b) at all times when the note is held by an insured lender, in guarantee—————————

tía de las sumas especificadas en el subpárrafo (Dos) del párrafo NOVENO aquí
of the amounts specified in subparagraph 9Two of paragraph NINTH hereof——————

consignado para garantizar el cumplimiento del convenio del deudor hipotecario
for securing the performance of the mortgagor's agreement—————————————————

de indemnizar y conservar libre al acreedor hipotecario contra pérdidas bajo el en-
herein to indemnify and save harmless the mortgagee against loss under its—————

doso de seguro por razón de incumplimiento del deudor hipotecario y (c) en cual-
insurance endorsements by reason of any default by the mortgagor, and (c) in any————

quier caso y en todo tiempo en garantía de las sumas adicionales consignadas en el
event and at all times whatsoever, in guarantee of the additional amounts specified in————

-3-

subpárrafo (Tres) del párrafo NOVENO de este in   mento y para asegurar el
subparagraph (Three) of paragraph NINTH hereof, and to secure the————————————

cumplimiento de todos y cada uno de los convenios y del deudor hipotecario aquí
performance of every covenant and agreement of the mortgagor————————————

contenidos o en cualquier otro convenio suplementario, el deudor hipotecario por
contained herein or in any supplementary agreement, the mortgagor————————————

la presente constituye hipoteca voluntaria a favor del acreedor hipotecario sobre
hereby constitutes a voluntary mortgage in favor of the mortgagee on————————————

los bienes descritos en el párrafo UNDECIMO más adelante, así como sobre los
the property described in paragraph ELEVENTH hereof, together with all rights,————————

derechos, intereses servidumbres, derechos hereditarios, adhesiones pertenecientes
interests easements, hereditaments and appurtenances thereto belonging,————————————

a los mismos, toda renta, créditos, beneficios de los mismos, y todo producto e
the rents, issues and profits thereof and revenues and————————————

ingreso de los mismos, toda mejora o propiedad personal en el presente o que en
income therefrom, all improvements and personal property now or————————————

el futuro se adhiera o que sean razonablemente necesarias para el uso de los mismos,
later attached thereto or reasonably necessary to the use thereof,————————————

sobre las aguas, los derechos de agua o acciones en los mismos, pertenecientes a
all water, water rights and shares in the same pertaining to————————————

las fincas o a todo pago que en cualquier tiempo se adeude al deudor hipotecario
the farms and all payments at any time owing to the mortgagor————————————

por virtud de la venta, arrendamiento, transferencia, enajenación o expropiación
by virtue of any sale, lease, transfer, conveyance or total or————————————

total o parcial de o por daños a cualquier parte de las mismas o a los intereses sobre
partial condemnation of or injury to any part thereof or interest————————————

ellas, siendo entendido que este gravámen quedará en toda su fuerza y vigor hasta
therein, it being understood that this lien will continue in full force and effect until————

que las cantidades especificadas en el párrafo NOVENO con sus intereses antes y
all amounts as specified in paragraph NINTH hereof, with interest before and————————

después del vencimiento hasta que los mismos hayan sido pagados en su totalidad.
after maturity until paid, have been paid in full.————————————

En caso de ejecución, los bienes responderán del pago del principal, los intereses
In case of foreclosure, the property will be answerable for the payment of the principal, interest

antes y después de vencimiento, hasta su total solvento, pérdida sufrida por el acree-
thereon before and after maturity until paid, losses sustained by the————————————

dor hipotecario como asegurador del pagaré, contribuciones, prima de seguro o cual-
mortgagee as insurer of the note, taxes, insurance premiums, and————————————

quier otro desembolso o adelanto por el acreedor hipotecario por cuenta del deudor
other disbursements and advances by the mortgagee for the mortgagor's account————————

hipotecario con sus intereses hasta que sean pagados al acreedor hipotecario, costas,
with interest until repaid to the mortgagee, costs, expenses and————————————

gastos y honorarios de abogado del acreedor hipotecario, toda extensión o reno-
attorney's fees of the mortgagee all extensions and renewals of any of————————————

vación de dichas obligaciones con intereses sobre todas y todo otro cargo o suma
said obligations, with interest on all and all other charges and additional————————————

adicional especificada en el párrafo NOVENO de este documento.————————————
amounts as specified in paragraph NINTH hereof.————————————

SEXTO: El deudor hipotecario expresamente conviene lo siguiente:————————————
SIXTH: That the mortgagor specifically agrees as follows:————————————

(Uno) Pagar al acreedor hipotecario prontamente a su vencimiento cualquier deuda
(One) To pay promptly when due any indebtedness————————————

Forma FmHA 427-1(S) PR
(Rev. 10-82)

aquí garantizada e ... smnizar y conservar libre de pérdida al acreedor hip ...ecario
to the mortgagee hereby secured and to indemnify and save harmless the mortgagee against any

bajo el seguro del pago del pagaré por incumplimiento del deudor hipotecario.
loss under its insurance of payment of the note by reason of any default by the mortgagor.——

En todo tiempo cuando el pagaré sea poseído por el prestamista asegurado, el
At all times when the note is held by an insured lender, the——————————————

deudor hipotecario continuará haciendo los pagos contra dicho pagaré al acreedor
mortgagor shall continue to make payments on the note to the mortgagee,——————

hipotecario como agente cobrador del tenedor del mismo.———————————
as collection agent for the holder.——————

(Dos) A pagar al acreedor hipotecario una cuota inicial por inspección y tasación
(Two) To pay to the Mortgage any initial fees for inspection and appraisal——————

y cualquier cargo por delincuencia requerido en el presente o en el futuro por los ;
and any deliquency charges, now or hereafter required by——————————

reglamentos de la Administración de Hogares de Agricultores.———————
regulations of the Farmer's Home Administration.——————

(Tres) En todo tiempo cuando el pagaré sea poseído por un prestamista asegu-
(Three) At all times when the note is held by an insured lender,——————

rado, cualquier suma adeudada y no pagada bajo los términos del pagaré, menos
any amount due and unpaid under the terms of the note, less——————

la cantidad o carga anual, podrá ser pagada por el acreedor hipotecario al tenedor
the amount of the annual charge, may be paid by the mortgagee to the holder——————

del pagaré bajo los términos provistos en el pagaré y en el endoso de seguro referido
of the note to the extent provided in the insurance endorsement——————

en el párrafo CUARTO anterior por cuenta del deudor hipotecario.——————
referred to in paragraph FOURTH hereof for the account of the mortgagor.——————

Cualquier suma vencida y no pagada bajo los términos del pagaré, sea éste poseído
Any amount due and unpaid under the terms of the note, whether it is held——————

por el acreedor hipotecario o por el prestamista asegurado, podrá ser acreditada
by the mortgagee or by an insured lender, may be credite——————

por el acreedor hipotecario al pagaré y en su consecuencia constituirá un adelanto
by the mortgagee on the note and thereupon shall constitute an advance——————

por el acreedor hipotecario por cuenta del deudor hipotecario.——————
by the mortgagee for the account of the mortgagor.——————

Cualquier adelanto por el acreedor hipotecario tal como se describe en este sub-
Any advance by the mortgagee as described in this——————

párrafo devengará intereses a razón del TRES Y TRES CUARTOS——————————
subparagraph shall bear interest at the rate of THREE AND THREE QUARTERS——————

——————————————— por ciento (————3.75 o/o)———————
——————————————— per cent (————3.75 o/o)———————

anual a partir de la fecha en que venció el pago hasta la fecha en que el deudor
per annum from the date on which the amount of the advance was due to the date of payment

hipotecario lo satisfaga.———————————————————————
to the mortgagee.——————

(Cuatro) Fuere o no el pagaré asegurado por el acreedor hipotecario, cualquier
(Four) Whether or not the note is insured by the mortgagee, any——————

o todo adelanto hecho por el acreedor hipotecario para prima de seguro, repa-
and all amount advanced by the mortgagee for property insurance premiums, repairs,——————

raciones, gravámenes u otra reclamación en protección de los bienes hipoteca-
liens and other claims, for the protection of the mortgaged property,——————

dos o para contribuciones o impuestos u otro gasto similar por razón de haber
or for taxes or assessments or other similar charges by reason of the——————

- 5 -

el deudor hipotecario dejado de pagar por los ___mos, devengará intereses a razón
mortgagor's failure to pay the same, shall bear interest at the rate——————————————

del tipo estipulado en el subpárrafo anterior desde la fecha de dichos adelantos
stated in the next preceding subparagraph from the date of the advance——————————

hasta que los mismos sean satisfechos por el deudor hipotecario.——————————————
until repaid to the mortgagee.

(Cinco) Todo adelanto hecho por el acreedor hipotecario descrito en esta hipo-
(Five) All advances made by mortgagee as described in this mortgage,——————————

teca con sus intereses vencerá inmediatamente y será pagadero por el deudor hipo-
with interest, shall be immediately due and payable by the mortgagor——————————

tecario al acreedor hipotecario sin necesidad de requerimiento alguno en el sitio
to mortgagee without demand at the——————————————————————————————

designado en el pagaré y será garantizado por la presente hipoteca. Ningún adelanto
place designated in the note and shall be guaranteed hereby. No such advance————

hecho por el acreedor hipotecario no relevará al deudor hipotecario de su obligación
by mortgagee shall relieve the mortgagor from breach of his covenant

del convenio de pagar. Dichos adelantos, con sus intereses, se reembolsarán de los
to pay. Such advances, with interest shall be repaid from the——————————————

primeros pagos recibidos del deudor hipotecario. Si no hubieren adelantos, todo
first available collections received from mortgagor. Otherwise, any payments————

pago verificado por el deudor hipotecario podrá ser aplicado al pagaré o a cualquier
payment made by mortgagee may be applied on the note or any——————————————

otra deuda del deudor hipotecario aquí garantizada en el orden que el acreedor
indebtedness to mortgagee secured hereby, in any order mortgagee————————————

hipotecario determinare.————————————————————————————————————
determines.

(Seis) Usar el importe del préstamo evidenciado por el pagaré únicamente para
(Six) To use the loan evidenced by the note solely——————————————————————

los propósitos autorizados por el acreedor hipotecario.————————————————————
for purposes authorized by mortgagee.——————————————————————————————

(Siete) A pagar a su vencimiento las contribuciones, impuestos especiales, gravá-
(Seven) To pay when due all taxes, special assessments, liens——————————————

menes y cargas que graven los bienes o los derechos o intereses del deudor hipo-
and charges encumbering the property or the right or interest of mortgagee—————

tecario bajo los términos de esta hipoteca.——————————————————————————
under the terms of this mortgage.

(Ocho) Obtener y mantener seguro contra incendio y otros riesgos según requie-
(Eight) To procure and maintain insurance against fire and other hazards as required————

ra el acreedor hipotecario sobre los edificios y las mejoras existentes en los bie-
by mortgagee on all existing buildings and improvements on the pro————————————

nes o cualquier otra mejora introducida en el futuro. El seguro contra fuego y
perty and on any buildings and improvements put there on in the future. The insurance against

otros riesgos serán en la forma y por las cantidades, términos y condiciones que
fire and other hazards will be in the form and amount and on terms and conditions—————

aprobare el acreedor hipotecario.——————————————————————————————
approved by mortgagee.——————————————————————————————————————

(Nueve) Conservar los bienes en buenas condiciones y prontamente verificar las
(Nine) To keep the property in good condition and promptly make all——————————

reparaciones necesarias para la conservación de los bienes; no cometerá ni per-
necessary repairs for the conservation of the property; he will not commit nor————

mitirá que se cometa ningún deterioro de los bienes; ni removerá ni demolerá
permit to be committed any deterioration of the property; he will not remove nor demolish

Form FmHA 1927-1(S) PR
(Rev. 6-93)

ningún edificio o ____ ra en los bienes, ni cortará ni removerá madera d____ finca,
any building or improvement on the property; nor will he cut or remove wood from the farm

ni removerá ni permitirá que se remueva grava, arena, aceite, gas, carbón u otros
nor remove nor permit to be removed gravel, sand, oil, gas, coal, or other----------

minerales sin el consentimiento del acreedor hipotecario y prontamente llevará
minerals without the consent of mortgagee, and will promptly carry out

a efecto las reparaciones en los bienes que el acreedor hipotecario requiera de tiempo
the repairs on the property that the mortgagee may request from time-----------

en tiempo. El deudor hipotecario cumplirá con aquellas prácticas de conservación
to time. Mortgagor shall comply with such farm conservation practices-----------

de suelo y los planes de la finca y del hogar que el acreedor hipotecario de tiempo en
and farm and home management plans as mortgagee from time to-------------------

tiempo pueda prescribir.----------------------------------------------------------
time may prescribe.----------------------------------------------------

(Diez) Si esta hipoteca se otorga para un préstamo a dueño de finca según se iden-
(Ten) If this mortgage is given for a loan to a farm owner as identified-------------

tifica en los reglamentos de la Administración de Hogares de Agricultores, el deudor
in the regulations of the Farmers Home Administration, mortgagor-----------------

hipotecario personalmente operará los bienes por sí y por medio de su familia como
will personally operate the property with his own and his family labor as a farm and for no other

una finca y para ningún otro propósito y no arrendará la finca ni parte de ella a
purpose and will not lease the farm or any part of it----------------------------

menos que el acreedor hipotecario consienta por escrito en otro método de opera-
unless mortgagee agrees in writing to any other method of operation--------------

ción o al arrendamiento.---------------------------------------------------------
or  lease.------------------------------------------------------------

(Once) Someterá en la forma y manera que el acreedor hipotecario requiera la
(Eleven) To submit in the form and manner mortgagee may require,-----------------

información de sus ingresos y gastos y cualquier otra información relacionada con
information as to his income and expenses and any other information in regard to the---------

la operación de los bienes y cumplirá con todas las leyes, ordenanzas y reglamentos
operation of the property, and to comply with all laws, ordinances, and regulations----------

que afecten los bienes o su uso.-------------------------------------------------
affecting the property or its use.-----------------------------------------

(Doce) El acreedor hipotecario, sus agentes y abogados, tendrán en todo tiempo el
(Twelve) Mortgagee, its agents and attorneys, shall have the right at all reasonable times-----

derecho de inspeccionar y examinar los bienes con el fin de determinar si la garantía
to inspect and examine the property for the purpose of ascertaining whether or not-------

otorgada está siendo mermada o deteriorada y si dicho examen o inspección deter-
the security given is being lessened or impaired, and if such inspection or examination shall-----

minare, a juicio del acreedor hipotecario, que la garantía otorgada está siendo mer-
disclose, in the judgment of mortgagee, that the security given is being lessened--------------

mada o deteriorada, tal condición se considerará como una violación por parte del
or impaired, such condition shall be deemed a breach by the-----------------------

deudor hipotecario de los convenios de esta hipoteca.-----------------------------
mortgagor of the covenants of this mortgage.--------------------

(Trece) Si cualquier otra persona detentare con o impugnare el derecho de posesión
(Thirteen) If any other person interferes with or contests the right of possession---------

del deudor hipotecario a los bienes, el deudor hipotecario inmediatamente notificará
of the mortgagor to the property, the mortgagor will immediately notify-----------

al acreedor hipotecario de dicha acción y el acreedor hipotecario, a su opción,
mortgagee of such action, and mortgagee at its option

podrá instituir aquellos procedimientos que . . en necesarios en defensa de sus
may institute the necessary proceedings in defense of its————————————————

intereses y los gastos y desembolsos incurrido por el acreedor hipotecario en dichos
interest, and any costs or expenditures incurred by mortgage by said————————

procedimientos, serán cargados a la deuda del deudor hipotecario y se considerarán
proceedings will be charged to the mortgage debt and considered————————————

garantizados por esta hipoteca dentro del crédito adicional de la cláusula hipotecaria
by this mortgage within the additional credit of the mortgage clause—————————————

para adelantos, gastos y otros pagos.————————————————————————————
for advances, expenditures and other payments.——————————————————————

(Catorce) Si el deudor hipotecario en cualquier tiempo mientras estuviere vigente
(Fourteen) If the mortgage at any time while this mortgage remains in effect————

esta hipoteca, abandonare los bienes o voluntariamente se los entregase al acree-
should abandon the property or voluntarily deliver it to mortgagee,—————————

dor hipotecario, el acreedor hipotecario es por la presente autorizado y con pode-
mortgagee is hereby authorized and empowered————————————————————

res para tomar posesión de los bienes, arrendarlos y administrar los bienes y cobrar
to take possession of the property, to rent and administer the same and collect———

sus rentas, beneficios e ingresos de los mismos y aplicarlos en primer término a los
the rents, benefits, and income from the same and apply them first to the—————

gastos de cobro y administración y en segundo término al pago de la deuda eviden-
costs of collection and administration and secondly to the payment of the debt evidenced——

ciada por el pagaré o cualquier otra deuda del deudor hipotecario y aquí garantizada,
by the note or any indebtedness to mortgagee hereby guaranteed,————————————

en el orden y manera que el acreedor hipotecario determinare.————————————
in what ever order and manner mortgagee may determine.———————————————

(Quince) En cualquier tiempo que el acreedor hipotecario determinare que el deudor
(Fifteen) At any time that mortgage determines that mortgagor———————————

hipotecario puede obtener un préstamo de una asociación de crédito para produc-
may be able to obtain a loan from a credit association for production——————————

ción, de un Banco Federal u otra fuente responsable, cooperativa o privada, a un
a Federal Bank or other responsible source, cooperative or private, at a————————

tipo de interés y términos razonables para préstamos por tiempo y propósitos
rate of interest and reasonable periods of time and purposes,————————————————

similares, el deudor hipotecario, a requerimiento del acreedor hipotecario, solicitará
mortgagor, at mortgagee's request will apply for and accept———————————————

y aceptará dicho préstamo en cantidad suficiente para pagar por las acciones nece-
said loan in sufficient amount to pay the note and any other indebtedness secured hereby and to

sarias en la agencia cooperativa en relación con dicho préstamo.————————————
purchase any necessary shares of stock in the cooperative agency in regard to said loan.————

(Dieciseis) El incumplimiento de cualesquiera de las obligaciones garantizadas
(Sixteen) Should default occur in the performance or discharge of any obligation secured—

por esta hipoteca, o si el deudor hipotecario o cualquier otra persona incluída como
by this mortgage, or should mortgagor, or any one of the persons herein called————

deudor hipotecario faltare en el pago de cualquier cantidad o violare o no cumpliere
mortgagor, default in the payment of any amounts or violate or fail to comply——————

con cualquier cláusula, condición, estipulación o convenio o acuerdo aquí contenido
with any clause, condition, stipulation, covenant, or agreement contained herein,—————

o en cualquier convenio suplementario, o falleciere o se declarare o fuere declarado
or in any supplementary agreement, or die or be declared an ——————————————

incompetente, en quiebra, insolvente o hiciere una cesión en beneficio de sus acree-
incompetent, a bankrupt, or an insolvent, or make an assignment for the benefit of———

Forma FmHA 1927-1(S) PR
(Rev. 6-93)

dores, o los biene.    parte de ellos o cualquier interés en los mismos fuere...cedidos,
creditors, or should the property or any part thereof or interest therein be assigned,—————

vendidos, arrendados, transferidos o gravados voluntariamente o de otro modo,
sold, leased, transferred, conveyed, or encumbered, voluntarily or otherwise,—————

sin el consentimiento por escrito del acreedor hipotecario, el acreedor hipotecario es
without the written consent of mortgagee, mortgagee is—————————————

irrevocablemente autorizado y con poderes, a su opción y sin notificación: (Uno) a
irrevocably authorized and empowered, at its option, and without notice: (One) to—————

declarar toda deuda no pagada bajo los términos del pagaré o cualquier otra deuda
declare all amounts unpaid under the note, and any indebtedness————————————

al acreedor hipotecario aquí garantizada, inmediatamente vencida y pagadera y
to the mortgagee secured hereby, immediately due and payable and—————————

proceder a su ejecución de acuerdo con la ley y los términos de la misma; (Dos)
to foreclose this mortgage in accordance with law and the provisions hereof; (Two)—————

incurrir y pagar los gastos razonables para la reparación o mantenimiento de los
to incur and pay reasonable expenses for the repair and maintenance of the—————

bienes y cualquier gasto u obligación que el deudor hipotecario no pagó según se
property and any expenses and obligations that mortgagor did not pay as—————

conviniere en esta hipoteca, incluyendo las contribuciones, impuestos, prima de
agreed in this mortgage, including taxes, assessments, insurance premium,—————

seguro y cualquier otro pago o gasto para la protección y conservación de los bienes
and any other expenses or costs for the protection and preservation of the property—————

y de esta hipoteca o incumplimiento de cualquier precepto de esta hipoteca y (Tres)
and this mortgage, or for compliance with any of the provisions of this mortgage; and (Three)—————

de solicitar la protección de la ley.———————————————————
request the protection of the law.—————————————————————

(Diecisiete) El deudor hipotecario pagará o reembolsará al acreedor hipotecario
(Seventeen) Mortgagor will pay, or reimburse mortgagee—————————————

todos los gastos necesarios para el fiel cumplimiento de los convenios y acuerdos
for all necessary expenses for the fulfillment of the covenants and agreements—————

de esta hipoteca, los del pagaré y en cualquier otro convenio suplementario, in-
of this mortgage and of the note and of any supplementary agreement, including—————

cluyendo los gastos de mensura, evidencia de título, costas, inscripción y hono-
the costs of survey, evidence of title, court costs, recordation fee and—————

rarios de abogado.———————————————————————————
attorney's fees.—————————————————————————————

(Dieciocho) Sin afectar en forma alguna los derechos del acreedor a requerir y
(Eighteen) Without in any manner affecting the right of the mortgagee to require and—————

hacer cumplir en una fecha subsiguiente a los mismos los convenios, acuerdos u
enforce performance at a subsequent date of the same, similar or other covenant, agreement—————

obligaciones aquí contenidos o similares u otros convenios, y sin afectar la respon-
obligation herein set forth, and without affecting the liability—————————————

sabilidad de cualquier persona para el pago del pagaré o cualquier otra deuda aquí
of any person for payment of the note or any indebtedness—————————————

garantizada o sin afectar el gravamen impuesto sobre los bienes o la prioridad del
secured hereby, and without affecting the lien created upon said property or the priority of—————

gravamen, el acreedor hipotecario es por la presente autorizado y con poder en
said lien, the mortgagee is hereby authorized and empowered at————————————

cualquier tiempo (Uno) renunciar el cumplimiento de cualquier convenio u obli-
any time (one) waive the performance of any covenant or obligation—————————

gación aquí contenida o en el pagaré o en cualquier convenio suplementario (Dos)
contained herein or in the note or any supplementary agreement; (two)—————————

- 9 -

negociar con el deudor hipotecario o conce    al deudor hipotecario cualquier
deal in any way with mortgagor or grant to mortgagor any------

indulgencia o tolerancia o extensión de tiempo para el pago del pagaré (con el
indulgence or forbearance or extension of the time for payment of the note (with the----

consentimiento del tenedor de dicho pagaré cuando esté en manos de un presta-
consent of the holder of the note when it is held by----

mista asegurado) o para el pago de cualquier deuda a favor del acreedor hipoteca-
an insured lender) or for payment of any indebtedness to mortgagee------

rio, y aquí garantizada; o (Tres) otorgar y entregar cancelaciones parciales de cual-
hereby secured; or (three) execute and deliver partial releases of any-------

quier parte de los bienes de la hipoteca aquí constituída u otorgar diferimiento o
part of said property from the lien hereby created or grant deferment or----

postergación de esta hipoteca a favor de cualquier otro gravámen constituído sobre
postponement of this mortgage to any other lien over------

dichos bienes.---------------------------------------------------------
said property.---------

(Diecinueve) Todos los derechos, título e interés en y sobre la presente hipoteca,
(Nineteen) All right, title and interest in or to this mortgage,--------

incluyendo pero no limitando el poder de otorgar consentimientos, cancelaciones
including but not limited to the power to grant consents, partial releases,--------

parciales, subordinación, cancelación total, radica sola y exclusivamente en el
subordinations, and satisfaction, shall be vested solely and exclusively in----

acreedor hipotecario y ningún prestamista asegurado tendrá derecho, título o in-
mortgagee, and no insured lender shall have any right, title or interest----

terés alguno en o sobre el gravámen y los beneficios aquí contenidos.----------
in or to the lien or any benefits herein contained.-------

(Veinte) El incumplimiento de esta hipoteca constituirá incumplimiento de cuales-
(Twenty) Default hereunder shall constitute default under any----

quiera otra hipoteca, préstamo refaccionario, o hipoteca de bienes muebles poseída
other real estate or crop or chattel mortgage held----

o asegurada por el acreedor hipotecario y otorgada o asumida por el deudor hipo-
or insured by mortgagee and executed or assumed by mortgagor,------

tecario; y el incumplimiento de cualesquiera de dichos instrumentos de garantía
and default under any such other security instrument shall-------

constituirá incumplimiento de esta hipoteca.--------------------------------
constitute default hereunder.--------

(Veintiuno) Todo aviso que haya de darse bajo los términos de esta hipoteca será
(Twenty-One) All notices to be given under this mortgage shall----

remitido por correo certificado a menos que se disponga lo contrario por ley, y
be sent by certified mail unless otherwise required by law,-------

será dirigido hasta tanto otra dirección sea designada en un aviso dado al efecto,
and shall be addressed until some other address is designated in a notice so given,------

en el caso del acreedor hipotecario a Administración de Hogares de Agricultores,
in the case of mortgagee to Farmers Home Administration,------

Departamento de Agricultura de Estados Unidos, San Juan, Puerto Rico, y en el
United States Department of Agriculture, San Juan, Puerto Rico, and in the----

caso del deudor hipotecario, a él a la dirección postal de su residencia según se
case of mortgagor to him at the post office address of his residence as stated------

especifica más adelante.----------------------------------------------------
hereinafter.--------

(Veintidos) El deudor hipotecario por la presente cede al acreedor hipotecario
(Twenty-Two) Mortgagor by these presents grants to mortgagee------

- 10 -

Forma FmHA 427-1(S) PR
(Rev. 10-82)

el importe de cualquier sentencia obtenido por expropiación forzosa para uso
the amount of any judgment obtained by reason of condemnation proceedings for public ------

público de los bienes o parte de ellos así como también el importe de la sentencia
use of the property or any part thereof as well as the amount of any judgment------

por daños causados a los bienes. El acreedor hipotecario aplicará el importe así
for damages caused to the property. The mortgagee will apply the amount so------------

recibido al pago de los gastos en que incurriere en su cobro y el balance al pago del
received to the payment of costs incurred in its collection and the balance to the payment------

pagaré y cualquier cantidad adeudada al acreedor hipotecario garantizada por esta
of the note and any indebtedness to the mortgagee secured by this----------------

hipoteca, y si hubiere algún sobrante, se reembolsará al deudor hipotecario.------
mortgage, and if any amount then remains, will pay such amount to mortgagor.----------

SEPTIMO: Para que sirva de tipo a la primera subasta que deberá celebrarse en caso
SEVENTH: That for the purpose of the first sale to be held in case----------------

de ejecución de esta hipoteca, de conformidad con la ley hipotecaria, según enmen-
of foreclosure of this mortgage, in conformity with the mortgage law, as amended,------------

dada, el deudor hipotecario por la presenta tasa los bienes hipotecados en la suma
mortgagor does hereby appraise the mortgaged property in the amount------------------

de DIECISIETE MIL CIENTO NOVENTA DOLARES ($17,190.00).--------------
of SEVENTEEN THOUSAND ONE HUNDRED NINETY DOLLARS (17,190.00).------

OCTAVO: El deudor hipotecario por la presente renuncia al trámite de requeri-
EIGHTH: Mortgagor hereby waives the requirement of law and agrees to be-------------

miento y se considerará en mora sin necesidad de notificación alguna por parte
considered in default without the necessity of any notification of default or demand for pay-

del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos de la Ad-
ment on the part of mortgagee. This mortgage is subject to the rules and regulations of the---

ministración de Hogares de Agricultores ahora en vigor y a futuros reglamentos,
Farmers Home Administration now in effect, and to its future regulations-----------------

no inconsistentes con los términos de esta hipoteca, así como también sujeta a
not inconsistent with the provisions of this mortgage, as well as to the------------------

las leyes del Congreso de Estados Unidos de America que autorizan la asignación
laws of the Congress of the United States of America authorizing the making and-------------

y aseguramiento del préstamo antes mencionado.------------------------
insuring of the loan herein, fore mentioned.--------------------------------

NOVENO: Las cantidades garantizadas por esta hipoteca son las siguientes:------
NINTH: The amounts guaranteed by this mortgage are as follows:----------------

Una. En todo tiempo cuando el pagaré relacionado en el párrafo TERCERO de
One. At all times when the note mentioned in paragraph THIRD of------------------

esta hipoteca sea poseído por el acreedor hipotecario o en caso que el acreedor
this mortgage is held by mortgagee, or in the event mortgagee--------------------

hipotecario cediere esta hipoteca sin asegurar el pagaré  DIECISIETE MIL CIENTO
should assign this mortgage without insurance of the note,  SEVENTEEN THOUSAND ONE---

NOVENTA ----------------------------------- DOLARES ($ 17,190.00--)
HUNDRED ----------------------------------- DOLLARS ($ 17,190.00--)

el principal de dicho pagaré, con sus intereses según estipulados a razón del -------
the principal amount of said note, together with interest as stipulated therein at the rate of -----

TRES Y TRES CUARTOS----------------- por ciento (----- 3.75 %) anual;
THREE AND THREE QUARTERS----------- per cent  (--------3.75 %) per annum;

- 11 -

Dos.  En todo tiempo cuando el pagaré es pose    por un prestamista asegurado:
Two.  At all times when said note is held by an insured lender:----------------------

(A)  DIECISIETE  MIL CIENTO NOVENTA DOLARES ($17,190.00)--------------------
(A)  SEVENTEEN THOUSAND ONE HUNDRED NINETY DOLLARS ($17,190.00)--

para indemnizar al acreedor hipotecario por adelantos al prestamista asegurado---
for indemnifying the mortgagee for advances to the insured lender----------------

por motivo del incumplimiento del deudor hipotecario de pagar los plazos según--
by reason of mortgagor's failure to pay the installments as------------------------

se especifica en el pagaré, con intereses según se especifica en el párrafo SEXTO,
specified in the note, with interest as stated in paragraph SIXTH,---------------------

Tercero;----------------------------------------------------------------------------------
Three;------------------------------------------------------------------------------------

(B)  VEINTICINCO MIL SETECIENTOS OCHENTA Y CINCO DOLARES ($25,785.00)
(B)  TWENTY FIVE THOUSAND SEVEN HUNDRED EIGHTY FIVE DOLLARS  ($25,785.00)

para indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda
for indemnifying the mortgagee further against any loss it might--------------------

sufrir bajo su seguro de pago del pagaré.------------------------------------------------
sustain under its insurance of payment of the note.-----------------------------------

Tres.  En cualquier caso y en todo tiempo;-----------------------------------------------
Three.  In any event and at all times whatsoever;-------------------------------------

(A)  SEIS MIL OCHOCIENTOS SETENTA Y SEIS DOLARES ($6,876.00)--------------
(A)  SIX THOUSAND EIGHT HUNDRED SEVENTY SIX DOLLARS ($6,876.00)-------

para intereses después de mora;----------------------------------------------------------
for default interest;-------------------------------------------------------------------

(B)  TRES MIL CUATROCIENTOS TREINTA Y OCHO DOLARES ($3,438.00)--------
(B)  THREE THOUSAND FOUR HUNDRED THIRTY EIGHT DOLLARS ($3,438.00)-

para contribuciones, seguro y otros adelantos para la conservación y protección de
for taxes, insurance and other advances for the preservation and protection of----

esta hipoteca, con intereses al tipo estipulado en el párrafo SEXTO, Tercero;-------
this mortgage, with interest at the rate stated in paragraph SIXTH, Three;---------

(C)  MIL SETECIENTOS DIECINUEVE DOLARES ($1,719.00)-------------------------
(C)  ONE THOUSAND SEVEN HUNDRED NINETEEN DOLLARS ($1,719.00)---------

para costas, gastos y honorarios de abogado en el caso de ejecución;-----------------
for costs, expenses and attorney's fees in case of foreclosure;-----------------------

(D)  MIL SETECIENTOS DIECINUEVE DOLARES ($1,719.00)------------------------
(D)  ONE THOUSAND SEVEN HUNDRED NINETEEN DOLLARS ($1,719.00)-------

para costas y gastos que incurriere el acreedor hipotecario en procedimientos para
for costs and expenditures incurred by the mortgagee in proceedings to------------

defender sus intereses contra cualquier persona que intervenga o impugne el derecho
defend its interests against any other person interfering with or contesting the right

de posesión del deudor hipotecario a los bienes según se consigna en el párrafo--
of possession of mortgagor to the property as provided in paragraph---------------

SEXTO, Trece.------------------------------------------------------------------------------
SIXTH, Thirteen.---------------------------------------------------------------------------

-------------------------------------------------------------------------------------------

-------------------------------------------------------------------------------------------

-------------------------------------------------------------------------------------------

-------------------------------------------------------------------------------------------

Forma FmHA 1927-1(S) PR
(Rev. 6-93)

DECIMO: Que el (los) pagaré(s) a que se hace referencia en el párrafo TERCERO
TENTH: That the note(s) referred to in paragraph THIRD——————————————————

de esta hipoteca es (son) descrito(s) como sigue:————————————————————————
of this mortgage is(are) described as follows:——————————————————————————

"Pagaré otorgado en el caso número   63-018-581155835————————————————
"Promissory note executed in case number

——————————————————————————————— fechado el día ——————————
————————————————————————————————————— dated the ——————————

veintidós———————— de julio——————————————de mil novecientos————————
twenty-second——— day of July,————————— nineteen hundred and ——————————

noventa y nueve,—————————— por la suma de DIECISIETE MIL CIENTO————
ninety nine,——————————— in the amount of SEVENTEEN THOUSAND ONE——

NOVENTA ($17,190.00)———————————————————— dólares de principal más ——————
HUNDRED NINETY DOLLARS ($17,190.00)———————————————— of principal plus ——————

intereses sobre el balance del principal adeudado a razón del ————————————————
interest over the unpaid balance at the rate of ——————————————————————————

TRES Y TRES CUARTOS———————————————( 3.75%————————) por ciento anual,
THREE AND THREE QUARTERS——————————( 3.75%————————) percent per annum,

hasta tanto su principal sea totalmente satisfecho según los términos, plazos, condi-
until the principal is totally paid according to the terms, installments, —————————————

ciones y estipulaciones contenida en dicho pagaré y según acordados y convenidos
conditions and stipulation contained in the promissory note and as agreed ————————

entre el Prestatario y el Gobierno; excepto el pago final del total de la deuda aquí
between the borrower and the Government, except that the final installment of the ————

representada, de no haber sido satisfecho con anterioridad, vencerá y será pagadero
entire debt herein evidenced, if not sooner paid, will be due ————————————————

a los VEINTE (20)————————————————————————————————————————————
and payable  TWENTY (20)—————————————————————————————————————

años de la fecha de este pagaré.——————————————————————————————————
years from the date of this promissory note.—————————————————————————

Dicho pagaré ha sido otorgado como evidencia de un préstamo concedido por el
Said promissory note is given as evidence of a loan made by the ———————————————

Gobierno al Prestatario de conformidad con la Ley del Congreso de los Estados
Government to the borrower pursuant to the law of the Congress of the United ————

Unidos de América denominada "Consolidated Farm and Rural Development Act
States of America known as "Consolidated Farm and Rural Development Act————————

of 1961" o de conformidad con el "Title V of the Housing Act of 1949", según
of 1961" or pursuant to "Title V of the Housing Act of 1949, as———————————————

han sido enmendadas y está sujeto a los presentes reglamentos de la Administración
amended, and is subject to the present regulations of the Farmer—————————————

de Hogares de Agricultores y a los futuros reglamentos no inconsistentes con dicha
Home Administration and to its future regulations not inconsistent with the—————————

Ley. De cuya descripción, yo, el Notario Autorizante, DOY FE.——————————————
express provision thereof. Of which description I, the authorizing Notary, GIVE FAITH.————

UNDECIMO: Que la propiedad objeto de la presente escritura y sobre la que se
ELEVENTH: That the property object of this deed and over which —————————————

constituye Hipoteca Voluntaria, se describe como sigue:   —————————————————
voluntary mortgage is constituted, is described as follows:   ——————————————

- 13 -

---RUSTICA:  Porción de terre.   sita en el Ban       diera Baja de Marica.,  compuesta de CUARENTA Y UNO PUNTO CINCUENTA .    OS (41.52) CUERDAS, equivalentes a dieciséis (16) hectáreas, y treinta y dos (32) áreas.  Colindante por el NORTE, con Francisco Frontera, separados en parte por una quebrada hoy de Juan Rodríguez; por el SUR, con terrenos de Silvestre Bartolomey, separados por un camino vecinal y terrenos de José Aymat; por el OESTE, con terrenos de francisco Frontera; y por el ESTE, con terrenos de la Sucesión de Tomás Martínez, hoy de Federico Aymat. Contiene dos casas dedicadas a vivienda, de madera y zinc; otra, dedicada a tienda, de madera y zinc; y otra, dedicada a escuela, de madera y zinc.---------------------
---Inscrita al folio ciento catorce (114) del tomo noventa y seis (96) de Maricao, finca número setecientos seis (706), e inscripción vigésima segunda.---

----------------------------------------------------------------------
----------------------------------------------------------------------
----------------------------------------------------------------------
----------------------------------------------------------------------
----------------------------------------------------------------------
----------------------------------------------------------------------

Adquirió el prestatario la descrita finca por compra,---------------------
Borrower acquired the described property by purchase,-----------------

según consta de la Escritura Número veinticinco,---------------------
pursuant to Deed Number twenty five,------------------------------------

de fecha catorce de mayo de mil novecientos noventa y tres--------------
dated fourteenth of May, nineteen ninety three------------------------

otorgada en la ciudad de Mayagüez, Puerto Rico----------------------
executed in the city of Mayagüez, Puerto Rico------------------------

ante el Notario Enrique Alcaraz Casablanca.---------------------------
before Notary Enrique Alcaraz Casablanca.-----------------------------

Dicha propiedad se encuentra afecta a primera hipoteca a favor de Estados Unidos
Said property is subject to a first mortgage lien on behalf of United States of------

de América por ochenta y cuatro mil setecientos dólares ($84,700.00).---------------
America for eighty four thousand seven hundred dollars ($84,700.00).----------------

DUODECIMO:  Comparecen en la presente escritura como Deudores Hipotecarios
TWELFTH:  The parties appearing in the present deed as Mortgagors are---------

---Don ARNALDO LUIS ORTIZ SUÁREZ, seguro social número t       , y doña
MARÍA CELESTE PACHECO COLON, seguro social númerc              mayores
de edad, casados entre sí, agricultor él, ama de casa ella y vecinos de Maricao, Puerto
Rico.------------------------------------------------------------------------

cuya dirección postal es:  Box 466, Maricao, Puerto Rico 00606--------------------
whose postal address is:  Box 466, Maricao, Puerto Rico 00606--------------------

----------------------------------------------------------------------
----------------------------------------------------------------------
----------------------------------------------------------------------
----------------------------------------------------------------------
----------------------------------------------------------------------

DECIMOTERCERO:  El importe del préstamo aquí consignado se usó o será usado
THIRTEENTH:  The proceeds of the loan herein guaranteed was used or will be used

14

Forma FmHA 1927-1(S) PR
(Rev. 6-93)

para fines agrícolas y la construcción y/o reparación y/o mejoras de las instalaciones
for agricultural purposes and the construction and/or repair or improvement of the physical———

físicas en la finca(s) descrita(s).————————————————————————————————
installations on the described farm(s).————————————————————————————

**DECIMO CUARTO:** El prestatario ocupará personalmente y usará cualquier estruc-
FOURTEENTH: The borrower will personally occupy and use any structure——————————

tura que haya sido construída, mejorada o comprada con el importe del préstamo
constructed, improved or purchased with the proceeds of the loan————————————

aquí garantizado y no arrendará o usará para otros fines dicha estructura a menos
herein guaranteed and shall not lease or use for other purposes said structure unless———

que el Gobierno lo consienta por escrito. La violación de esta clausula como la
the Government so consents in writing. Violation of this clause as well as————————

violación de cualquiera otro convenio o cláusula aquí contenida ocasionará el
violation of any other agreement or clause herein contained will cause————————

vencimiento de la obligación como si todo el término hubiese transcurrido y en
the debt to become due as if the whole term had elapsed and the————————————

aptitud el Gobierno de declarar vencido o pagadero el préstamo y proceder a la
Government at its option may declare due and payable the loan and proceed to——————

ejecución de la hipoteca.————————————————————————————————
the foreclosure of the mortgage.———————————————————————————

**DECIMO QUINTO:** Esta hipoteca se extiende expresamente a toda construcción
FIFTEENTH: This mortgage expressly extends to all construction————————————

o edificación existente en la(s) finca(s) antes descrita(s) y a toda mejora, construc-
or building existing on the farm(s) hereinbefore described and all improvement,——————

ción o edificación que se construya en dicha finca(s) durante la vigencia del prés-
construction or building constructed on said farm(s) while the————————————

tamo hipotecario constituido a favor del Gobierno, verificada por los actuales
mortgage loan constituted in favor of the Government is in effect, made by the present—————

dueños deudores o por sus cesionarios o causahabientes.————————————————
owners or by their assignees or successors.——————————————————————

**DECIMO SEXTO:** El deudor hipotecario por la presente renuncia mancomunada
SIXTEENTH: The mortgagor by these presents hereby waives jointly and————————

y solidariamente por sí y a nombre de sus herederos causahabientes, sucesores o
severally for himself and on behalf of his heirs, assignees, successors or——————————

representantes a favor del acreedor (ADministración de Hogares de Agricultores),
representatives, in favor of mortgagee (Farmers Home Administration)————————————

cualquier derecho de Hogar Seguro (Homestead) que en el presente o en el futuro
any Homestead right (Homestead) that presently or in the future————————————

pudiera tener en la propiedad descrita en el párrafo undécimo y en los edificios
he may have in the property described in paragraph eleventh and in the buildings————————

allí enclavados o que en el futuro fueran construídos; renuncia esta permitida
thereon or which in the future may be constructed; this waiver being permitted——————————

a favor de la Administración de Hogares de Agricultores por la Ley Número trece
in favor of the Farmers Home Administration by Law Number Thirteen————————————

(13) del veintiocho (28) de mayo de mil novecientos sesenta y nueve (1969) (31
(13) of the twenty-eighth of May, nineteen hundred sixty-nine (1969) (31————————————

L.P.R.A. 1851)-——————————————————————————————————
L.P.R.A. 1851).———————————————————————————————

**DECIMO SEPTIMO:** El acreedor y el deudor hipotecario convienen en que cual
SEVENTEENTH: Mortgagee and mortgagor agree that any————————————————

quier estufa, horno, calentador comprado o financiado total o parcialmente con
stove, oven, water heater, purchased or financed completely or partially with——————————

fondos del préstamo aquí garantizado, se considerará e interpretará como parte
funds of the loan herein guaranteed, will be considered and understood to form part

de la propiedad gravada por esta Hipoteca.
of the property encumbered by this Mortgage.

DECIMO OCTAVO: El deudor hipotecario se compromete y se obliga a mudarse
EIGHTEENTH: The mortgagor agrees and obligates himself to move

y a ocupar la propiedad objeto de esta escritura dentro de los próximos sesenta
and occupy the property object of this deed within the following sixty

días a partir de la fecha de la inspección final; y en caso de circunstancias impre-
days from the date of final inspection, and in the event of unforeseen circumstances

vistas fuera del control del deudor hipotecario que le impidiera mudarse, éste lo
beyond his control which would impede him to do so, he will

notificará por escrito al Supervisor Local.
notify it in writing to the County Supervisor.

DECIMO NOVENO: Toda mejora, construcción o edificación que se construya
NINETEENTH: All improvement, construction or building constructed

en dicha finca durante la vigencia antes mencionada deberá ser construída previa-
on said farm(s) during the term hereinbefore referred to, must be made with the previous

autorización por escrito del acreedor hipotecario conforme a los reglamentos pre-
consent in writing of mortgagee in accordance with present regulations

sentes y aquellos futuros que se promulgaren de acuerdo a las leyes federales y
or future ones that may be promulgated pursuant to the federal and

locales no inconsistentes o incompatibles con las leyes actuales que gobiernan
local laws not inconsistent or incompatible with the present laws which govern

estos tipos de préstamos.
these types of loans.

VIGESIMO: Este instrumento garantiza asímismo el rescate o recuperación de
TWENTIETH: This instrument also secures the recapture of

cualquier crédito por intereses o subsidio que pueda otorgarse a los prestatarios
any interest credit or subsidy which may be granted to the borrower(s) by the

por el Gobierno de acuerdo con las disposiciones del Título Cuarentidos del Código
Government pursuant to Forty-Two

de Estados Unidos Sección Mil Cuatrocientos Noventa - a (42 U.S.C. 1490a)
U.S.C. Fourteen Ninety-a (42 U.S.C. 1490a)

16

Forma FmHA 1927-1(S) PR
(Rev. 6-93)

——————————ACEPTACION——————————
ACCEPTANCE

El (los) comparecientes ACEPTAN esta escritura en la forma redactada una vez
The appearing party (parties) ACCEPT(S) this deed in the manner drawn once——————————

yo, el Notario autorizante, le (les) hice las advertencias legales pertinentes.——————
I, the authorizing Notary, have made to him (them) the pertinent legal warnings.——————

Así lo dicen y otorgan ante mí, el Notario autorizante, el (los) compareciente(s)
So they say and execute before me, the authorizing Notary, the appearing party (parties)——————

sin requerir la presencia de testigos después de renunciar su derecho a ello del que
without demanding the presence of witnesses after waiving his (their) right to do so of which

le(s) advertí.——————————————————————
I advised him (them).——————————————————————

Después de ser leída esta escritura por el (los) compareciente(s), se ratifica(n)
After this deed was read by the appearing party(parties) he (they) ratify its——————————

en su contenido, pone(n) sus iniciales en cada uno de los folios de esta escritura
contents, place(s) his (their) initials on each of the folios of this deed——————————

incluyendo el último y la firma(n) todos ante mí, el Notario autorizante, que DOY
including the last one, and all sign before me, the authorizing Notary who GIVES——————

FE de todo el contenido de esta escritura.——————————————————
FAITH to everything contained in this deed.——————————————————

This form is available electronically.

Form Approved - OMB No. 0560-0237
(See Page 3 for Privacy Act and Public Burden Statements.)

| FSA-2026 | U.S. DEPARTMENT OF AGRICULTURE | Position 2 |
|---|---|---|
| (04-08-10) | Farm Service Agency | |

## PROMISSORY NOTE

| 1. Name<br>ARNALDO LUIS ORTIZ SUAREZ | 2. State<br>PUERTO RICO | 3. County<br>MAYAGUEZ |
|---|---|---|
| 4. Case Number<br>63-018-581155835 | 5. Fund Code<br>44 | 6. Loan Number<br>06 | 7. Date<br>05/07/2010 |

| 8. TYPE OF ASSISTANCE<br>106-OL-Reg(Ex Yth)-7YR-SDA | 9. ACTION REQUIRING PROMISSORY NOTE: |
|---|---|

9. ACTION REQUIRING PROMISSORY NOTE:

☒ Initial loan    ☐ Conservation easement    ☐ Deferred payments

☐ Consolidation    ☐ Rescheduling    ☐ Debt write down

☐ Subsequent loan    ☐ Reamortization

10. FOR VALUE RECEIVED, the undersigned borrower and any cosigners jointly and severally promise to pay to the order of the United States of America Department of Agriculture, acting through the Farm Service Agency (Government), or its assigns, at its office in *(a)*  MAYAGUEZ FSA FIELD OFFICE  or at such other place as the Government may later designate in writing, the principal sum of *(b)*  THIRTY THOUSAND --------------------
dollars *(c)* ($  30,000.00  , plus interest on
the unpaid principal balance at the RATE of *(d)* TWO POINT EIGHTH HUNDRED SEVENTY FIVE-----------------
percent *(e)*  2.875  %) per annum. If this note is for a Limited Resource loan (indicated in Item 8) the Government may
CHANGE THE RATE OF INTEREST in accordance with its regulations, by giving the borrower thirty (30) days prior written notice by mail to the borrower's last known address. The new interest rate shall not exceed the highest rate established in the Government's regulations for the type of loan indicated in Item 8.

11. Principal and interest shall be paid in *(a)* 8  installments as indicated below, except as modified by a different rate of interest on or before the following dates:

| (b) Installment amount | (c) Due Date | (b) Installment amount | (c) Due Date |
|---|---|---|---|
| $ 900.00 | 01/28/2011 | $ | |
| $ | | $ | |
| $ | | $ | |
| $ | | $ | |

and *(d)* $  5,440.00  thereafter on the *(e)* JANUARY 28TH  of each *(f)* YEAR  until the
principal and interest are fully paid except that the final installment of the entire indebtedness evidenced hereby, if not sooner paid, shall be due and payable *(g)*  7 (SEVEN)  years from the date of this note, and except that prepayments may be made as provided below. The consideration for this note shall also support any agreement modifying the foregoing schedule of payments.

12. If the total amount of the loan is not advanced at the time of loan closing, the loan funds shall be advanced to the borrower as requested by the borrower and approved by the Government. Approval by the Government will be given, provided the advance is requested for a purpose authorized by the Government. Interest shall accrue on the amount of each advance from the actual date disbursed.

*The U.S. Department of Agriculture (USDA) prohibits discrimination in all of its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, political beliefs, genetic information, reprisal, or because all or part of an individual's income is derived from any public assistance program. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD). To file a complaint of discrimination, write to USDA, Assistant Secretary for Civil Rights, Office of the Assistant Secretary for Civil Rights, 1400 Independence Avenue, S.W., Stop 9410, Washington, DC 20250-9410, or call toll-free at (866) 632-9992 (English) or (800) 877-8339 (TDD) or (866) 377-8642 (English Federal-relay) or (800) 845-6136 (Spanish Federal-relay). USDA is an equal opportunity provider and employer.*

Initial _A OS_    Date _5-7-2010_
MCPC.

FSA-2026 (04-08-10)                                                                                                                          Page 2 of 3

13. Any amount advanced or expended by the Government for the collection of this note or to preserve or protect any security for the loan or otherwise expended under the terms of any security agreement or other instrument executed in connection with the loan evidenced by this note, at the option of the Government shall become a part of and bear interest at the same rate as the principal of the debt evidenced by this note and be immediately due and payable by the Borrower to the Government without demand.

14. Every payment made on any indebtedness evidenced by this note shall be applied according to priorities set in 7 CFR Part 765, or any successor regulation.

15. Prepayment of scheduled installments, or any portion of these installments, may be made at any time at the option of the Borrower. Refunds and extra payments shall, after payment of interest, be applied to the last installments to become due under this note and shall not affect the obligation of the Borrower to pay the remaining installments as scheduled in this note.

16. Property constructed, improved, purchased, or refinanced in whole or in part with the loan evidenced by this note shall not be leased, assigned, sold, transferred, or encumbered, voluntarily or otherwise, without the written consent of the Government. Unless the Government consents otherwise in writing, the Borrower will operate such property as a farm.

17. If "Debt Write Down," "Consolidation," "Rescheduling," or "Reamortization" is indicated in Item 9, this note is given to consolidate, reschedule or reamortize, but not in satisfaction of, the unpaid principal and interest on the following described notes or assumption agreements under new terms:

| (a)<br>FUND CODE<br>LOAN NO | (b)<br>FACE AMOUNT | (c)<br>INTEREST RATE | (d)<br>DATE<br>(MM-DD-YYYY) | (e)<br>ORIGINAL BORROWER | (f)<br>LAST INSTALL<br>DUE<br>(MM-DD-YYYY) |
|---|---|---|---|---|---|
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |
| | $ | % | | | |

18. Security instruments taken in connection with the loans evidenced by these described notes and other related obligations are not affected by this consolidation, write down, rescheduling, or reamortization. These security instruments shall continue to remain in effect and the security given for the loans evidenced by the described notes shall continue to remain as security for the loan evidenced by this note, and for any other related obligations.

19. If at any time it shall appear to the Government that the Borrower may be able to obtain financing from a responsible cooperative or private credit source at reasonable rates and terms for loans for similar purposes and period of time, the Borrower will, at the Government's request, apply for and accept a loan in sufficient amount to pay this note in full and, if the lender is a cooperative, to pay for any necessary stock. The provisions of this paragraph do not apply if the loan represented by this promissory note was made to the Borrower as a nonprogram loan.



Initial _A BS_      Date _5-7-2010_

FSA-2026 (04-08-10)                                                                                              Page 3 of 3

20. The Borrower recognizes that the loan described in this note will be in default should any loan proceeds be used for a purpose that will contribute to excessive erosion of highly erodible land or to the conversion of wetlands to produce an agricultural commodity as provided in 7 CFR Part 1940, subpart G, Exhibit M, or any successor regulation.

21. Failure to pay when due any debt evidenced by this note or perform any covenant or agreement under this note shall constitute DEFAULT under this and any other instrument evidencing a debt of the Borrower owing to the Government or securing or otherwise relating to such debt; and default under any such other instrument shall constitute default under this note. Upon such default, the Government at its option may declare all or any part of any such indebtedness immediately due and payable.

22. This note is given as evidence of a loan to the Borrower made by the Government pursuant to the Consolidated Farm and Rural Development Act and for the type of loan as indicated in Item 8. This note shall be subject to the present regulations of the Government and to its future regulations not inconsistent with the express provisions of this note.

23. Presentment, protest, and notice are waived.

ARNALDO LUIS ORTIZ SUAREZ AND MARIA CELESTE PACHECO COLON

NOTE | The following statement is made in accordance with the Privacy Act of 1974 (5 U.S.C. 552a - as amended). The authority for requesting the information identified on this form is the Consolidated Farm and Rural Development Act, as amended (7 U.S.C. 1921 et. seq.). The information will be used to determine eligibility and feasibility for loans and loan guarantees, and servicing of loans and loan guarantees. The information collected on this form may be disclosed to other Federal, State, and local government agencies, Tribal agencies, and nongovernmental entities that have been authorized access to the information by statute or regulation and/or as described in the applicable Routine Uses identified in the System of Records Notice for USDA/FSA-14, Applicant/Borrower. Providing the requested information is voluntary. However, failure to furnish the requested information may result in a denial for loans and loan guarantees, and servicing of loans and loan guarantees. The provisions of criminal and civil fraud, privacy, and other statutes may be applicable to the information provided

According to the Paperwork Reduction Act of 1995, an agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0560-0237. The time required to complete this information collection is estimated to average 20 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. RETURN THIS COMPLETED FORM TO YOUR COUNTY FSA OFFICE.

-----DEED NUMBER SEVENTY FIVE (75)--------------------------
-----ESCRITURA NÚMERO SETENTICINCO (75)----------------------

---------------------VOLUNTARY MORTGAGE---------------------
-------------------HIPOTECA VOLUNTARIA----------------------

In Mayaguez, Puerto Rico, May seven (7), two thousand ten (2010),---
En Mayaguez, Puerto Rico, a siete (7) de mayo del dos mil diez (2010). ------

----------------------BEFORE ME----------------------------
----------------------ANTE MI------------------------------

SUSAN BÁEZ DIXON, Attorney and Notary Public for the Island of Puerto Rico, ----------
SU SAN BÁEZ DIXON, Abogado y Notario Público de la Isla de Puerto Rico. --------------

with residence in Mayaguez and office in Mayaguez, Puerto Rico, ---
con residencia en Mayaguez y oficina en Mayaguez, Puerto Rico, ------

----------------------APPEAR-------------------------------
----------------------COMPARECEN---------------------------

The persons named in paragraph SEVENTH of this mortgage----------
Las personas nombradas en los párrafo SEPTIMO de esta hipoteca denominados-------

hereinafter called the "mortgagor" and whose personal circumstances----
de aquí en adelante el "deudor hipotecario" y cuyas circunstancias personales------

appear from said paragraph-----------------------------------
aparecen de dicho párrafo,-----------------------------------

I, the Notary, attest to the personal knowledge of the appearing parties, as well as to their ----
Doy fe del conocimiento personal de los comparecientes, así como por sus ----

statements which I believe to be true of their age, civil status, profession and residence,----
dichos de su edad, estado civil, profesión y vecindad,--------

They assure me that they are in full enjoyment of their civil rights, and the free ----
Aseguran hallarse el pleno goce de sus derechos civiles, la libre ----

administration of their property, and they have, in my judgment, the necessary----
administración de sus bienes y teniendo a mi juicio la capacidad legal necesaria----

legal capacity to grant this voluntary mortgage,--------------
para este otorgar esta hipoteca voluntaria,------------------

----------------------WITNESSETH---------------------------
----------------------EXPONEN------------------------------

**FIRST:** That the mortgagor is the owner of the farm or farms described in----
**PRIMERO:** El deudor hipotecario es dueño de la finca o fincas descritas en el ----

paragraph SIXTH of this mortgage, and of all rights and interest in the same----
párrafo SEXTO así como de todos los derechos e intereses en las mismas------

hereinafter referred to as "the property"--------------------
denominada de aquí en adelante "los bienes"------------------

**SECOND:** That the property mortgaged herein is subject to the liens----
**SEGUNDO:** Que los bienes aquí hipotecados están afectos a los gravámenes ----

specified in paragraph SIXTH herein--------------------------
que se especifican en el párrafo SEXTO.----------------------

**THIRD:** That the mortgagor has become obligated to the United States----
**TERCERO:** Que el deudor hipotecario viene obligado para con los Estados Unidos ----

of America, acting through the Farm Service Agency,----------
de América, actuando por conducto de la Agencia de Servicio Agrícola,------

hereinafter called the "mortgagee" in connection with--------
denominado de aquí en adelante el "acreedor hipotecario", en relación con------

a loan or loans evidenced by one or more promissory note(s) or assumption agreement(s)----
un préstamo o préstamos evidenciado por uno o más pagarés o convenio de subrogación,------

hereinafter called "the note" whether one or more,-----------
denominado en adelante el "pagaré" sean uno o más ------------



FOURTH: The mortgagors are: Arnaldo Luis Ortiz Suarez and Maria Celeste ----------
CUARTO: Los deudores hipotecarios son  Arnaldo Luis Ortiz Suarez and Maria Celeste -----

Pacheco Colon ("Borrowers"), ----------
Pacheco Colón ("Deudores"). ----------

This Security Instrument is given to the United States of America acting through the----------
El deudor hipotecario otorga este Instrumento de Garantia a los Estados Unidos de----------

Farm Service Agency or successor agency, United States Department of Agriculture ("Lender")----
America por medio de Agencia de Servicio Agricola o su agencia sucesora, el Departamento de----

whose address is Farm Service Agency, c/o Centralized Servicing Center, United States ----------
Agricultura (Acreedor), cuya dirección es c/o Centralized Service Center, United States ----------

Department of Agriculture, P.O. Box 66889, St. Louis, Missouri 63166.----------
Department of Agriculture, P.O. Box 66889, St. Louis, Missouri 63166.----------

Borrower is indebted to Lender under the following promissory notes and/or assumption----------
El Deudor le adeuda al Acreedor el siguiente pagaré y/o deuda asumida, en adelante----------

agreements (herein collectively called "Note") which have been executed or assumed by----------
denominados como El Pagare, el cual ha sido otorgado o asumido por el Deudor y para el cual se----

borrower and which provide for monthly payments, with the full debt, if not paid earlier, due and----
han establecido pagos mensuales, los cuales tienen fecha de vencimiento para la deuda completa----

payable on the maturity date.----------
si no se paga con antelación.----------

FIFTH: That the note(s) referred to in paragraph THIRD----------
QUINTO: Que el (los) pagaré(s) a que se hace referencia en el parrafo TERCERO----------

of this mortgage is(are) described as follows:----------
de esta hipoteca es (son) descrito(s) como sigue:----------

"Promissory Note" executed in case number 63-018-581155835----------
"Pagaré" otorgado en el caso número 63-018-581155835----------

dated May seven (7) two thousand ten (2010) in the amount of ----------
fechado siete (7) de mayo del dos mil diez (2010) por la suma de ----------

THIRTY THOUSAND DOLLARS ($30,000.00) of principal plus interest ----------
TREINTA MIL DÓLARES ($30,000.00) de principal más intereses ----------

plus interest over the unpaid balance at the rate of ----------
sobre el balance del principal adeudado a razon de ----------

TWO POINT EIGHT SEVEN FIVE (2.875%) PERCENT PER ANNUM ----------
DOS PUNTO OCHO SIETE CINCO (2.875%) PORCIENTO ANUAL----------

until the principal is totally paid according to the terms, installments----------
hasta tanto su principal sea totalmente satisfecho según los términos.----------

conditions and stipulation contained in the promissory note and as agreed----------
plazos, condiciones y estipulaciones contenida en dicho pagaré y segun acordados y convenidos----

between the borrower and the Government, except that the final installment of the----------
entre el Prestatario y el Gobierno; excepto el pago final del total de la deuda agui----------

entire debt herein evidenced, if not sooner paid, will be due----------
representada, de no haber sido satisfecho con anterioridad, vencerá y será pagadero----------

and payable in SEVEN (7) YEARS from the date of this promissory note ----------
a los SEVEN (7) AÑOS de la fecha de este pagaré.----------

Said promissory note is given as evidence of a loan made by the----------
Dicha pagaré na sido otorgado como evidencia de un préstamo concedido por el----------

Government to the borrower pursuant to the law of the Congress of the United----------
Gobierno al Prestatario de conformidad con la Ley del Congreso de los Estados----------

States of America known as "Consolidated Farm and Rural Development Act----------
Unidos de America denominada "Consolidated Farm and Rural Development Act----------

Of 1961" or pursuant to "Title V of the Housing Act of 1949, as----------
De 1961" o de conformidad con el "Title V of the Housing Act of 1949", según----------

amended, and is subject to the present regulations of the Rural----------
han sido enmendadas y esta sujeto a los presentes reglamentos de Desarrollo----------

Development and to its future regulations not inconsistent with the----------
Rural y a los futuros reglamentos no inconsistentes con dicha----------



express provisions thereof. Of which description, the authorizing Notary, GIVE FAITH.------------
Ley.  De cuya descripción, yo, el Notario Autorizante, DOY FE.------------------------------

This Security Instrument secures to Lender: (a) the repayment of the debt evidenced by the------------
Este Instrumento de Garantía le garantiza al Acreedor: (a) el pago de la deuda ------------------

Note: (b) the payment of all other sums, with interest, advanced under paragraph NINTH-7 [o------
representada en el Pagaré; (b) el pago de cualquier otra suma, con los intereses dispuestos por el--

protect the property covered by this Security Instrument, (c) the performance of Borrower's---------
párrafo NOVENO-7 para proteger la Propiedad gravada por este Instrumento de Garantía; (c) el---

covenants and agreements under this Security Instrument and the Note, and (d) the recapture---------
cumplimiento de las obligaciones y acuerdos del Deudor bajo este Instrumento de Garantía y del---

of any payment assistance and subsidy which may be granted to the Borrower by the Lender---------
Pagaré y (d) el recobro de cualquier ayuda y subsidio que pueda otorgarse al Deudor por parte de --

pursuant to 42 U.S.C. §§1472 (g) or 1490a. For this purpose, Borrower irrevocably grants and------
el Acreedor, conforme a las disposiciones de 42 U.S.C. §§ 1472 (g) o 1490a. Con tal propósito,----

conveys to Lender the Real Estate property described in paragraph SIXTH-----------------------
el Deudor cede a favor del Acreedor la propiedad inmueble descrita en el párrafo SEXTO-----------

together with all the improvements now or hereafter erected on the property, and-----------------
con sus presente y futuras mejoras y todas sus servidumbres, anejos y accesorios que---------------

all easements, appurtenances, and fixtures which now or hereafter are part of the property  All------
ahora o de aquí en adelante formen parte de la Propiedad  Todos los cambios y añadiduras----------

replacements and additions shall also be covered by this Security Instrument --------------------
estarán sujetos por este Instrumento de Garantía.---------------------------------------------

All the foregoing is referred to in this Security Instrument as the "Property" ---------------------
Todo lo anterior se denomina en este Instrumento de Garantía como la "Propiedad" --------------

BORROWER COVENANTS that Borrower is lawfully seized of the estate hereby -----------------
EL DEUDOR MANIFIESTA que tiene posesión legal de la propiedad que en este acto se----------

conveyed and has the right to grant and convey the Property and that the Property is----------------
traspasa y que tiene el poder legal de otorgar y traspasar la propiedad, la cual está libre de--------

unencumbered, except for encumbrances of record, Borrower warrants and will defend generally----
gravámenes, con la excepción de gravámenes que surgen del Registro de la Propiedad. El----------

the title to the Property against all claims and demands, subject to any encumbrances of record -----
Deudor se obliga a defender el título de la Propiedad contra toda reclamación o demanda sujeta---

----------------------------------------------------------------------------------
a cualquier gravamen registral.--------------------------------------------------------

SIXTH:  That the properties object of this deed and over which-----------------------------------
SEXTO: Que las propiedades objeto de la presente escritura y sobre las que se-------------------

Voluntary mortgage is constituted, are described as follows:-----------------------------------
constituye Hipoteca Voluntaria, se describen como sigue:---------------------------------------

---RUSTIC:  Parcel of land located in the Indiera Baja of Maricao, with an area of --------------
---RUSTICA:  Porción de terreno sita en el Barrio Indiera Baja de Maricao, con una --------------

FORTYONE ONE POINT FIFTY TWO (41.52) "CUERDAS",--------------------------------
cabida de CUARENTIUNA PUNTO CINCUENTIDOS (41.52) CUERDAS, -----------------------

equivalent to sixteen (16) hecatareas and thirty two (32) arens.  It borders to the North, ----------
equivalentes a dieciseis (16) hectáreas y treintidos (32) áreas.  En lindes por el Norte, ------------

with Francisco Frontera, separated in part by a creek today belonging to Juan Rodriguez;---------
con Francisco Frontera, separados en parte por una quebrada hoy de Juan Rodriguez; ------------

to the South, with lands of Silvestre Bartolomey, separated by a community road and lands ------
el Sur, con terrenos de Silvestre Bartolomey, separados por un camino vecinal y terrenos -----

of Jose Aymat; to the East, with lands of the Estate of Tomas Martinez, today of --------------
de José Aymat; por el Este, con terrenos de la Sucesión de Tomás Martínez, hoy de ----------

Federico Aymat; and to the West, with lands of Francisco Fronteras (sic).  It has two ---------
Federico Aymat; y por el Oeste, con terrenos de Francisco Fronteras (sic).  Contiene dos -----

houses of wood and zinc, used for a school. ---------------------------------------------
casas de madera y zinc, dedicadas a escuela. -------------------------------------------



Recorded on page one hundred (100), book one hundred fourteen (114) of Maricao. -----
Inscrita al folio ciento (100) del tomo ciento catorce (114) de Maricao. -----

estate number seven hundred six (706). -----
finca número setecientos seis (706). -----

---Said property has the following encumbrances and liens. -----
---Dicha propiedad se halla afecta a las siguientes cargas y gravámenes -----

---MORTGAGE owed the United States of America acting through the Farmers' Home -----
---HIPOTECA a favor de los Estados Unidos de América actuando por conducto de la -----

Administration in the amount of EIGHTY FOUR THOUSAND SEVEN HUNDRED -----
Administración de Hogares de Agricultura por la suma de OCHENTA CUATRO MIL -----

DOLLARS ($84,700.00) as per deed number twenty six (26) before notary public -----
SETECIENTOS DÓLARES ($84,700.00) según la escritura número veintiséis (26) ante el notario -----

Enrique Alcaraz Casablanca of May fourteen (14) of nineteen ninety three (1993) -----
Enrique Alcaraz Casablanca de catorce (14) de mayo de mil novecientos noventitres (1993) -----

---MORTGAGE owed the United States of America acting through the Farmers' Home -----
---HIPOTECA a favor de los Estados Unidos de América actuando por conducto de la -----

Administration in the amount of SEVENTEEN THOUSAND ONE HUNDRED NINETY -----
Administración de Hogares de Agricultores por la suma de DIECISIETE MIL CIENTO NOVENTA -----

DOLLARS ($17,190.00) as per deed number sixty one (61) before notary public -----
DÓLARES ($17,190.00) según la escritura número sesentiuno (61) ante el notario -----

Franklin Rodríguez Mangual of July twenty two (22) of nineteen ninety nine (1999). -----
Franklin Rodríguez Mangual de veintidos (22) de julio de mil novecientos nueve (1999). -----

*Both mortgages have been modified as per deed number sixteen (16) of January twenty nine (29),*
*ambas hipotecas han sido modificadas mediante la escritura número dieciséis (16) de veintinueve (29).*

*two a thousand ten (2010) before notary public Susan Báez Dixon.* -----
*de enero del dos mil diez (2010) ante la notario público Susan Báez Dixon.* -----

---CROP MORTGAGE owed the United States of America acting through the Farmers' Home -----
---REFACCIÓN AGRÍCOLA a favor de los Estados Unidos de América actuando por conducto de la -----

Administration in the amount of SEVENTEEN THOUSAND ONE HUNDRED NINETY -----
Administración de Hogares de Agricultores por la suma de DIECISIETE MIL CIENTO NOVENTA -----

DOLLARS ($17,190.00) as per deed number sixty one (61) before notary public -----
DÓLARES ($17,190.00) según la escritura número sesentiuno (61) ante el notario -----

Franklin Rodríguez Mangual of July twenty two (22) of nineteen ninety nine (1999). -----
Franklin Rodríguez Mangual de veintidos (22) de julio de mil novecientos nueve (1999) -----

**SEVENTH:** The party appearing in the present deed as Mortgagors are: Arnaldo Luis -----
**SÉPTIMO:** Comparecen en la presente escritura como Deudores Hipotecarios: Arnaldo Luis----

**Ortiz Suárez and his wife María Celeste Pacheco Colón,** of legal age, proprietors and residents-
**Ortiz Suárez y esposa María Celeste Pacheco Colón,** mayores de edad, propietarios y residentes

of Maricao, Puerto Rico, whom I have identified by means of their respective valid driver's -----
de Maricao, Puerto Rico, a quienes he identificado por medio de sus respectivas licencias de -----

licenses, issued by the Commonwealth of Puerto Rico. -----
conducir válidas expedidas por el Estado Libre Asociado de Puerto Rico. -----

Whose postal address is:  **P.O. Box 466, Maricao, PR  00606** -----
Cuya dirección postal es:  **P.O. Box 466, Maricao, PR  00606.** -----

**EIGHTH:** THIS SECURITY INSTRUMENT combines uniform covenants for national use and --
**OCTAVO:** ESTE INSTRUMENTO DE GARANTÍA combina los convenios uniformes para --

non-uniform covenants with limited variations by jurisdiction to constitute a uniform security -----
uso nacional y los no uniformes con variaciones limitadas por jurisdicción para constituir un----

instrument covering real property -----
Instrumento de Garantía uniforme sobre la propiedad inmueble -----

**NINTH:** UNIFORM COVENANTS. Borrower and Lender covenant and agree as follows:-----
**NOVENO:** ACUERDOS UNIFORMES. El Deudor y el Acreedor se obligan y mutuamente ----

acuerdan lo siguiente: -----

ONE (1) Payment of Principal and Interest; Payment and Late Charges. -----
UNO (1) Pago de Principal e Interés; Pago y Cargos por Demoras. -----



Borrower shall promptly pay when due the principal of and interest on the debt evidenced by
El Deudor pagará prontamente a su vencimiento el principal y el interés de la deuda representada

the Note and any prepayment and late charges due under the Note.
por el Pagaré y cualquier prepago y cargos por demoras adeudados bajo el Pagaré.

TWO (2) Funds for Taxes and Insurance. Subject to applicable law or to a written waiver
DOS (2) Fondos para Impuestos y Seguros. Sujeta a la ley aplicable o a un relevo escrito

by Lender, Borrower shall pay to Lender on the day monthly payments are due under the Note
del Acreedor, el Deudor pagará al Acreedor en el día del vencimiento de cada pago mensual bajo

until the Note is paid in full, a sum ("Funds") for: (a) yearly taxes and assessments which may
el Pagaré, hasta su completo pago, una suma (Fondos) para; (a) impuestos anuales y tasaciones

attain priority over this Security Instrument as a lien on the Property; (b) yearly leasehold
territoriales con prioridad sobre este Instrumento de Garantía como gravamen a la Propiedad;

payments or ground rents on the Property, if any; (c) yearly hazard or property insurance
(b)arrendamientos anuales si algunos; c) primas anuales por daños a la Propiedad y (d) primas

premiums, and (d) yearly flood insurance premiums, if any. These items are called "Escrow
anuales por seguros de inundación, si alguno. Estas partidas se denominan Partidas de Plica. El

Items". Lender may, at any time, collect and hold Funds in an amount not to exceed the
Acreedor podrá, en cualquier momento, cobrar y retener fondos que no excedan aquella

maximum amount a lender for a federally related mortgage loan may require for Borrower's
cantidad máxima que pueda requerir un acreedor para un préstamo hipotecario federal para la

escrow account under the federal Real Estate Settlement Procedures Act of 1974 as amended
cuenta plica del Deudor bajo la Ley de procedimientos para transacciones de Bienes Raíces del

from time to time,12 U.S.C. § 2601 et seq. ("RESPA"), unless another law or federal regulation
1974 (Real Estate Settlement Procedures Act of 1974) según enmendada periódicamente, 12

that applies to the Funds sets a lesser amount. If so, Lender may at any time, collect and hold
12 U.S.C. § 2601 et seq. (RESPA), salvo que otra ley o reglamento federal aplicable establezca

Funds in an amount not to exceed the lesser amount. Lender may estimate the amount of Funds
un límite menor. En ese caso. el Acreedor podrá en cualquier momento, cobrar y retener los

due on the basis of current data and reasonable estimates of expenditures of future Escrow Items
depósitos por una cantidad que no exceda la cantidad menor. El Acreedor puede estimar la

or otherwise in accordance with applicable law.
cantidad de dineros vencidas a base de información actual y los estimados de gastos razonables

por concepto de futuras Partidas de Plica o de otra forma conforme a la ley aplicable

The Funds shall be held by a federal agency (including Lender) or in an institution
Los fondos se depositarán en una agencia federal (incluyendo al Acreedor) o en una

whose deposits are insured by a federal agency, instrumentality, or entity. Lender shall apply
institución cuyos depósitos estén asegurados por una agencia federal, instrumentalidad o entidad.

the Funds to pay the Escrow Items. Lender may not charge Borrower for holding and applying
El Acreedor utilizará los fondos para cubrir el pago de las Partidas de Plica. El Acreedor no

the Funds, annually analyzing the escrow account, or verifying the Escrow Items, unless Lender
podrá cobrarle al Deudor por depositar y utilizar los fondos por analizar anualmente la cuenta

pays Borrower interest on the Funds and applicable law permits Lender to make such a charge
plica o por verificar la partida de plica, salva que el Acreedor le pague intereses al Deudor sobre

however, Lender may require Borrower to pay a one-time charge for an independent real estate
los fondos y que esté autorizada por la ley a tal pago. No obstante, el Acreedor podrá requerirle

tax reporting service used by Lender in connection with this loan, unless applicable law
al Deudor que pague en una sola ocasión, un cargo por servicio independiente de informe

provides otherwise. Unless an agreement is made or applicable law requires interest to be paid
contributivo sobre bienes raíces utilizados por el Acreedor relacionado a este préstamo salvo que

Lender shall not be required to pay Borrower any interest or earnings on the Funds.
la ley aplicable indique lo contrario. Salvo que pacto en contrario o que la ley aplicable requiera

Borrower and Lender may agree in writing, however, that interest shall be paid on the Funds.
que se paguen intereses, el Acreedor no tendrá que pagarle al Deudor intereses o ganancias sobre

Lender shall give to Borrower, without charge, an annual accounting of the Funds, showing
los fondos. El Deudor y el Acreedor podrán acordar por escrito, sin embargo, que se pagarán



credits and debits to the Funds and the purpose for which each debit to the Funds was made.------
intereses por los fondos, El Acreedor le entregará al Deudor, sin cargo alguno, una contabilidad---

The Funds are pledged as additional security for all sums secured by this Security Instrument.------
anual de los Fondos, mostrando los creditos y débitos de los Fondos y el propósito de cada---------

débito. El Deudor pignora o da en prenda los Fondos como garantía adicional para todas las---------

cantidades garantizadas en este Instrumento de Garantía.----------

If the Funds held by Lender exceed the amounts permitted to be held by applicable law,-------------
Si los Fondos retenidos por el Acreedor exceden las cantidades autorizadas por ley.----------------

Lender shall account to Borrower for the excess funds in accordance with the requirements----------
el Acreedor responderá ante el Deudor por la cantidad en exceso conforme a las disposiciones-----

of applicable law. If the amount of the Funds held by Lender at any time is not sufficient to pay----
de ley aplicables. Si en cualquier momento, la cantidad de los fondos retenidos por el Acreedor----

the Escrow Items when due. Lender may so notify Borrower in writing, and, in such case,-----------
no son suficientes para cubrir las Partidas en Plica, a su vencimiento, el Acreedor le notificara -----

Borrower shall pay to Lender the amount necessary to make up the deficiency.--------------------
por escrito al Deudor, y en cuyo caso, el Deudor pagará al Acreedor la cantidad necesaria para ---

cubrir la deficiencia.-----------

Borrower shall make up the deficiency in no more than twelve monthly payments, at Lender's------
El Deudor subsanará la deficiencia en no más de doce plazas mensuales, únicamente a opción-----

sole discretion.----------
del Acreedor.-----

Upon payment in full of all sums secured by this Security Instrument, Lender shall----------------
Al completo pago de las cantidades garantizadas en este Instrumento de Garantía, el--------------

promptly refund to Borrower any Funds held by Lender. If Lender shall acquire or sell the---------
Acreedor reembolsará prontamente al Deudor, cualquier Fondo retenido por el Acreedor. En el-----

Property after acceleration under paragraph NINTH- 22. Lender, prior to the acquisition or sale----
evento de que el Acreedor adquiera o venda la Propiedad luego de la aceleración dispuesta en el---

of the Property, shall apply any Funds held by Lender at the time of acquisition or sale as credit----
párrafo NOVENO- 22, el Acreedor, previa la adquisición o venta de la Propiedad, utilizará---------

against the sums secured by this Security Instrument.------------
cualquier Deposito retenido por el Acreedor al momento de la adquisición o venta, como crédito --

------------
contra las cantidades garantizadas en este Instrumento de Garantía ----------

THREE (3) Application of payments. Unless applicable law or Lender's regulations----------------
TRES (3) Aplicación de Pagos. Salvo que la ley aplicable o las reglamentaciones del Acreedor---

provide otherwise, all payments received by Lender under paragraph NINTH-1 and 2 shall be------
indiquen otra cosa, todos los pagos recibidos por el Acreedor bajo el párrafo NOVENO-1 y 2 se--

applied in the following order of priority: (1) to advances for the preservation or protection of----
aplicarán en el siguiente orden de prioridad: (1) adelantos para la preservación o protección de la--

the Property of enforcement of this lien; (2) to accrued interest due under the Note; (3) to---------
Propiedad sujeta a gravamen; (2) para intereses acumulados vencidos bajo el Pagaré; (3) para el---

principal due under the Note; (4) to amounts required for the escrow items under paragraph-------
principal adeudado bajo el Pagaré; (4) para las cantidades requeridas bajo Plica bajo el párrafo----

NINTH-2; (5) to late charges and other fees and charges.-------------
NOVENO-2; (5) para los cargos por demoras y otros cargos y estipendios.-----------

FOUR (4) Charges; Liens. Borrower shall pay all taxes, assessments, charges, fines, and----------
CUATRO (4) Cargos; Gravámenes, El Deudor pagará todos los impuestos, gravámenes, cargos,---

impositions attributable to the Property which may attain priority over this Security---------------
multas e imposiciones atribuibles a la Propiedad que puedan advenir prioritarias sobre este-------

Instrument, and leasehold payments or ground rents, if any. Borrower shall pay these--------------
Instrumento de Garantía y arrendamientos si alguno, El Deudor pagará estas obligaciones en la---

obligations in the manner provided in paragraph NINTH-2, or if not paid in that manner,------------
forma dispuesta por el párrafo NOVENO-2, o de lo contrario, el Deudor las pagará a su------------



Borrower shall pay them on time directly to the person owed payment. Borrower shall promptly
vencimiento a la persona a quien se le deba. El Deudor notificará puntualmente al Acreedor de-----

furnish to Lender all notices to be paid under this paragraph. If Borrower makes these payments ---
todas las cantidades a pagarse bajo este párrafo. Si el Deudor hace estos pagos directamente, ---

directly, Borrower shall promptly furnish to Lender receipts evidencing the payments.------------
Acreedor le expida puntualmente al Deudor los correspondientes recibos.-------------------

Borrower shall promptly discharge any lien which has priority over this Security--------------
El Deudor cancelará puntualmente cualquier gravamen que tenga prioridad sobre este----------

Instrument unless Lender has agreed in writing to such lien or Borrower; -------------------
Instrumento de Garantía, salvo que el Acreedor haya consentido por escrito a tal gravamen; o el----

(a) agrees in writing to the payment of the obligation secured by the lien in a manner-------------
Deudor (a) consienta por escrito pagar la obligación garantizada por este gravamen en forma------

acceptable to Lender; (b) contests in good faith the lien by, or defends against enforcement of------
aceptable al Acreedor; (b) de buena fe proteste el gravamen o se defienda contra la imposición-----

the lien in, legal proceedings which in the Lender's opinion operate to prevent the enforcement-----
del gravamen en procesos legales que en la opinión del Acreedor, actúan para impedir la---------

of the lien; or (c) secures from the holder of the lien an agreement satisfactory to Lender----------
imposición del gravamen; o c) obtenga un acuerdo con el tenedor del gravamen, a satisfacción----

subordinating the lien in this Security Instrument. If Lender determines that any part--------------
del Acreedor para subordinar el gravamen a este Instrumento de Garantía. Si el Acreedor----------

of the Property is subject to a lien which may attain priority over this Security-----------------
determina que cualquier parte de la Propiedad está sujeta a un gravamen que advenga prioritaria---

Instrument, Lender may give Borrower a notice identifying the lien.-----------------------
a este Instrumento de Garantía, el Acreedor podrá notificar al Deudor a los efectos de identificar---

Borrower shall satisfy the lien or take one or more of the actions set forth above---------------
el gravamen. El Deudor cancelará el gravamen o procederá a tomar una o más de las acciones-------

within ten (10) days of the giving of the notice.-------------------------------------
previamente dispuestos dentro del plazo de diez (10) días luego de la notificación ------------

Borrower shall pay to Lender such fees and other charges as may now or-------------------
El Deudor pagará al Acreedor aquellos estipendios que ahora o en el futuro sean-------------

hereafter be required by regulations of Lender, and pay or reimburse Lender for all Lender's--------
requeridos por la reglamentación del Acreedor y le pagará o reembolsará al Acreedor todos los------

fees, costs, and expenses in connection with any full or partial release or subordination of--------
costos, honorarios y gastos relacionados con cualquier relevo total o parcial o la subordinación-----

this instrument or any other transaction affecting the property.-----------------------
de esta garantía o cualquier otra transacción que afecte esta Propiedad.----------------

FIVE (5) Hazard or Property Insurance. Borrower shall keep the improvements now--------------
CINCO (5) Seguro sobre la Propiedad o Daños. El Deudor mantendrá las mejoras existentes o------

existing or hereafter erected on the Property insured against loss by fire, hazards include----------
las que sean construidas en la Propiedad en el futuro, aseguradas contra pérdidas ocasionadas------

within the term "extended coverage" and any other hazards, including floods or flooding---------
por fuegos, daños incluidos dentro del término extendido de cubierta y otros daños, incluyendo----

for which Lender requires insurance. This insurance shall be maintained in the amounts and for------
inundaciones, para los cuales el Acreedor requiera seguro. Este seguro deberá mantenerse en -----

periods that Lender requires. The insurer providing the insurance shall be chosen by Borrower-----
vigor con las mismas especificaciones, límites y cubiertas requeridos por el Acreedor. El Deudor---

subject to Lender's approval which shall not be unreasonably withheld. If Borrower fails to--------
escogerá el asegurador sujeto al consentimiento del Acreedor, cuya aprobación no será denegada---

maintain coverage described above, at Lender's option Lender may obtain coverage to protect------
irrazonablemente. Si el Deudor incumpliera en mantener vigente la cubierta descrita ----------

Lender's rights in the Property pursuant to paragraph NINTH-7.------------------------
anteriormente, el Acreedor puede procurarse la cubierta para proteger los derechos del Acreedor----

---------------------------------------------------------------------
sobre la Propiedad, en conformidad con lo dispuesto en el párrafo NOVENO-7 ------------------

All insurance policies and renewals shall be in a form acceptable to Lender and shall------------
El Acreedor entregará todas las pólizas de seguros y sus renovaciones e incluirá una----------



include a standard mortgage clause. Lender shall have the right to hold the policies and
cláusula convencional de hipoteca. El Acreedor tendrá derecho a poseer las pólizas y sus

renewals. If Lender requires, Borrower shall promptly give to Lender all receipts of paid
renovaciones. A requerimiento del Acreedor, el Deudor puntualmente le entregará todos los

premiums and renewal notices. In the event of loss, Borrower shall give prompt notice
recibos de pagos de primas, así como las notificaciones de renovaciones. En el evento de una

to the insurance carrier and Lender. Lender may make proof of loss if not made promptly by
pérdida, el Deudor le notificará prontamente al asegurado y al Acreedor. El Acreedor podrá

Borrower.
hacer reclamación de pérdida si el Deudor no actúa diligentemente.

Unless Lender and Borrower otherwise agree in writing, insurance proceeds shall be
Salvo pacto por escrito en contrario entre el Acreedor y el Deudor, los productos de la

applied to restoration or repair of the Property damaged, if the restoration or repair is
póliza podrán ser aplicados para restaurar o reparar los daños a la Propiedad, si la restauración o

economically feasible or Lender's security is not lessened. If the restoration or repair is not
reparación es viable económicamente y no se afecta la garantía del Acreedor. Si la restauración o

economically feasible or Lender's security would be lessened, the insurance proceeds shall be
reparación no es económicamente viable, o si se afecta la garantía del Acreedor, el producto de

applied to the sums secured by this Security Instrument, whether or not then due,
la póliza será aplicado al pago de las sumas garantizadas por este Instrumento de Garantía

with any excess paid to Borrower. If Borrower abandons the Property, or does not answer
aunque estén vencidas o no, y cualquier sobrante será pagadero al Deudor. Si el

within thirty (30) days a notice from Lender that the insurance carrier has offered to settle
Deudor abandona la Propiedad, o no contesta dentro del término de treinta (30) días la

a claim, then Lender may collect the insurance proceeds.
notificación del Acreedor sobre una oferta de transacción presentada por el asegurador, el

Acreedor podrá cobrar el producto de la póliza.

Lender may use the proceeds to repair or restore the Property or to pay sums secured
El Acreedor podrá utilizar el producto de la póliza para restaurar o reparar la Propiedad o para

by this Security Instrument, whether or not then due. The thirty (30) day period will begin
pagar las sumas garantizadas por este Instrumento de Garantía estén o no vencidas estas sumas.

when the notice is given.
El período de treinta días comenzará cuando se entregue la notificación.

Unless Lender and Borrower otherwise agree in writing, any application of the proceeds
Salvo pacto por escrito en contrario entre el Acreedor y el Deudor, cualquier aplicación

to principal shall not extend or postpone the due date of the monthly payments referred to
del producto al principal, no tendrá el efecto de extender ni posponer la fecha de vencimiento, ni

in paragraph NINTH-1 and 2 or change the amount of the payments. If after acceleration the
la cantidad de los pagos mensuales referidos en el párrafo NOVENO-1 y 2, ni de cambiar la

Property is acquired by Lender, Borrower's right to any insurance policies and proceeds
cantidad de los pagos. Si después de la aceleración, la Propiedad es adquirida por el Acreedor, el

resulting from damage to the Property prior to the acquisition shall pass to Lender to the
derecho del Deudor al producto de las pólizas de seguro resultante del daño a la Propiedad antes

extent of the sums secured by this Security Instrument immediately prior to the
de la adquisición, pasará al Deudor, hasta el monto de las cantidades garantizadas por este

acquisition.
Instrumento de Garantía inmediatamente antes de la adquisición.

SIX (6)  Preservation, Maintenance, and Protection of the Property, Borrower's Loan
SEIS (6)  Conservación, Mantenimiento y Protección de la Propiedad.

Application; Leaseholds.
Solicitud de Préstamo del Deudor, Arrendamientos.

Borrower shall not destroy, damage or impair the Property, allow the Property
El Deudor no destruirá, dañara ni menoscabara la Propiedad, ni permitirá su

deteriorate, or commit waste on the Property. Borrower shall maintain the improvements in
deterioro ni ruina. El Deudor mantendrá todos las mejoras en buen estado y realizara todas las



good repair and make repairs required by Lender. Borrower shall comply with all laws,
reparaciones que requiera el Acreedor. El Deudor cumplirá con todas las leyes, ordenanzas y

ordinances and regulations affecting the Property. Borrower shall be in default if any
reglamentos que afectan la Propiedad. El Deudor incurrirá en incumplimiento en caso de que se

forfeiture action or proceeding, whether civil or criminal, is begun that in Lender's good faith
inste cualquier procedimiento civil o criminal o acción de ejecución que en el juicio de buena fe

judgement could result in forfeiture of the Property or otherwise materially impair the lien
del Acreedor pueda tener como resultado la ejecución de la Propiedad o pueda afectar

created by this Security Instrument or Lender's security interest. Borrower may
materialmente el gravamen creado por este Instrumento de Garantía o el interés del Acreedor en

esta Garantía

cure such a default by causing the action or proceeding to be dismissed with a ruling that, in
El Deudor podrá subsanar el incumplimiento llevando un procedimiento de acción de

Lender's good faith determination, precludes forfeiture of the Borrower's interest in the
desestimación, cuya determinación, que a juicio de buena fe del Acreedor, evite la ejecución del

Property or other material impairment of the lien created by this Security Instrument or
interés del Deudor en la Propiedad o que afecte materialmente el gravimen creado a favor del

Lender's security interest. Borrower shall also be in default if Borrower, during the loan
Acreedor por este Instrumento de Garantía. El Deudor incurrirá en incumplimiento si el Deudor,

application process, gave materially false or inaccurate information or statements to Lender
durante el proceso de solicitud del préstamo, suministró información o afirmaciones incorrectas

(or failed to provide Lender with any material information) in connection with the loan
o materialmente falsas al Acreedor, (u omitió someter información material al Acreedor)

evidenced by the Note. If this Security Instrument is on a leasehold. Borrower shall comply with
relacionada con el préstamo evidenciado por el pagaré. Si el Instrumento de Garantía es sobre

all the provisions of the lease. If Borrower acquires fee title to the Property, the leasehold
un arrendamiento, el Deudor cumplirá con todas las disposiciones del contrato de arrendamiento.

and the fee title shall not merge unless Lender agrees to the merger in writing.
Si el Deudor adquiere títulos en pleno dominio de la Propiedad, no adquirirá dominio hasta tanto

el Acreedor consienta por escrito.

SEVEN (7) Protection of Lender's Rights in the Property
SIETE (7) Protección de los Derechos del Acreedor a la Propiedad

If Borrower fails to perform the covenants and agreements contained in this Security
Si el Deudor no cumple con todas los convenios y acuerdos contenidos en este Instrumento de

Instrument, or there is a legal proceeding that may significantly affect Lender's rights in the
Garantía, o si se insta un procedimiento legal que pueda afectar significativamente el derecho

Property (such as a proceeding in bankruptcy, probate, for condemnation or forfeiture or to
del Acreedor a la Propiedad, tales como (procedimiento de quiebra, validación testamentaria,

enforce laws or regulations), then Lender may do and pay for whatever is necessary to
expropiación, ejecución o para cumplimiento de leyes y reglamentos), el Acreedor podrá

protect the value of the Property and Lender's rights in the Property.
aunque no viene obligado, tomar acción y pagar lo que sea necesario para proteger el valor de la

Propiedad y los derechos del Acreedor en la Propiedad.

Lender's actions may include paying any sums secured by a lien, which has priority over this
Las acciones del Acreedor pueden incluir el pago de cualquier suma asegurada por un gravamen

Security Instrument, appearing in court, paying reasonable attorney's fees and entering on
con prioridad sobre esta Hipoteca, comparecer a corte, pagar honorarios de abogado razonables

the Property to make repairs. Although Lender may take action under this paragraph NINTH-7,
y realizar reparaciones a la Propiedad. A pesar de que el Deudor puede tomar acción bajo este

Lender is not required to do so
párrafo NOVENO-7, no está obligado a hacerlo.

Any amounts disbursed by Lender under this paragraph NINTH-7 shall become additional
Todas las sumas desembolsadas por el Acreedor bajo este párrafo NOVENO-7, constituirán una



debt of Borrower secured by this Security Instrument. Unless Borrower and Lender agree to
deuda adicional para el Deudor, garantizadas por este Instrumento de Garantía. Salvo que el

other terms of payment, these amounts shall bear interest from the date of the disbursement at
deudor y el Acreedor acuerden otros términos de pago, estas cantidades devengarán intereses

the Note rate and shall be payable, with interest, upon notice from Lender to Borrower
desde la fecha del desembolso al tipo de interés pactado en el Pagaré y serán pagaderos con

requesting payment.
interés a requerimiento de pago del Acreedor.

EIGHT (8)  Refinancing
OCHO (8)  Refinanciamiento

If at any time it shall appear to Lender that Borrower may be able to obtain a loan from a
Si en cualquier momento, el Acreedor entiende que el Deudor puede obtener un préstamo de una

responsible cooperative or private credit source, at reasonable rates and terms for loans
cooperativa responsable o fuentes de crédito privadas a unos tipos de términos de préstamo

for similar purposes, Borrower will, upon the Lender's request, apply for and accept such loan
razonables para propósitos similares, el Deudor, a solicitud del Acreedor, deberá solicitar

in sufficient amount to pay the note and any indebtedness secured hereby in full.
y aceptar tal préstamo en cantidad suficiente para saldar el Pagaré y cualquier deuda garantizada.

NINE (9)  Inspection
NUEVE (9)  Inspección

Lender or its agents may make reasonable entries upon and inspections of the
El Acreedor o su representante autorizado podrá realizar inspecciones razonables de la

Property. Lender shall give Borrower notice at the time of or prior to an inspection
Propiedad con notificación previa al momento de la inspección, especificando la razón de tal

specifying reasonable cause for the inspection.
inspección.

TEN (10)  Condemnation
DIEZ (10)  Expropiación

The proceeds of any award or claim for damages, direct or consequential, in connection
El producto de cualquier sentencia o cualquier reclamación de daño directo o causados

with any condemnation or other taking of any part of the Property, or for conveyance in lieu of
por expropiación total o parcial de la Propiedad o dación en pago por la presente son cedidos y

condemnation, are hereby assigned and shall be paid to Lender. In the event of a total taking of
serán pagaderos al Acreedor. En caso de la expropiación total de la Propiedad, el producto de la

Property, the proceeds shall be applied to the sums secured by this Security Instrument, whether
sentencia será aplicado a la suma total garantizada por este Instrumento de Garantía, esté o no

or not due, with any excess paid to Borrower. In the event of a partial taking of the Property
vencida y cualquier sobrante será pagadero al Deudor. En caso de una expropiación parcial de la

in which the fair market value of the Property immediately before the taking is equal to or
Propiedad cuando el valor razonable de la Propiedad en el mercado inmediatamente antes de la

greater than the amount of the sums secured by this Security Instrument immediately before
expropiación sea igual o mayor que la suma de las cantidades garantizadas por este Instrumento

the taking, unless Borrower and Lender otherwise agree in writing, the sums secured by this
de Garantía o inmediatamente antes de la expropiación, y salvo pacto por escrito en contrario,

Security Instrument shall be reduced by the amount of the proceeds multiplied by the following
las sumas garantizadas por este Instrumento de Garantía se reducirán por la cantidad del

fraction: (a) the total amount of the sums secured immediately before the taking divided by
producto multiplicado por la siguiente fracción (a) la suma total de las cantidades aseguradas

(b) the fair market value of the Property immediately before the taking
inmediatamente antes de la expropiación divididas entre (b) el valor razonable del mercado de la

Propiedad inmediatamente antes de la expropiación.

Any balance shall be paid to Borrower. In the event of partial taking of the Property in which the
Cualquier sobrante será pagadero al Deudor. En el caso de una expropiación parcial de una

fair market value of the Property immediately before the taking is less than the amount of the
Propiedad en que el valor razonable en el mercado de la Propiedad inmediatamente antes de la



sums secured hereby immediately before the taking, unless Borrower and Lender----------
expropiación sea menor que la suma de las cantidades garantizadas inmediatamente antes de la------

otherwise agree in writing or unless applicable law otherwise provides, the proceeds shall be------
expropiación y salvo pacto por escrito en contrario entre el Deudor y el Acreedor, o por------

applied to the sums secured by this Security Instrument whether or not the sums----------
disposición de ley aplicable en contrario, el producto de la sentencia será aplicado a las sumas------

are then due.--------------------------------------------------------------
garantizadas por este Instrumento de Garantía aunque no estén vencidas.---------------

If Property is abandoned by Borrower, or if, after notice by Lender to Borrower that--------------
Si la Propiedad es abandonada por el Deudor, o si luego del Deudor haber recibido--------------

the condemnor offers to make an award or settle a claim for damages, Borrower--------------
notificación del Acreedor, a los efectos de que el expropiante ha hecho una oferta de sentencia o---

fails to respond within thirty (30) days after the date the notice is given, Lender is----------
para transigir la reclamación de daños, el Deudor no responde dentro del término de 30 días del----

authorized to collect and apply the proceeds, at its option, either to the restoration or----------
término de la notificación, el Acreedor, por la presente queda autorizado a cobrar y a aplicar------

repair of the Property or to the sums secured by this Security Instrument, whether or----------
dichas sumas a su opción, a restaurar o reparar la Propiedad, o como abono a las sumas----------

not then due. Unless Lender and Borrower otherwise agree in writing, any application----------
garantizadas por este Instrumento de Garantía estén o no vencidas. Salvo pacto por escrito en------

of proceeds to principal shall not extend or postpone the due date of the monthly--------------
contrario entre el Acreedor y el Deudor, la aplicación de estos pagos al principal no tendrá----------

payments referred to in paragraph NINTH-1 and 2 or change the amount of such payments.----------
efecto de extender ni posponer las fechas de vencimiento de los pagos mensuales mencionados en---

--------------------------------------------------------------------------------
el párrafo NOVENO-1 y 2, ni de cambiar las cantidades de los pagos.-------------------

ELEVEN (11)  Borrower Not Released; Forbearance By Lender Not a Waiver--------------
ONCE (11)  El Deudor no se Libera; Incumplimiento del Deudor no es Relevo----------------

Extension of the time for payment or modification of the sums secured by this--------------
Cualquier prórroga del término de pago o modificación de los términos de amortización----------

Security Instrument granted by Lender to Borrower and any successor in interest of--------------
de las sumas garantizadas por esta Hipoteca concedidos por el Acreedor al Deudor o cualquier----

Borrower shall not operate to release the liability of the original Borrower or Borrower's--------------
cesionario o sucesores en interés no tendrá el efecto de relevar al deudor original o a los----------

successors in interest. Lender shall not be required to commence proceedings against any----------
cesionarios o sucesores en interés del Deudor. El Acreedor no está obligado a instar acciones------

successor in interest or refuse to extend time for payment or otherwise modify amortization----------
contra cualquier sucesor en interés o rehusarse a extender el período de pago, o de otro modo,------

of the sums secured by this Security Instrument by reason of any demand made by the original------
modificar los términos de amortización de las sumas garantizadas por este Instrumento de----------

Borrower or Borrower's successors in interest. Any forbearance by Lender in exercising----------
Garantía. A requerimiento del Deudor original ni de ningún sucesor en interés del Deudor.----------

any right or remedy shall not be a waiver of or preclude the exercise of any right or remedy.----------
Cualquier abstinencia por parte del Deudor de ejercer derechos o remedios no se considerará una---

--------------------------------------------------------------------------------
renuncia ni impedirá el ejercicio de tal derecho o remedio.--------------

TWELVE (12)  Successors and Assigns Bound; Joint and Several Liability; Co-signers----------
DOCE (12)  Sucesores y Cesionarios Obligados; Responsabilidad Solidaria; Codeudores------------

The covenants and agreements of this Security Instrument shall bind and benefit the----------
Los términos y condiciones de este Instrumento de Garantía serán obligatorios y beneficiaran a ----

successors and assigns of Lender and Borrower, subject to the provisions of paragraph----------
los sucesores y cesionarios del Acreedor y Deudor, de conformidad con lo dispuesto en el----------

NINTH-16.------------------------------------------------------------------
Párrafo NOVENO-16.--------------------------------------------------------

Borrower's covenants and agreements shall be joint and several. Any Borrower who co-signs------
Las obligaciones del Deudor serán solidarias. Cualquier Deudor que suscriba este Instrumento-----



this Security Instrument but does not execute the Note: (a) is co-signing this Security
de Garantía pero no el Pagaré: (a) firmará este Instrumento de Garantía con el propósito de

Instrument only to mortgage, grant and convey that Borrower's interest in the Property under
hipotecar, otorgar y representar que el interés del Deudor en la Propiedad bajo este Instrumento

the terms of this Security Instrument; (b) is not personally obligated to pay the sums secured by
de Garantía; (b) no estará obligado personalmente a pagar la suma garantizada por este

this Security Instrument; and (c) agrees that Lender and any other Borrower may agree to
documento y c) consiente a que el Acreedor y cualquier otro deudor acuerden extender,

extend, modify, forbear or make any accommodations with regard to the terms of this Security
modificar o renunciar a hacer cualquier arreglo relativo a los términos de este Instrumento de

Instrument or the Note without that Borrower's consent.
Garantía o al Pagaré sin el consentimiento del Deudor.

THIRTEEN (13)  Notices.
TRECE (13)  Notificación.

Any notice to Borrower provided for in this Security Instrument shall be given by
Cualquier notificación al Deudor requerida por este Instrumento de Garantía se hará

delivering it or by mailing it by first class mail unless applicable law requires use of another
mediante entrega personal o por correo regular a menos que las leyes aplicables requieran otro

method. The notice shall be directed to the Property Address or any other address Borrower
método de notificación. La notificación será enviada a la dirección de la Propiedad o cualquier

designates by notice to Lender. Any notice to Lender shall be given by first class mail
otra dirección que el Deudor designe por notificación al Acreedor. Cualquier notificación al

to Lender's address stated herein or any other address Lender designates by notice to
Acreedor será mediante correo regular a la dirección del Acreedor aquí indicada o cualquier otra

Borrower. Any notice provided for in this Security Instrument shall be deemed to have
dirección que el Acreedor designe por notificación al Deudor. Cualquier notificación requerida

been given to Borrower or Lender when given as provided in this paragraph.
por este Instrumento de Garantía se considerará hecha al Deudor o Acreedor según dispuesto en

este párrafo.

FOURTEEN (14)  Governing Law; Severability.
CATORCE (14)  Ley Aplicable; Separabilidad.

This Security Instrument shall be governed by federal law. In the event that any
Este Instrumento de Garantía se regirá por la Ley Federal . En caso de que cualquier

provision or clause of this Security Instrument or the Note conflicts with applicable law,
disposición o cláusula de este Instrumento de Garantía o del Pagaré conflijan con la ley

such conflict shall not affect other provisions of this Security Instrument or the Note which
aplicable, dicho conflicto no afectará otras disposiciones de este Instrumento de Garantía o del

can be given effect without the conflicting provision. To this end, the provisions of this Security
Pagaré que puedan ponerse en vigor sin dicha disposición conflictiva. A estos fines, todas las

Instrument and the Note are declared to be severable. This instrument shall be subject to the
disposiciones de este Instrumento de Garantía o del Pagaré se declaran separables. Este

present regulations of Lender, and to its future regulations not inconsistent with the
Instrumento de Garantía estará sujeto a los reglamentos del Acreedor vigentes al presente o en el

express provisions hereof. All powers and agencies granted in this instrument are coupled
futuro que no sean inconsistentes con las disposiciones del mismo. Todos los poderes

with an interest and are irrevocable by death or otherwise; and the rights and remedies
concedidos en este Instrumento de Garantía conllevan interés y son irrevocables por causa de

provided in this instrument are cumulative to remedies provided by law.
muerte o cualquier otra causa; y los derechos y remedios dispuestos en este Instrumento de

Garantía podrán ser acumulados a los remedios dispuestos por ley.

FIFTEEN (15)  Borrower's Copy. Borrower acknowledges receipt of one
QUINCE (15)  Copia del Deudor. El Deudor acusa recibo de copia del

conformed copy of the Note and of this Security Instrument.
Pagaré y de este Instrumento de Garantía.



SIXTEEN (16) Transfer of the Property or a Beneficial Interest in Borrower. If all------------
DIECISEIS (16) Traspaso de la Propiedad o Interés Beneficiario del Deudor. Si ----------------

or any part of the Property or any interest in it is leased for a term greater than three (3)------------
todo o parte de la Propiedad o cualquier interés en ésta está arrendado por un término----------

years, leased with an option to purchase, sold, or transferred (or if a beneficial interest in------------
mayor de 3 años con opción a compra, vendida o transferida (o si se vende o transfiere un----------

Borrower is sold or transferred and Borrower is not a natural person) without Lender's------------
interés beneficiario en el Deudor y el Deudor no es una persona natural) sin el-----------------

prior written consent, Lender may, a its option, require immediate payment in full------------
consentimiento previo y escrito del Acreedor, el Acreedor podrá, a su opción, requerir el----------

of all sums secured by this Security Instrument.------------
pago inmediato de todas las cantidades garantizadas por este Instrumento de Garantía ------------

SEVENTEEN (17) Nondiscrimination------------
DIECISIETE (17) No discriminación------------

If Borrower intends to sell or rent the Property or any part of it and has obtained------------
Si el Deudor tiene intención de vender o arrendar la Propiedad en todo o en parte y ha----------

Lender's consent to do so (a) neither Borrower nor any one authorized to act for Borrower,----------
obtenido el consentimiento del Acreedor: (a) ni el Deudor ni ninguna persona autorizada para----

will refuse to negotiate for the sale or rental of the Property, or will otherwise make------------
representar al Deudor podrá rehusarse a negociar la venta o arrendamiento de la Propiedad o la----

unavailable or deny the Property to anyone because of race, color, religion, sex, national origin,----
hará inaccesible o negarle la Propiedad a ninguna persona por razón de raza, color, religión,---

handicap, age, or familial status, and (b) Borrower recognizes as illegal and hereby disclaims-------
sexo, nacionalidad, incapacidad, edad o estado civil y (b) el Deudor reconoce que es ilegal y por----

and will not comply with or attempt to enforce any restrictive covenants on dwelling------------
la presente rechaza y se obliga a no cumplir ni poner en vigor condición restrictiva alguna en una----

relating to race, color, religion, sex, national origin, handicap, age or familial status.------------
vivienda relacionada a raza, color, religión, sexo, nacionalidad, incapacidad, edad o estado civil.----

EIGHTEEN (18)  Sale of Note; Change of Loan Servicer------------
DIECIOCHO (18)  Venta del Pagaré. Cambio de Proveedor de Préstamo------------

The Note or a partial interest in the Note (together with this Security Instrument)------------
El Pagaré o cualquier interés parcial en el Pagaré (incluyendo este Instrumento de------------

may be sold one or more times without prior notice to Borrower. A sale may result in a change----
Garantía) pueden venderse una o más veces sin el consentimiento previo del Deudor. Esta venta----

in the entity (known as the "Loan Servicer") that collects monthly payments due under------------
puede tener como resultado un cambio en la entidad conocida como Proveedor de Préstamo que----

the Note and this Security Instrument. There also may be one or more changes of the Loan------------
cobra los pagos mensuales vencederos bajo el Pagaré y esta Hipoteca. También pueden darse----

Servicer unrelated to a sale of the Note. If there is a change of the Loan Servicer, Borrower----
uno o más cambios de Proveedor de Préstamo no relacionado al Pagaré. En caso de ocurrir un----

will be given written notice of the change in accordance with paragraph 13 above------------
cambio de Proveedor de Préstamo, el Deudor recibirá notificación escrita del cambio de acuerdo----

and applicable law. The notice will state the name and address of the new Loan Servicer------------
a lo dispuesto en el párrafo 13 y la ley aplicable. Esta notificación incluirá el nombre y la----------

and the address to which payments should be made.------------
dirección del nuevo Proveedor de Préstamo y la dirección donde deben enviarse los pagos.----------

NINETEEN (19)  Uniform Federal Non-Judicial Foreclosure------------
DIECINUEVE (19)  Ejecución Judicial Federal Uniforme.------------

If a uniform federal non-judicial foreclosure law applicable to foreclosure of------------
En caso de adoptarse una ley federal uniforme para ejecuciones extra judiciales extensiva----------

this security instrument is enacted, Lender shall have the option to foreclose this------------
a la ejecución de este Instrumento de Garantía, el Acreedor tendrá la opción de ejecutar este----

instrument in accordance with such federal procedure.------------
Instrumento de Garantía de conformidad con dichos procedimientos federales ------------

TWENTY (20)  Hazardous Substances------------
VEINTE (20)  Substancias Peligrosas------------



Borrower shall not cause or permit the presence, use, disposal, storage or release of
El Deudor no causará ni permitirá la presencia, uso, disposición, almacenaje o descarga de

any hazardous substances on or in the Property. The preceding sentence shall not apply to
substancias peligrosas en la Propiedad. Esta disposición no aplicará a la presencia, uso o

the presence, use, or storage on the Property of small quantities of hazardous substances that
almacenar en la Propiedad de pequeñas cantidades de substancias peligrosas que generalmente

are generally recognized to be appropriate to normal residential uses and to maintenance of the
se reconocen como apropiadas para el uso normal de una residencia y el mantenimiento de la

Property. Borrower shall not do, nor allow anyone else to do, anything affecting the Property
Propiedad. El Deudor no hará ni permitirá que nadie haga ningún acto que afecte la Propiedad o

that is in violation of any federal, state, or local environmental law or regulation.
que constituya una violación de una ley, reglamento ambiental federal, estatal o local

Borrower shall promptly give Lender written notice of any investigation, claim,
El Deudor notificará por escrito al Acreedor de cualquier investigación, reclamación,

demand, lawsuit or other action by any government or regulatory agency or
requerimiento, demanda a cualquier otra acción instada por una agencia reguladora o

private party involving the Property and any hazardous substance or
gubernamental o persona particular relacionada a la Propiedad o la presencia de cualquier

environmental law or regulation which Borrower has actual knowledge.
substancia peligrosa o violaciones a la ley o reglamento ambiental de los cuales el Deudor tenga

conocimiento.

If Borrower learns, or is notified by any government or regulatory authority, that
En caso del Deudor enterarse o recibir notificación de cualquier autoridad gubernamental a los

any removal or other remediation of any hazardous substance affecting
efectos de que es necesario remover o remediar la presencia de substancias peligrosas de la

the Property is necessary, Borrower shall promptly take all necessary remedial actions in
Propiedad, el Deudor deberá inmediatamente tomar todas las medidas remediales necesarias de

accordance with applicable environmental law and regulations.
conformidad con las leyes y reglamentos ambientales aplicables.

As used in this paragraph, "hazardous substances" are those substances defined as
El término "substancia peligrosa" utilizado en este párrafo significa aquellas substancias

toxic or hazardous substances by environmental law and the following substances:
definidas como substancias tóxicas o peligrosas en la Ley Ambiental incluyendo las siguientes

gasoline, kerosene, other flammable or toxic petroleum products, toxic pesticides and
substancias: gasolina, kerosene, otros productos de petróleo tóxicos e inflamables, pesticidas

herbicides, volatile solvents, materials containing asbestos or formaldehyde, and
tóxicos y yerbicidas, solventes volátiles, materiales que contengan asbesto o formaldehído y

radioactive materials. As used in this paragraph, "environmental law" means federal laws and
materiales radioactivos. El término Ley Ambiental significa las leyes y reglamentos federales y a

regulations and laws and regulations of the jurisdiction where the Property is located that relate
las leyes y reglamentos de la jurisdicción donde esté localizada la Propiedad relacionadas a la

to health, safety or environmental protection.
salud, seguridad o protección ambiental.

TWENTY ONE (21). Cross Collateration
VEINTIUNO (21). Colateral

Default hereunder shall constitute default under any other real estate
Cualquier incumplimiento bajo los términos de este contrato será considerado un

security instrument held by Lender and executed or assumed by Borrower, and
incumplimiento bajo cualquier otro Instrumento de Garantía a favor del Acreedor otorgada o

default under any other such security instrument shall constitute default hereunder.
asumida por el Deudor y cualquier incumplimiento bajo ese otro Instrumento de Garantía será

considerado como incumplimiento bajo éste.

TWENTY TWO (22). NON-UNIFORM COVENANTS. Borrower and Lender further covenant
VEINTIDOS (22). ACUERDOS NO UNIFORMES. El Deudor y el Acreedor acuerdan y



and agree as follows:
convienen lo siguiente:

SHOULD DEFAULT occur in the performance or discharge of any obligation in this
EN EL CASO DE incumplimiento en la ejecución y descargo de las obligaciones bajo

instrument or secured by this instrument or should the parties named as Borrower die or be
este Instrumento o Garantía o en el caso de que la parte designada como Deudor muera o sea

declared incompetent, or should any of the parties named as Borrower be discharged in
declarada incapaz, o en el caso de cualquiera de las partes designada como Deudor sea declarada

bankruptcy or declared an insolvent, or make an assignment for the benefit of
insolvente o reciba descargo de sus obligaciones en quiebra o hiciera una cesión en beneficio de

creditors, Lender, at its option, with or without notice, may: (a) declare the entire amount
sus acreedores, el Acreedor, a su opción, con o sin notificación previa podrá: (a) declarar

unpaid under the note and any indebtedness to Lender hereby secured immediately due and
vencida y pagadera la totalidad de la cantidad adeudada bajo el Pagaré y cualquier otra deuda al

payable, (b) for the account of Borrower incur and pay reasonable expenses for repair or
Acreedor aquí garantizada; (b) a nombre del Deudor incurrir y pagar cualquier gasto razonable

maintenance of and take possession of, operate or rent the Property, (c) upon application
para reparaciones y mantenimiento, tomar posesión, operar o arrendar la Propiedad; (c) solicitar

by it and production of this instrument, without other evidence and without notice of hearing
en virtud de este Instrumento, sin necesidad de otra evidencia ni notificación ni audiencia

of said application, have a receiver appointed for the Property, with the usual powers of law, and
relacionada a dicha solicitud, el nombramiento de un síndico para la Propiedad con todos los

receivers in such cases, (d) foreclose this instrument as provided herein or by
poderes usuales concedidos a tales síndicos en estos casos; (d) ejecutar esta garantía según aquí

(e) enforce any and all other rights and remedies provided herein or by present or future laws
previsto o dispuesto por ley; (e) poner en vigor y reclamar todos y cualesquiera otros derechos y

(f) that for the purpose of the first auction to be held in case
remedios aquí provistos o dispuestos en la leyes vigentes o futuras aplicables al caso. (f) para

of foreclosure of this mortgage, in conformity with the mortgage law, as amended,
de que sirva de tipo a la primera subasta que deberá celebrarse en caso ejecución de esta

mortgagor does hereby appraise the mortgaged property in the principal amount
hipoteca, de conformidad con la ley hipotecaria, según enmendada el deudor hipotecario por la

mentioned in paragraph FIFTH.
presente tasa los bienes hipotecados en la suma de principal mencionada en el parrafo QUINTO.

(g) Mortgagor hereby waives the requirements of law and agrees to be
(g) El deudor hipotecario por la presente renuncia al trámite de requerimiento

considered in default without the necessity of any notification of default or demand for payment
y se considerara en mora sin necesidad de notificación alguna por parte

on the part of mortgagee. This mortgage is subject to the rules and regulations of the
del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos del Servicio Agrícola

Farm Service now in effect, and to its future regulations
ahora en vigor y a futuros reglamentos.

non inconsistent with the provisions of this mortgage, as well as to the
no inconsistentes con los términos de esta hipoteca, así como también sujeta a

laws of the Congress of the United States of America authorizing the making and
las leyes del Congreso de Estados Unidos de America que autorizan la asignación

insuring of the loan herein before mentioned.
y aseguramiento del préstamo antes mencionado.

(h) The amounts guaranteed by this mortgage are as follows:
(h) Las cantidades garantizadas por esta hipoteca son las siguientes:

One: At all times when the note mentioned in paragraph THIRD of
Uno:  En todo tiempo cuando el pagaré relacionado en el parrafo TERCERO de

this mortgage is held by mortgagee, or in the event mortgagee
esta hipoteca sea poseída por el acreedor hipotecario o en caso que el acreedor

should assign this mortgage without insurance of the note.
hipotecario cediere esta hipoteca sin asegurar el pagaré;



THIRTY THOUSAND DOLLARS ($30,000.00) ----------------------------------------
TREINTA MIL DÓLARES ($30,000.00) ------------------------------------------------

the principal amount of said note, together with interest as stipulated therein at the rate of----------
del principal de dicho pagaré, con sus intereses según estipulados a razón del-----------------------

TWO POINT EIGHT SEVEN FIVE PERCENT (2.875%) PER ANNUM: -----------------
DOS PUNTO OCHO SIETE CINCO PORCIENTO (2.875%) ANUAL: ---------------------

Two:  At all times when said note is held by an insured lender:----------------------------------
Dos:  En todo tiempo cuando el pagaré es poseído por un prestamista asegurado:------------------

(A) THIRTY THOUSAND DOLLARS ($30,000.00) --------------------------------------
(A) TREINTA MIL DÓLARES ($30,000.00) -------------------------------------------

for indemnifying the mortgagee for advances to the insured lender----------------------------------
para indemnizar al acreedor hipotecario por adelantos al prestamista asegurado--------------------

by reason of mortgagor's failure to pay the installments as--------------------------------------
por motivo del incumplimiento del deudor hipotecario de pagar los plazos según--------------------

specified in the note, with interest as stated in paragraph NINTH, Three:------------------------
se especifica en el pagaré, con intereses según se especifica en párrafo NOVENO, Tres: ----------

(B) FORTY FIVE THOUSAND DOLLARS ($45,000.00) ---------------------------------
(B) CUARENTICINCO MIL DÓLARES ($45,000.00) -----------------------------------

for indemnifying the mortgagee further against any loss it might-----------------------------------
para indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda----------------

sustain under its insurance of payment of the note:--------------------------------------------
sufrir bajo su seguro de pago del pagaré.---------------------------------------------------

Four:  In any event and at all times whatsoever:----------------------------------------------
Cuatro:  En cualquier caso y en todo tiempo:----------------------------------------------

(A) TWELVE THOUSAND DOLLARS ($12,000.00)  for default interest: ----------------
(A) DOCE MIL DÓLARES ($12,000.00) para intereses después de mora: -----------------

(B) SIX THOUSAND DOLLARS ($6,000.00) -------------------------------------------
(B) SEIS MIL DÓLARES ($6,000.00) -------------------------------------------------

for taxes, insurance and other advances for the preservation----------------------------------
para contribuciones, seguro y otros adelantos para la conservación----------------------------

and protection of this mortgage, with interest at the rate stated in paragraph FIFTH. ------------
y protección de esta hipoteca, con intereses al tipo estipulado en el párrafo QUINTO. ----------

(C) THREE THOUSAND DOLLARS ($3,000.00) ---------------------------------------
(C) TRES MIL DÓLARES ($3,000.00)-------------------------------------------------

for costs, expenses and attorney's fees in case of foreclosure -----------------------------------
para costas, gastos y honorarios de abogado en caso de ejecución.------------------------------

(D) THREE THOUSAND DOLLARS ($3,000.00) ---------------------------------------
(D) TRES MIL DÓLARES ($3,000.00) -------------------------------------------------

for costs and expenditures incurred by the mortgagee in proceedings to defend its -----------------
para costas y gastos que incurriere el acreedor hipotecario en procedimientos para defender su----

interests against any other person interfering with or contesting the right of possession of ---------
intereses contra cualquier persona que intervenga o impugne el derecho de posesión del deudor ---

mortgagor to the property.--------------------------------------------------------------
hipotecario a los bienes.----------------------------------------------------------------

TWENTY THREE (23)  The proceeds of foreclosure sale shall be applied in the following order --
VEINTITRES (23)  El producto de la venta en ejecución será aplicado en el siguiente orden:------

to the payment of: (a) costs and expenses incident to enforcing or complying with the-------------
(a) el costo de los gastos incidentales a poner en vigor y a hacer cumplir las disposiciones aquí----

provisions hereof; (b) any prior liens required by law or a competent court to be so paid.-----------
provistas; (b) el pago de todos los gravámenes anteriores según lo requiera la ley o un Tribunal----

(c) the debt evidenced by the note and all indebtedness to Lender secured hereby:-----------------
competente; el pago de la deuda evidenciada por el Pagaré y toda la deuda al Acreedor aquí------

(d) inferior liens of record required by law or a competent court to be so paid.--------------------
garantizada; (d) el pago de todo gravamen inscrito posterior según lo requiera la ley o un----------

(e) at Lender's option, any other indebtedness of Borrower owing to Lender, and (f) any -----------
Tribunal competente; (e) a opción del Acreedor, el pago de otras deudas del Deudor al Acreedor,-



balance to Borrower. At foreclosure or other sale of all or any part of the
(f)cualquier sobrante se le pagará al Deudor. Al momento de la ejecución de toda o parte de la

Property, Lender and its agents may bid and purchase as a stranger and may pay
Propiedad, el Acreedor y su representante podrán licitar y comprar como cualquier extraño en

Lender's share of the purchase price by crediting such amount on any debts of Borrower
dicha subasta y podrá pagar el precio de venta correspondiente al Acreedor acreditando los

owing to Lender, in the order prescribed above.
contenidos de cualquier deuda del Acreedor al Deudor anteriormente dispuestas.

TWENTY FOUR (24)  Borrower agrees that Lender will not be bound by any present or future
VEINTICUATRO (24)  El Deudor acuerda que el Acreedor no tendrá que cumplir con ninguna

State laws, (a) providing for valuation, appraisal or exemption of the Property, (b) prohibiting
ley estatal vigente o futura (a) que tenga disposiciones sobre valor, tasación o exención de la

maintenance of an action for a deficiency judgement or limiting the amount thereof or
Propiedad (b) que prohíba instar una acción para el recobro de la deficiencia de una sentencia o

the time within which such action must be brought, (c) prescribing any other statute of
que limite la cantidad dispuesta o el término para instar tal acción; c) que disponga cualquier

limitations, (d) allowing any right of redemption or possession following any foreclosure sale,
otro tipo de limitación estatutaria, (d) que permita o conceda un derecho de redención o posesión

or (e) limiting the conditions which Lender may by regulation impose, including the
después de una venta por ejecutar o (e) que limite las condiciones que un Acreedor pueda

interest rate it may charge, as a condition of approving a transfer of the
imponer por reglamento incluyendo que el tipo de interés se pueda modificar como una

Property to a new Borrower. Borrower expressly waives the benefit of any such state laws.
condición para aprobar el traspaso de una propiedad a otro deudor. El Deudor representa

Borrower hereby relinquishes, waives, and conveys all rights, inchoate or consummate,
renuncia al beneficio de cualquier ley estatal de esa naturaleza. El Deudor rinde renuncia y

of descent, dower, and curtesy.
traspasa todos los derechos incoados o consumados relativos a descendencia, dote y de nobleza

TWENTY FIVE (25)  Attorneys' Fees
VEINTICINCO (25)  Honorarios de Abogado

As used in this Security Instrument and the Note, "attorneys' fees" shall
El término honorarios de abogado según se utiliza en este Instrumento de Garantía y

include any attorneys' fees awarded by an appellate court.
Pagaré incluirá cualesquiera honorarios de abogado concedido por un Tribunal Apelativo.

TWENTY SIX (26)  Release
VEINTISEIS (26)  Relevo

Upon payment of all sums secured by this Security Instrument, Lender shall
Luego del pago de todas las sumas garantizadas por este Instrumento, el Acreedor deberá

release this Security Instrument without charge to Borrower  Borrower shall pay any
entregar este instrumento de garantía al Deudor sin cargo alguno. El Deudor pagará todos los

recordation costs
gastos de inscripción en el Registro de la Propiedad.

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants
AL SUSCRIBIR, el Deudor acepta y acuerda cumplir los términos y convenios contenidos en

contained in pages 1 through 18 of this Security Instrument and any rider executed by
las páginas 1 a la 18 de este Instrumento de Garantía y de toda cláusula adicional otorgada por el

Borrower and recorded with this Security Instrument.
Deudor e inscrito con este Instrumento de Garantía.

TENTH:  The mortgagor agrees and obligates himself to move
DÉCIMO : El deudor hipotecario se compromete y se obliga a mudarse

and occupy the property object of this deed within the following sixty
y a ocupar  la propiedad objeto de esta escritura dentro de los próximos sesenta

days from the date of final inspection, and in the event of unforeseen circumstances
días a partir de la fecha de la inspección final; y en caso de circunstancias imprevistas

beyond his control which would impede him to do so, he will
fuera del control del deudor hipotecario que le impidiera mudarse, este lo



notify it in writing to the Rural Development Manager.-------------------------------
notificará por escrito al Gerente de Desarrollo Agrícola.-------------------------------

**ELEVENTH:** All improvement, construction or building constructed--------------------
**UNDÉCIMO:** Toda mejora, construcción o edificación que se construya---------------

on said farm(s) during the term herein before referred to, must be made with the previous--------
en dicha finca durante la vigencia antes mencionada  deberá ser construida previa-------------

consent in writing of mortgagee in accordance with present regulations--------------------
autorización por escrito del acreedor hipotecario conforme a los reglamentos presentes-----------

or future ones that may be promulgated pursuant to the federal and--------------------
y aquellos futuros que se promulgaren de acuerdo a las leyes federales--------------------

local laws not inconsistent or incompatible with the present laws which govern-----------------
y locales no inconsistentes o incompatibles con las leyes actuales que gobiernan---------------

these types of loans.-------------------------------------------------------------
estos tipos de préstamos.---------------------------------------------------------

---------------------------------ACCEPTANCE------------------------------------
---------------------------------ACEPTACIÓN------------------------------------

The appearing party (parties) ACCEPT(S) this deed in the manner drawn once--------------
El (los) comparecientes ACEPTAN esta escritura en la forma redactada una vez---------------

I, the authorizing Notary, have made to him (them) the pertinent legal warnings.-------------
Yo, el Notario autorizante, le (les) hice las advertencias legales pertinente -------------

So they say and execute before me, the authorizing Notary, the appearing party (parties)----------
Así lo dicen y otorgan ante mí, el Notario autorizante, el (los) compareciente(s)---------------

without demanding the presence of witnesses after waiving his (their) right to do so of which--------
sin requerir la presencia de testigos después de renunciar su derecho a ello del que---------------

I advised him (them).-------------------------------------------------------------
le(s) advertí.-------------------------------------------------------------------

After this deed was read by the appearing party (parties) he (they) ratify its----------------
Después de ser leída esta escritura por el (los) compareciente(s), se ratifica(n)---------------

contents, place(s) his (their) initials on each of the folios of this deed--------------------
en su contenido, pone(n) sus iniciales en cada uno de los folios de esta escritura---------------

including the last one, and all sign before me, the authorizing Notary, who **GIVES FAITH**--------
incluyendo el último y la firma(n) todos ante mí, el Notario autorizante, que **DOY FE** ---------

to everything contained in this deed. -------------------------------------------
de todo el contenido de esta escritura -------------------------------------------



# TITLE SEARCH

**CLIENT: ARNALDO LUIS ORTIZ SUÁREZ**         **REF: 1521.282**
                                              **BY: TAIMARY ESCALONA**

**PROPERTY NUMBER:** 706, recorded at page 100 of volume 114 of Maricao, Registry of the Property of San Germán, Puerto Rico.

**DESCRIPTION: (As it is recorded in the Spanish language)**

**RÚSTICA:** Porción de terreno sita en el Barrio Indiera Baja de Maricao, compuesta de **41.52 cuerdas, equivalentes a 16 hectáreas y 32 áreas**. En linderos: **NORTE**, con Francisco Frontera, separados en parte por una quebrada hoy de Juan Rodríguez; **SUR**, con terrenos de Silvestre Bartolomey, separados por un camino vecinal y terrenos de José Aymat; **ESTE**, con terrenos de la Sucesión Tomás Martínez, hoy de Federico Aymat; **OESTE**, con terrenos de Francisco Fronteras.

Contiene dos casas dedicadas a vivienda, de madera y zinc, otra dedicada a tienda, de madera y zinc y otra, dedicada a escuela, de madera y zinc.

**TITLE:**

This property is registered in favor of ARNALDO LUIS ORTIZ SUÁREZ and his wife MARÍA CELESTE PACHECO COLÓN, who acquired it by purchase from United States of America, at a price of $84,700.00, pursuant to deed #25, executed in Mayagüez, Puerto Rico, on May 14, 1993, before Enrique Alcaraz Casablanca Notary Public, recorded at page 114 of volume 96 of Maricao, property number 706, 22th inscription.
**Presented on May 18, 1993**
**Recorded on September 21, 1994**

**LIENS AND ENCUMBRANCES:**

I.   By reason of its origin this property is free of liens and encumbrances

II.  By reason of itself this property is encumbered by the following:

1.   **MORTGAGE:** Constituted by Arnaldo Luis Ortiz Suárez and his wife María Celeste Pacheco Colón, in favor of United States of America acting as Farmer Home Administration, in the original principal amount of $84,700.00, with 5% annual interests, due on 40 years, constituted by deed #26, executed in Mayagüez, Puerto Rico, on May 14, 1993, before Enrique Alcaraz Casablanca Notary Public, recorded at page 114 of volume 96 of Maricao, property number 706, 22th inscription. **Conditions**
     **Presented on May 18, 1993**
     **Recorded on September 21, 1994**

2.   **MORTGAGE:** Constituted by Arnaldo Luis Ortiz Suárez and his wife María Celeste Pacheco Colón, in favor of United States of America acting as Farmer Home Administration, in the original principal amount of $17,190.00, with 3.75% annual interests, due on 20 years, constituted by deed #61, executed in Mayagüez, Puerto Rico, on July 22, 1999, before Franklin Rodríguez Mangual Notary Public, recorded at page 100 of volume 114 of Maricao, property number 706, 23rc inscription.
     **Presented on August 2, 1999**
     **Recorded on February 1, 2007**

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 - FAX (787) 748-1143
estudios@eagletitlepr.com

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

Eagle Title & Other Services, Inc.

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 · FAX (787) 748-1143
estudios@eagletitlepr.com

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse
como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está
limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para
completa protección deben requerir una póliza de Seguro de Título.

**PAGE #2**
**PROPERTY #706**

3.  **MORTGAGE:** Constituted by Arnaldo Luis Ortiz Suárez and his
    wife María Celeste Pacheco Colón, over the crops during 1999
    at 2019, in favor of United States of America acting as
    Farmer Home Administration, in the original principal amount
    of $17,190.00, with 3.75% annual interests, due on July 22,
    2019, constituted by deed #62, executed in Mayagüez, Puerto
    Rico, on July 22, 1999, before Franklin Rodríguez Mangual
    Notary Public, recorded at overleaf of page 100 of volume
    114 of Maricao, property number 706, 24th inscription.
    **Presented on August 2, 1999**
    **Recorded on February 1, 2007**

4.  The mortgages of $84,700.00 and $17,900.00 of the 22th ,23th
    and 24th inscriptions were modified as follows: The mortgage
    in the amount of $84,700.00, at January 29, 2010, reflects a
    total principal balance of $82,972.48 and $16,420.95 of
    interests, for a total of principal and interests that adds
    up $99,393.43, agreeing here the parties that this mortgage
    will be payable as follows: annual terms of $7,197.00 each,
    starting January 28, 2011, and successively everyday January
    28 of each year, the last term in 23 years after the
    granting of this deed is due. The interest on this debt will
    be computed at a rate of 4.750% of the principal not paid,
    the parties agrees to extend this mortgage to all the crops
    produced by the property. Valued for in case of legal claim
    in this property $99,394.43. The mortgage for the amount of
    $17,190.00, also agree and agree to modify the terms of the
    mortgage for the principal amount of $17,190.00 of the 23th
    and 24th inscriptions as follows: The mortgage in the amount
    of $17,190.00, at January 29, 2010, reflects a total
    principal balance of $10,955.41 and interests of $1,269.63,
    for a total of principal and interests that add up of
    $12,225.04, agreeing here the parties that this mortgage
    will be payable as follows: annual terms of $1,081.00 each,
    starting January 28, 2011, and successively everyday January
    28 of each year, the last term in 15 years after the
    granting of this deed is due. The interest on this debt will
    be computed at a rate of 3.750% of the principal not paid,
    the parties agrees to extend this mortgage to all the crops
    produced by the property. It is assessed in case of
    execution at $12,225.04, constituted by deed #16, executed
    in Mayagüez, Puerto Rico, on January 29, 2010, before Susan
    Báez Dixon Notary Public, recorded at overleaf of page 100
    of volume 114 of Maricao, property number 706, 25th
    inscription.
    **Presented on February 5, 2010**
    **Recorded on November 8, 2010**

5.  **MORTGAGE:** Constituted by Arnaldo Luis Ortiz Suárez and his
    wife María Celeste Pacheco Colón, in favor of United States
    of America acting as Farmer Home Administration, in the
    original principal amount of $30,000.00, with 2.875% annual
    interests, due on May 7, 2017, constituted by deed #75,
    executed in Mayagüez, Puerto Rico, on May 7, 2010, before
    Susan Báez Dixon Notary Public, recorded at page 101 of
    volume 114 of Maricao, property number 706, 26th and last
    inscription.
    **Presented on May 18, 2010**
    **Recorded on November 8, 2010**



Eagle Title & Other Services, Inc.

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 · FAX (787) 748-1143
estudios@eagletitlepr.com

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse
como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está
limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para
completa protección deben requerir una póliza de Seguro de Título.

**PAGE #3**
**PROPERTY #706**

**REVIEWED:**

Federal Attachments, Commonwealth of Puerto Rico Tax Liens,
Judgments and Daily Log up to February 12th, 2020.

*NOTICE: The Sections of the Property Registry have been computerized by the new
system identified as Karibe, through which the historical volumes containing the data
related to the inscribed properties and with the documents presented and pending
registration were digitized. Since April 25, 2016, the Department of Justice
discontinued the Tool-Kit and Agora System in most of the Sections of the Registry,
which was used to search for documents submitted and pending registration and
preparation of title search and other documents. There is also a delay in the entry
of information to the System to this date. In addition to this, the Federal and State
Seizures are now entered and electronically provided by the Central Office of the
Land Registry in the Department of Justice, without being able to corroborate the
control books and with many errors which makes the location impossible. We are not
responsible for errors that may result in this title search due to errors and/or
omissions of the Registry and/or its employees, when entering the data in the system.*

**EAGLE TITLE AND OTHER SERVICES, INC.**

*Authorized signature*

mcr/mv/**F**

I, Elías Díaz Bermúdez, of legal age, single and neighbor of San
Juan, Puerto Rico, under solemn oath declare:

    1. That my name and personal circumstances are the above
mentioned.

    2. That on February 12th, 2020, I examined the books and
files of The Property Registry of Puerto Rico and prepared
the attached title study which makes part of this
affidavit.

    3. That the attached title study correctly represents in
all its parts the status of the above described
property in The Property Registry of Puerto Rico.

I, the undersigned, hereby swear that the facts herein stated are
true.

In Guaynabo, Puerto Rico, this <u>15</u> day of *October* of 2020.

_____
             Elías Díaz Bermúdez

AFFIDAVIT NUMBER **4,325**.

Sworn and subscribed to before me by Elias Díaz Bermúdez of
the aforementioned personal circumstances, whom I
personally know.

    Guaynabo, Puerto Rico, this <u>15</u> day of *October* of 2020.

_____
             NOTARY PUBLIC



152.282

Exhibit 9

# UNITED STATES DEPARTMENT OF AGRICULTURE
## FARM SERVICE AGENCY

654 Muñoz Rivera Avenue
654 Plaza Suite #829
San Juan, PR 00918

Borrower:     Ortiz Suarez, Arnaldo            Case No:    63-018-5835

## *CERTIFICATION OF INDEBTEDNESS*

I, Jean P. Tilen Napoli, of legal age, married, a resident of Patillas, Puerto Rico in my official capacity as
Loan Resolution Task Force Contractor of the *Farm Service Agency*, United States Department of Agriculture (USDA), state that:

- The borrower's indebtedness is as shown in the following Statement of Account, according
  to information obtained from all available records at the USDA-Farm Service Agency:

*Statement of Account as of      September 25, 2020*

| Loan Number | 41-04 |
|---|---|
| Original Note Amount | $84,700.00 |
| Original Note Date | 5/14/1993 |
| Date of Last Payment | 04/01/2019 Offset |
| Principal Balance | $99,393.43 |
| Unpaid Interest | $46,678.58 |
| Misc. Charges | $0.00 |
| Total Balance | $146,071.99 |
| Daily Interest Accrual | $            12.9348 |
| Amount Delinquent | $68,345.28 |
| Years Delinquent | 9 |

- The information in the above Statement of Account in affiant's opinion is a true and correct statement
  of the aforementioned account and to this date remains due and unpaid.

- The defendant is neither a minor, nor incompetent, nor in the military service of the
  United States of America.

- The above information is true and correct to the best of my knowledge and belief, and is made under
  penalty of perjury as allowed by 28 U.S.C. 1746.

Digitally signed by JEAN TILEN
NAPOLI (Affiliate)
DN: c=US, o=U.S. Government,
ou=Department of Agriculture,
0.9.2342.19200300.100.1.1=1200100
3879325, cn=JEAN TILEN NAPOLI
(Affiliate)
Date: 2020.09.25 11:01:44 -04'00'
Adobe Acrobat version:
2020.012.20041

*J.P. Tilen Napoli*

Jean P. Tilen Napoli
LRTF Contractor
September 25, 2020

**UNITED STATES DEPARTMENT OF AGRICULTURE**
**FARM SERVICE AGENCY**
654 Muñoz Rivera Avenue
654 Plaza Suite #829
San Juan, PR 00918

Borrower:    Ortiz Suarez, Arnaldo          Case No:    63-018-5835

### *CERTIFICATION OF INDEBTEDNESS*

I, Jean Philippe Tilén Napoli, of legal age, married, a resident of Guaynabo, Puerto Rico, in my official capacity as
Loan Resolution Task Force Contractor for the *Farm Service Agency*, United States Department of Agriculture (USDA), state that:

- The borrower's indebtedness is as shown in the following Statement of Account, according
  to information obtained from all available records at the USDA-Farm Service Agency:
  
  *Statement of Account as of      September 25, 2020*

| Loan Number | 43-05 |
|---|---|
| Original Note Amount | $17,190.00 |
| Original Note Date | 7/22/1999 |
| Date of Last Payment | NONE |
| Principal Balance | $12,225.04 |
| Unpaid Interest | $4,884.58 |
| Misc. Charges | $                            - |
| Total Balance | $17,109.62 |
| Daily Interest Accrual | $                    1.2560 |
| Amount Delinquent | $10,810.00 |
| Years Delinquent | 9 |

- The information in the above Statement of Account in affiant's opinion is a true and correct statement
  of the aforementioned account and to this date remains due and unpaid.

- The defendant is neither a minor, nor incompetent, nor in the military service of the
  United States of America.

- The above information is true and correct to the best of my knowledge and belief, and is made under
  penalty of perjury as allowed by 28 U.S.C. 1746.

*J. P. Tilén Napoli*

Digitally signed by JEAN TILEN NAPOLI
(Affiliate)
DN: c=US, o=U.S. Government,
ou=Department of Agriculture,
0.9.2342.19200300.100.1.1=1200100387
9325, cn=JEAN TILEN NAPOLI (Affiliate)
Date: 2020.09.25 11:02:18 -04'00'
Adobe Acrobat version: 2020.012.20041

Jean Philippe Tilén Napoli
LRTF Contractor
September 25, 2020

## UNITED STATES DEPARTMENT OF AGRICULTURE
## FARM SERVICE AGENCY

654 Muñoz Rivera Avenue
654 Plaza Suite #829
San Juan, PR 00918

Borrower:     Ortiz Suarez, Arnaldo                    Case No:     63-018-5835

### *CERTIFICATION OF INDEBTEDNESS*

I, Jean P. Tilen Napoli, of legal age, single, a resident of San Juan, Puerto Rico, in my official capacity as
Loan Resolution Task Force Contractor of the *Farm Service Agency*, United States Department of Agriculture (USDA), state that:

- The borrower's indebtedness is as shown in the following Statement of Account, according
  to information obtained from all available records at the USDA-Farm Service Agency:

*Statement of Account as of      September 25, 2020*

| Loan Number | 44-06 |
|---|---|
| Original Note Amount | $              30,000.00 |
| Original Note Date | 5/7/2010 |
| Date of Last Payment | NONE |
| Principal Balance | $              30,000.00 |
| Unpaid Interest | $               8,745.95 |
| Misc. Charges | $                       - |
| Total Balance | $              38,745.95 |
| Daily Interest Accrual | $                  2.3630 |
| Amount Delinquent | $              38,745.95 |
| Years Delinquent | Fully Matured |

- The information in the above Statement of Account in affiant's opinion is a true and correct statement
  of the aforementioned account and to this date remains due and unpaid.

- The defendant is neither a minor, nor incompetent, nor in the military service of the
  United States of America.

- The above information is true and correct to the best of my knowledge and belief, and is made under
  penalty of perjury as allowed by 28 U.S.C. 1746.

Digitally signed by JEAN TILEN
NAPOLI (Affiliate)
DN: c=US, o= U.S. Government,
ou=Department of Agriculture,
0.9.2342.19200300.100.1.1=120
01003879325, cn=JEAN TILEN
NAPOLI (Affiliate)
Date 2020.09.25 11:02:58
-04'00'
Adobe Acrobat version:
2020.012.20041

Jean P. Tilen Napoli
LRTF Contractor
September 25, 2020



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

Exhibit 10

| | |
|---|---|
| SSN: | XXX-XX-5835 |
| Birth Date: | |
| Last Name: | ORTIZ SUAREZ |
| First Name: | ARNALDO |
| Middle Name: | LUIS |
| Status As Of: | Oct-22-2020 |
| Certificate ID: | 2P3QW73XYGFF05X |

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA  93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods.  Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

| | |
|---|---|
| SSN: | XXX-XX-1835 |
| Birth Date: | |
| Last Name: | PACHECO COLON |
| First Name: | MARIA |
| Middle Name: | CELESTE |
| Status As Of: | Oct-22-2020 |
| Certificate ID: | H0WFHMG7GR10H35 |

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).  This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA  93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | |
|---|---|
| United States of America, acting through the United States Department of Agriculture <br><br> *Plaintiff(s)* <br><br> v. <br><br> ARNALDO LUIS ORTIZ SUÁREZ, et als. <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )     Civil Action No. <br><br>     FORECLOSURE OF MORTGAGE |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ARNALDO LUIS ORTIZ SUÁREZ
St. Rd. 426, Km. 2.2
Indiera Wd.
Maricao, P.R. 00606

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JUAN CARLOS FORTUÑO FAS
P.O. BOX 3908
GUAYNABO PR 00970

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*MARIA ANTONGIORGI-JORDAN, ESQ.*
*CLERK OF COURT*

Date: _____      _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $       0       .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | | |
|---|---|---|
| United States of America, acting through the United States Department of Agriculture | ) ) ) ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| ARNALDO LUIS ORTIZ SUÁREZ, et als. | ) | FORECLOSURE OF MORTGAGE |
| | ) ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MARÍA CELESTE PACHECO COLÓN
St. Rd. 426, Km. 2.2
Indiera Wd.
Maricao, P.R. 00606

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JUAN CARLOS FORTUÑO FAS
P.O. BOX 3908
GUAYNABO PR 00970

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*MARIA ANTONGIORGI-JORDAN, ESQ.*
*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

<div align="center">

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

</div>

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0_____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## District of Puerto Rico

| | |
|---|---|
| United States of America, acting through the United States Department of Agriculture _____ *Plaintiff(s)* v. ARNALDO LUIS ORTIZ SUÁREZ, et als. _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) Civil Action No. FORECLOSURE OF MORTGAGE |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Conjugal Partnership Ortiz-Pacheco
St. Rd. 426, Km. 2.2
Indiera Wd.
Maricao, P.R. 00606

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JUAN CARLOS FORTUÑO FAS
P.O. BOX 3908
GUAYNABO PR 00970

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*MARIA ANTONGIORGI-JORDAN, ESQ.*
*CLERK OF COURT*

Date: _____        _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $      0      .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

## CATEGORY SHEET

**You must accompany your complaint with this Category Sheet, and the Civil Cover Sheet (JS-44).**

Attorney Name (Last, First, MI):  Fortuño, Juan Carlos

USDC-PR Bar Number:  211913

Email Address:  jcfortuno@fortuno-law.com

1.   Title (caption) of the Case (provide only the names of the <u>first</u> party on <u>each</u> side):

   Plaintiff:  UNITED STATES OF AMERICA, acting through the USDA

   Defendant:  ARNALDO LUIS ORTIZ SUÁREZ; ET ALS.

2.   Indicate the category to which this case belongs:

   ☒ Ordinary Civil Case
   ☐ Social Security
   ☐ Banking
   ☐ Injunction

3.   Indicate the title and number of related cases (if any).

   N/A

4.   Has a prior action between the same parties and based on the same claim ever been filed before this Court?

   ☐ Yes
   ☒ No

5.   Is this case required to be heard and determined by a district court of three judges pursuant to 28 U.S.C. § 2284?

   ☐ Yes
   ☒ No

6.   Does this case question the constitutionality of a state statute?  (See, Fed.R.Civ. P. 24)

   ☐ Yes
   ☒ No

Date Submitted:

rev. Dec. 2009

Print Form     Reset Form

*15 21.282*

JS 44 (Rev. 02/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

UNITED STATES OF AMERICA

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Juan C. Fortuño Fas
Po Box 3908, Guaynabo, PR 00970
Tel. 787-751-5290

## DEFENDANTS

ARNALDO LUIS ORTIZ SUÁREZ, et als.

County of Residence of First Listed Defendant    Maricao, P.R.
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1   U.S. Government
Plaintiff

☐ 3   Federal Question
*(U.S. Government Not a Party)*

☐ 2   U.S. Government
Defendant

☐ 4   Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                        *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☒ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from Another District *(specify)*   ☐ 6 Multidistrict Litigation - Transfer   ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Consolidated Farm & Development Act, 7 USC 1921, et seq. & 28 USC 1345
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $
201,927.58

CHECK YES only if demanded in complaint:
JURY DEMAND:    ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE                                        DOCKET NUMBER

DATE                    SIGNATURE OF ATTORNEY OF RECORD
*[signature]*

## FOR OFFICE USE ONLY

RECEIPT #            AMOUNT            APPLYING IFP            JUDGE            MAG. JUDGE